1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Anthony J. Fernandez, Esq. (Bar No. 018342)
Ellen B. Burno, Esq. (Bar No. 033130)
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
2390 E. Camelback Road, Suite 440
Phoenix, Arizona  85016
Telephone:  (602) 954-5605
Facsimile:  (602) 954-5606
afernandez@qpwblaw.com
ellen.burno@qpwblaw.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay Lynn Pember, | Case No: 2:17-cv-04069-JJT-JFM |
| Plaintiff, | **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | **(Docs. 15, 19, 25 & 29)** |
| Corizon Health, et, al. | (Assigned to the Honorable James F. Metcalf) |
| Defendant. | |

Defendants Maureen Gay, NP and Glen Babich, MD, ("Defendants" herein), by and through undersigned counsel, hereby respond in opposition to Plaintiff's Motion for Preliminary Injunction ("Plaintiff's Motion").  Plaintiff requests an injunction ordering Defendants to provide him with pain medication and to have him seen by an off-site specialist for consultation related to his diagnosed injury in a 2016 MRI.  As detailed herein, Plaintiff received a neurological consult on August 3, 2018, which was scheduled on April 16, 2018, prior to Plaintiff filing this Motion.  A treatment plan has been put into place and has been initiated to determine if surgical intervention is necessary.  Further, Plaintiff is currently receiving pain medications.  Moreover, a neurologist did not find the need to make any changes to his current prescriptions.  Accordingly, Defendants request that this Court deny Plaintiff's Motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.     INTRODUCTION

Plaintiff Jay Pember is an inmate in the custody of the Arizona Department of Corrections. *See* Inmate Synopsis, attached hereto as **Exhibit 1**.  He filed his three-count First Amended Complaint on May 1, 2018, alleging that he has been denied constitutionally adequate care related to pain management. (Doc. 10)  Plaintiff has filed an Amended Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 15); Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 19); Motion for Order for Access to Legal Supplies (Doc. 25) and a third Motion for Temporary Restraining Order and Preliminary Injunction. (Doc. 29)[1] (hereafter "Plaintiff's Motions) Per the Court's August 8, 2018, Order (Doc. 37) Defendants are to respond to Plaintiff's Motions by August 22, 2018.

In his motion, Plaintiff requests "to receive adequate recommended pain management medication …. and to be seen by outside specialist for a consult evaluation and recommendation for treatment plan related to his diagnosed injury in the 2016 MRI." (Doc. 15 at 1)  Plaintiff claims Defendants have failed to administer adequate medical care by not sending him to a neurologist for evaluation. *Id*.  Moreover, Plaintiff claims Defendants have consistently fabricated his medical record to deny him adequate pain management and to deny Plaintiff to be seen by a specialist. *Id*. at 2.  Plaintiff asserts his injury has progressed to the point where he can only perform daily tasks, such as sitting and sleeping, for short periods of time.  He also asserts he suffers from severe pain and alleged outrageous neuropathy sensations as well. *Id*. at 3.   He alleges that if he does not receive the requested treatment he does not know what the outcome will be because the effects from his injury are supposedly unbearable.

Plaintiff's MRI taken on May 13, 2016, revealed: straightening of the cervical spinal loss of lordosis was noted and may be secondary to cervical myositis; at the level of C5-C6, there is moderate degenerative spurring anteriorly with bridging as well as 3.0 mm

---

[1] Plaintiff's various motions are duplicative in nature.  Documents 15 and 19 both request relief regarding pain medical and a neurological consult and Defendants will address both documents together.  Documents 25 and 29 both request relief regarding access to a typewriter and supplies and Defendant will address both documents together.

central posterior disc bulge with slight impression upon the thecal sac and marked left foraminal impingement; at the level of C3-C4, moderate left foraminal impingement was noted. *See* MRI report, attached hereto as **Exhibit 2**.

On June 20, 2016, Plaintiff was seen for follow-up of MRI of the cervical spine. Mr. Pember was informed of the results.  The plan of care was to continue medication, request pain management consult for possible spinal injections, and then re-evaluate.  It was noted that Mr. Pember may need physical therapy also.  Mr. Pember agreed with this plan of care.  *See* medical records, attached hereto as **Exhibit 3**.

On July 26, 2016, Mr. Pember was seen at the off-site pain clinic.  He received an epidural injection of Demerol for pain management. See medical records, attached hereto as **Exhibit 4**.

On November 7, 2016, Mr. Pember was seen by Nick Salyer, PA.  PA Salyer assessed Mr. Pember and noted very mild left lateral cervical neck muscle atrophy, left shoulder muscle atrophy, left upper and lower arm muscle atrophy, weak left shoulder shrug and moderately weak left arm hand strength.  The assessment noted in addition to Mr. Pember's other chronic issues, chronic neuropathic pain due to cervical spinal stenosis under pain management.  PA Salyer requested a consult for follow-up spinal injections; requested NFDR to increase Gabapentin to 900 mg PO BID; ordered labs and patient was to follow-up in three months or file an HNR if needed.  The patient was educated on what to avoid and instructed he was able to do gentle AROM and stretching exercises only for now. See medical records, attached hereto as **Exhibit 5**.

On December 29, 2016, Mr. Pember was seen by Julie Hutchinson for follow-up care.  He inquired about a follow-up epidural injection for his neck and arm pain.  Mr. Pember reported he did not think Nortriptyline was helping his pain – he asked for an increase in Gabapentin.   Ms. Hutchinson assessed the patient and discontinued Nortriptyline.  The treatment plan noted Mr. Pember was scheduled for a cervical injection next week and he was to follow-up in one month for a pain assessment.  She stated she

would consider increasing Gabapentin if indicated and the patient was educated on medication side effects. See medical records, attached hereto as **Exhibit 6**.

On January 3, 2017, Mr. Pember was seen at the off-site pain clinic.  He received an epidural injection of Demerol for pain management. See medical records, attached hereto as **Exhibit 7**.

On February 2, 2017, Mr. Pember was seen at the off-site pain clinic.  He received an epidural injection of Demerol for pain management. See medical records, attached hereto as **Exhibit 8**.

Plaintiff was assessed by NP Gay on February 23, 2017, for follow-up care.  They discussed the alternative treatment options for Gabapentin use as well as alternative treatment regarding Mr. Pember's orthotics request.  Mr. Pember stated he could not be taken off of Gabapentin because he had grand-mal seizures and he has not had a seizure since he began taking Gabapentin.  NP Gay informed Mr. Pember that Gabapentin is not currently used for grand-mal seizure activity but it is an adjunct therapy for petite mal seizure activity.   She also informed him about alternative therapies with other anticonvulsants which also treat neuropathy discomfort.  Mr. Pember also complained of right foot deformity secondary to old injury with multiple surgical repairs secondary to gunshot wounds.  He admitted some numbness and stiffness of the right foot and requested ankle support.  He stated an MRI cervical taken in May 2016 revealed a disc bulge in the C5-C6 region.  Mr. Pember also reported he was seen by a neurosurgeon who suggested epidural injections.  Mr. Pember received his second injection in January of 2017.  NP Gay assessed Mr. Pember's cervical spine and he had positive full range of motion noted with relation, fluxion and hyperextension and he had no discomfort on palpation.   The assessment of the lumbar spine revealed he was ambulatory in the exam room with steady gait and no deformity or limp noted and positive, full range of motion was noted.  Mr. Pember was diagnosed with lower back pain and cervicalgia.  The treatment plan was: to continue to wean Mr. Pember off Gabapentin therapy; continue Nortriptyline and Amitriptyline.   Mr. Pember was educated on medication changes and the alternative

1   treatment plan for chronic pain.  He was told to follow-up as needed.  See medical records,

2   attached hereto as **Exhibit 9**.

3        On March 7, 2017, Mr. Pember was seen at the off-site pain clinic.  He stated he

4   received an epidural injection for pain management. See medical records, attached hereto

5   as **Exhibit 10**.

6        On May 12, 2017, NP Gay noted Mr. Pember was seen for a follow-up visit after

7   outside consultation for pain management.  Mr. Pember reported he had a negative reaction

8   to Cymbalta; this medication was discontinued.   Patient admitted continued pain and

9   discomfort in posterior neck and left arm, requested medication changes – wanted

10  Gabapentin therapy.  NP Gay spoke with Mr. Pember and educated him that Gabapentin

11  would not be prescribed because of changes in alternative therapy and treatment options.

12  Mr. Pember had been prescribed Amitriptyline and Nortriptyline, but he refused to take the

13  medication because he claimed it did not work.  NP Gay offered Trileptal as an alternative;

14  she discussed with Mr. Pember they would start on a low dose and titrate upward as

15  needed.  NP Gay fully assessed Mr. Pember and no apparent distress was noted – his neck

16  had positive rotation without pain or stiffness noted and he was ambulatory with a steady

17  gait and all of his extremities had full range of motion.  The treatment plan was to also

18  continue his home exercise program and continue warm water/compress to his lower back

19  or cervical area. See medical records, attached hereto as **Exhibit 11**.

20       On June 21, 2017, Mr. Pember was evaluated by Dr. Watson for pain in his neck,

21  knees and ankles.  It was noted the patient had pain in multiple joints, not just his cervical

22  spine.  Dr. Watson prescribed ibuprofen 600 mg, four times daily as needed, and ordered

23  an x-ray for his ankles and knees. See medical records, attached hereto as **Exhibit 12**.

24       Mr. Pember was evaluated by NP Gay for a chronic care appointment on July 29,

25  2017.  He was ambulatory with a steady gait.  Plan was to continue medication therapy

26  with no changes for now, labs every 3 months and chronic care follow-up in 90 days.  See

27  medical records, attached hereto as **Exhibit 13**.

28

On December 27, 2017, Mr. Pember was evaluated by Dr. Johnson. Mr. Pember complained of ibuprofen and Excedrin causing gastric irritation. Dr. Johnson re-prescribed Meloxicam at patient's request and agreed to try Zonisamide. See medical records, attached hereto as **Exhibit 14**.

On January 27, 2018, Mr. Pember was evaluated by Nurse Vegara for a pain medication change. Mr. Pember reported Zonizamide was not working but the meloxicam seemed to be helping with arthritis. Nurse Vegara assessed Mr. Pember. He was noted to be ambulating without deficit and no grimacing was observed. She ordered a follow-up appointment with the health care practitioner. See medical records attached hereto as **Exhibit 15**

On February 10, 2018, Mr. Pember was evaluated by NP Gay for follow-up care to discuss treatment plan augmentation. Mr. Pember reported his current regimen was ineffective for pain management. He also stated his medication caused gastric upset with worsening symptoms for numbness. He denied any inability to participate in activities of daily living (except exercises). Mr. Pember requested pain management of more injections to cervical regions or discectomy as suggested by a neurologist in 2014. NP Gay had a lengthy discussion with Mr. Pember regarding his past pain treatment, including short course narcotic use with Tramadol. Mr. Pember stated Tramadol caused seizures in the past. NP Gay went through Mr. Pember's old record history and noted: repeat MRI and neurosurgical evaluation in September of 2011 recommended no surgical corrections. He had another follow-up visit on July 17, 2012, and surgical intervention was not advised at this time. She noted the impressions of the 2016 MRI and that in 2017 Mr. Pember received injections in January, February and March. Mr. Pember admitted discomfort post-cervical spine regions with increased numbness located post left arm involving left hand digits. A physical examination was given and the plan was to add Tylenol 325 mg bid as needed and continue current therapy for now until long term treatment options have been developed. *Id*. See medical records, attached hereto as **Exhibit 16**.

On March 15, 2018, Mr. Pember was evaluated by Dr. Stewart.  Mr. Pember was upset his Gabapentin had been reduced.  Dr. Stewart educated the patient that Gabapentin is only being used for two medical instances and Mr. Pember did not have either of those conditions, so Gabapentin was not the appropriate treatment for him.  Mr. Pember stated he would refuse anything at this time and he was interested in surgery.  Dr. Stewart assessed Mr. Pember and refilled his codeine prescription.  He also put in a consult request for a neurological consult and discussed this plan with Mr. Pember.  The external consult was scheduled in April of 2018, but the soonest available appointment was the second week of August.  Mr. Pember was placed on the cancellation list. See medical records, attached hereto as **Exhibit 17 & 18**.

Plaintiff had an outside neurosurgical consult on August 3, 2018.  The treatment plan was to refer to neurology for an EMG, obtain MRI of cervical and thoracic spine, start physical therapy for neck and back pain and left arm weakness.  Mr. Pember was instructed to complete the MRI, EMG and physical therapy and follow-up in two months.   No medications were prescribed by the neurologist. See medical records, attached hereto as **Exhibit 19**.

On August 9, 2018, Plaintiff was evaluated by Dr. Johnson.  Dr. Johnson reviewed the recommendations made by the neurologist and discussed the plan of care with Mr. Pember and discussed continuance of current medications for pain.  Dr. Johnson issued a Special Needs Order for side restraints due to pain and numbness.  He also put in consult requests for physical therapy, diagnostic imaging and neurology, which have been initiated by the clinical coordinator. See medical records, attached hereto as **Exhibit 20**.

Mr. Pember is currently taking Codeine and Meloxicam for pain management.

## II.    LEGAL ARGUMENT

### A.    Standard of Review

The Supreme Court has made clear that preliminary injunctions are "an extraordinary remedy never awarded as of right." *Winter v. Nat. Res. Def. Council, Inc.,* 555 U.S. 7, 129 (2008).  Plaintiff may only obtain a preliminary injunction by showing

"that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Id.* at 20.  A preliminary injunction may be appropriate if a plaintiff raises "serious questions going to the merits" of his claim, and the "balance of hardships tips *sharply* in the plaintiff's favor," as long as the other *Winter* factors are satisfied. *Alliance for the Wild Rockies v. Cottrell,* 632 F.3d 1127, 1135 (9th Cir. 2011) (emphasis added).

Further, mandatory injunctions are "particularly disfavored." *Garcia v. Google, Inc.*, 786 F.3d 733, 740 (9th Cir. 2015) (internal citations omitted).  A plaintiff seeking a mandatory injunction, rather than a prohibitory one, "must establish that the law and facts *clearly favor* [his] position, not simply that [he] is likely to succeed." *Id.*  "In plain terms, mandatory injunctions should not issue in doubtful cases." *Id.* (citing *Park Vill. Apartment Tenants Ass'n v. Mortimer Howard Trust,* 636 F.3d 1150, 1160 (9th Cir.2011)).

With respect to an incarcerated plaintiff, federal law mandates that prospective relief in a civil action "shall extend no further than necessary to correct the violation of the Federal right of a particular plaintiff." 18 U.S.C. § 3626 (a)(1).  Preliminary injunctions "must be narrowly drawn, extend no further than necessary to correct the harm… and be the least intrusive means necessary to correct that harm." 18 U.S.C. § 3626(a)(2).  In other words, federal law prohibits courts from granting relief that extends beyond the constitutional minimum. *Gilmore v. People of the State of California*, 220 F.3d 987, 999 (9th Cir. 2000).

In order "to maintain a [constitutional] claim based on prison medical treatment, an inmate must show 'deliberate indifference to serious medical needs.'" *Jett v. Penner*, 439 F.3d 1091, 1096 (9th Cir. 2006) (quoting *Estelle v. Gamble,* 429 U.S. 97, 104 (1976)). "In the Ninth Circuit, the test for deliberate indifference consists of two parts. First, the plaintiff must show a "serious medical need" by demonstrating that failure to treat a prisoner's condition could result in further significant injury or the unnecessary and wanton infliction of pain.  Second, the plaintiff must show the defendant's response to the need was

deliberately indifferent. This second prong ... is satisfied by showing (a) a purposeful act or failure to respond to a prisoner's pain or possible medical need and (b) harm caused by the indifference." *Jett v. Penner,* 439 F.3d at 1096 (internal citations, punctuation and quotation marks omitted); *accord, Wilhelm v. Rotman,* 680 F.3d 1113, 1122 (9th Cir.2012); *Lemire v. California Dep't of Corr. & Rehab,* 726 F.3d 1062, 1081 (9th Cir.2013).

 "The indifference to a prisoner's medical needs must be *substantial*. Mere indifference, negligence, or medical malpractice will not support this claim.  Even gross negligence is insufficient to establish deliberate indifference to serious medical needs." *Lemire,* 726 F.3d at 1081 (emphasis added) (internal citations and quotations omitted). "A difference of opinion between a physician and the prisoner… concerning what medical care is appropriate does not amount to deliberate indifference." *Snow v. McDaniel,* 681 F.3d 978, 987 (9th Cir.2012) (overruled on other grounds)(citing *Sanchez v. Vild,* 891 F.2d 240, 242 (9th Cir.1989)).

Similarly, a "mere delay in [medical care], without more, is insufficient to state a claim of deliberate medical indifference." *Shapley v. Nevada Bd. Of State Prison Comm'rs*, 766 F.2d 404, 407 (9th Cir. 1985).  Moreover, Plaintiff does not have a constitutional right to choose his own health care provider. *See Kinney v. Kalfus,* 25 F.3d 633, 634-635 (8th Cir.1994); *see also Coppinger v. Townsend,* 398 F.2d 392, 394 (10th Cir. 1968) ("The prisoner's right is to medical care— not to the type or scope of medical care which he personally desires.  A difference of opinion between a physician and a patient does not give rise to a constitutional right or sustain a claim under §1983.")

## B.  Plaintiff Has Not Met His Burden of Demonstrating a Likelihood of Success On the Merits

A likelihood of success on the merits is the most important *Winter* factor, and, if a movant fails to meet this "threshold inquiry," the court need not consider the other factors in the absence of "serious questions going to the merits." *Alliance for the Wild Rockies*, 632 F.3d at 1134-35. Plaintiff alleges that Defendants have violated his Eighth

1    Amendment constitutional rights by failing to provide appropriate pain management care,

2    specifically pain medication (Gabapentin) and a neurological consult.

3        In his Motion, Plaintiff argues he has a great likelihood of success on the merits

4    because "in his related case the Ninth Circuit has already decided his constitutional rights

5    were violated."  This is a misstatement of the status of his related case.  The current status

6    of his related case is that the Ninth Circuit remanded the summary judgment dismissal of

7    Defendant Baird to District Court for further proceedings. *See* Memorandum, attached

8    hereto as **Exhibit 21**.  Plaintiff also cites to *Heard v. Tilden*, 809 F.3d 974 (7th Cir. 2016)

9    to support his likelihood of success.  While *Heard* might be similar in that the Plaintiff in

10   that case also had two separate and distinct cases for deliberate indifference, it does

11   nothing to support Plaintiff's likelihood of success on the merits in this case.

12       More importantly, the medical records do not support Plaintiff's assertion that

13   Defendants have failed to provide appropriate pain management related care and have

14   failed to provide him with a consult with an off-site neurologist.  In fact, Plaintiff was

15   evaluated by an off-site neurologist on August 3, 2018, and a treatment plan

16   recommended by the neurologist has been put into place. *See* **Exhibits 18 & 19** supra.

17       In addition, Plaintiff has failed to produce any evidence that Defendants were

18   deliberately indifferent to Plaintiff's serious medical needs.  To the contrary, Plaintiff has

19   received regular and continuing pain management care.

20       Notably, Plaintiff has already received the care which is the part of his Motion, thus

21   extinguishing any need for an injunction related to a neurological consult.  Additionally,

22   Plaintiff has continuously received pain medication.  Moreover, when he has complained

23   one medication was not working, a different medication was prescribed.  Plaintiff also

24   received epidural injections for his pain management.  As noted, Plaintiff was evaluated by

25   an offsite neurologist on August 3, 2018.  This appointment was scheduled in April of

26   2018, but the first opening in the neurologist's office was in August.  Moreover, Plaintiff

27   has been seen regularly by his nurses and providers to assess his condition. Defendants

28   have been consistently responsive to Plaintiff's medical needs.

In sum, Plaintiff has not shown that Defendants have been indifferent – much less *substantially* indifferent – to his serious medical needs.  Plaintiff has been provided the care which is the subject of his Motion, thus obviating the need for an injunction.  Plaintiff has received consistent, timely and ongoing care for his pain management.  Accordingly, Plaintiff has suffered no harm such that court intervention is needed to enforce future care.

**C. Plaintiff Has Not Shown That He is at Risk of Immediate, Irreparable Harm**

As the movant, Plaintiff must demonstrate that, absent an injunction, he will be exposed to irreparable harm. *Caribbean Marine Servs. Co. Baldridge*, 844 F.2d 668, 674 (9th Cir. 1988) (speculative injury is not irreparable injury sufficient for a preliminary injunction); *see Winter*, 555 U.S. at 22 ("A plaintiff must do more than merely allege imminent harm sufficient to establish standing; a plaintiff must demonstrate immediate threatened injury as a prerequisite to preliminary injunctive relief").  Additionally, a motion for preliminary injunction, including the likelihood of irreparable injury, must be supported by "[e]vidence that goes beyond the unverified allegations in the pleadings." *Fidelity Nat'l Title Ins. Co. v. Castle*, 2011 WL 5882878 at *3 (N.D. Cal. 2011) (internal citations omitted).

Here, Plaintiff attempts to leverage his alleged pain to show an imminent threat of harm.  However, the record does not support Plaintiff's claim or that he is otherwise at risk of imminent harm or death.  In addition, Plaintiff has already received the requested relief and he has not shown that he suffers an ongoing, imminent threat to his health.  While Plaintiff did not receive the specific pain medication he was requesting, Plaintiff does not have the right to dictate his own medical care. *See Coppinger supra.*  Plaintiff has been receiving pain medication and has received epidural injections for pain management.  Additionally, Plaintiff has received the neurological consult which he requests in his Motions.  There is no evidence that he is being exposed to any risk of significant injury or the unnecessary and wanton infliction of pain such that Court intervention is warranted.

Plaintiff has done nothing more than allege imminent harm – he has done nothing to demonstrate an immediate threatened injury. Accordingly, Plaintiff has not met his burden in demonstrating a likelihood of imminent harm.

### D.  Plaintiff's Motion for Legal Supplies (Docs. 25 & 29)

Plaintiff filed additional motions for a Temporary Restraining Order and Preliminary injunction asking for a Court Order for access to a typewriter and related supplies. (Docs. 25 & 29) Throughout his motion Plaintiff refers to a prior case, in which he requested the same access.[2] Corizon Health, Inc. is a medical provider in certain Arizona Department of Corrections ("ADC") facilities. The Arizona Department of Corrections is not a Defendant in this case. Per the Court's May 31, 2018, Screening Order (Doc. 17), all ADC Defendants were dismissed. Plaintiff requesting access to a typewriter from Defendants, current employees of Corizon Health, Inc., is improper. Further, Plaintiff's request for access to a typewriter has no relation to the allegations remaining in his Complaint - whether or not Defendants Gay or Babich were deliberately indifferent to Plaintiff's medical needs. Furthermore, Plaintiff has presented no evidence that he is unable to write in support of his claims.

Plaintiff has failed to prove that he will likely be successful on the merits of this claim because his request is not related to any underlying claim in his Complaint. Plaintiff has also failed to produce any evidence that he is at risk for immediate, irreparable harm – his allegations alone are insufficient. Plaintiff is clearly able to represent himself and further his case as is evident from the multiple filings he has made in this case. The fact that his ability to type his documents <u>might</u> be hindered on in the future, without Plaintiff producing any evidence that he is unable to write, is not enough to meet the high burden for a preliminary injunction and/or temporary restraining order.

---

[2] The issue was never resolved in that case as Plaintiff was appointed counsel.

For these reasons, Plaintiff's Motion for an Order for access to legal supplies should be denied.

## III.  CONCLUSION

In conclusion, no court order is necessary with respect to Plaintiff's requests for a neurologist consult, as this relief has already been provided and the neurologist's plan of care is also being implemented.  Further, Plaintiff has consistently received pain management.  In addition, Plaintiff has not shown a likelihood of success on the merits or that he is at risk of immediate, irreparable harm with respect to any of Plaintiff's Motions. For these reasons, Defendants respectfully request that the Court deny Plaintiff's Motions.

RESPECTFULLY SUBMITTED this 22nd day of August, 2018.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

By:   /s/Ellen Burno
       Anthony J. Fernandez
       Ellen B. Burno
       *Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2018, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, with copies submitted by U.S. mail to the following recipients:

ASPC-Eyman
Browning Unit
Inmate Jay Lynn Pember, ADC #067165
P.O Box 3400
Florence, AZ 85132
*Plaintiff*

By:   /s/Kenya Owens

# Exhibit 1

Q U I N T A I R O S ,   P R I E T O ,   W O O D   &   B O Y E R ,   P.A.



| Last Name | First Name | Middle Initial |
|---|---|---|
| PEMBER | JAY | L |

| Gender | Height (inches) | Weight | Hair Color |
|---|---|---|---|
| MALE | 69 | 200 | BLACK |

| Eye Color | Ethnic Origin | Custody Class | Inmate/Detainee |
|---|---|---|---|
| BROWN | CAUCASIAN | 5/4 | INMATE |

| Sentence | Admission | Prison Release Date | Max End Date |
|---|---|---|---|
| Sentence Information Below | 08/28/2003 | 02/10/2022 | 04/10/2025 |

| Cur. Absconded | Hist. Absconded | Release Type | Most Recent Loc | Unit |
|---|---|---|---|---|
| -N- | -- | RET ESCRT LEAV | EYMAN | ASPC-E BROWNING STG |

| Community Supervision Parole | Last Movement | Commitment Status | Status |
|---|---|---|---|
| N | 03/07/2017 | COMPLETE AND VERIFIED | ACTIVE |

Inmate 067165

This only applies to AZDOC Supervision.

Earned Credit Release Date is provided for guidance. Confirmation can be sought by contacting ADC.

Details of inmate offenses can be accessed by reviewing the case file at the Office of the Clerk of the Court where the case was adjudicated.

## Commitment Information *14 record(s)*

| Commit# | Sentence yy/mm/dd | Sentence County | Court Cause# | Offense Date | Sentence Status | Crime | Crime Info | Felony Class | Ruling | Verified |
|---|---|---|---|---|---|---|---|---|---|---|
| A01 | 4 Y/ 0 M/ 0 D | MARICOPA | 0145750 | 01/16/1985 | IMPOSED | THEFT | ND/NR | CL4 | | YES |
| B01 | 2 Y/ 0 M/ 0 D | MARICOPA | 8711308 | 12/10/1987 | IMPOSED | ESCAPE SECOND DEGREE | ND/NR | CL5 | | YES |
| C01 | 6 Y/ 0 M/ 0 D | MARICOPA | 9391156 | 11/08/1992 | PAR. CS | DANGEROUS DRUG VIOLATION | ND/R1 | CL4 | Y | YES |
| D01 | 3 Y/ 0 M/ 0 D | PINAL | 94019578 | 08/22/1994 | IMPOSED | ESCAPE SECOND DEGREE | ND/R1 | CL5 | Y | YES |
| E01 | 2 Y/ 6 M/ 0 D | MARICOPA | 2002092934 | 04/15/2002 | IMPOSED | DANGEROUS DRUG VIOLATION | ND/NR | CL4 | N | YES |
| F01 | 10 Y/ 6 M/ 0 D | MARICOPA | 2002094603 | 05/13/2002 | IMPOSED | AGGRAVATED ASSAULT | ND/R1 | CL2 | Y | YES |
| F02 | 10 Y/ 6 M/ 0 D | MARICOPA | 2002094603 | 05/13/2002 | IMPOSED | AGGRAVATED ASSAULT | ND/R1 | CL2 | Y | YES |
| F03 | 3 Y/ 6 M/ 0 D | MARICOPA | 2002094603 | 05/13/2002 | IMPOSED | THFT MEANS OF TRNSPRTATION | ND/NR | CL3 | N | YES |
| F04 | 2 Y/ 6 M/ 0 D | MARICOPA | 2002094603 | 05/13/2002 | IMPOSED | BURGLARY 3RD DEGREE | ND/NR | CL4 | N | YES |
| F05 | 2 Y/ 6 M/ 0 D | MARICOPA | 2002094603 | 05/13/2002 | IMPOSED | BURGLARY 3RD DEGREE | ND/NR | CL4 | N | YES |
| G01 | 12 Y/ 0 M/ 0 D | MARICOPA | 2005012445001D | 01/07/2004 | IMPOSED | ASLT-INCT/PRTICIPATE-RIOT | ND/NR | CL2 | Y | YES |
| G02 | 5 Y/ 0 M/ 0 D | MARICOPA | 2005012445001D | 01/07/2004 | IMPOSED | AGGRAVATED ASSAULT | ND/NR | CL5 | N | YES |
| G03 | 5 Y/ 0 M/ 0 D | MARICOPA | 2005012445001D | 01/07/2004 | IMPOSED | AGGRAVATED ASSAULT | ND/NR | CL5 | N | YES |
| G05 | 10 Y/ 0 M/ 0 D | MARICOPA | 2005012445001D | 01/07/2004 | IMPOSED | BURGLARY 3RD DEGREE | ND/NR | CL4 | N | YES |

## Sentence Information *14 record(s)*

| Commit# | Sentence yy/mm/dd | Admit Date | Consec/ Concur | Release Date(s) | Supervision End | Sentence Expiration | Flat Maximum |
|---|---|---|---|---|---|---|---|
| A01 | 4 Y/ 0 M/ 0 D | 02/16/1988 | | | | 04/24/1991 | 04/24/1991 |
| B01 | 2 Y/ 0 M/ 0 D | 02/16/1988 | Consecutive: A01 | 08/05/1990 | | 05/02/1991 | 05/02/1991 |
| C01 | 6 Y/ 0 M/ 0 D | 11/16/1993 | | | | 11/13/1996 | 11/13/1998 |
| D01 | 3 Y/ 0 M/ 0 D | 05/01/1995 | | | 11/12/2001 | 06/09/2001 | 11/12/2001 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Consecutive: C01 | | | | |
| E01 | 2 Y/ 6 M/ 0 D | 08/14/2003 | | | | 11/07/2004 | 12/02/2004 |
| F01 | 10 Y/ 0 M/ 0 D | 08/14/2003 | Concurrent: E01 | | | 06/27/2011 | 12/16/2012 |
| F02 | 10 Y/ 0 M/ 0 D | 08/14/2003 | Concurrent: F01 | | | 09/26/2011 | 12/14/2012 |
| F03 | 3 Y/ 6 M/ 0 D | 08/14/2003 | Concurrent: F02 | | | 09/26/2005 | 12/14/2005 |
| F04 | 2 Y/ 6 M/ 0 D | 08/14/2003 | Concurrent: F03 | | | 11/17/2004 | 12/14/2004 |
| F05 | 2 Y/ 6 M/ 0 D | 08/14/2003 | Concurrent: F04 | | | 11/17/2004 | 12/14/2004 |
| G01 | 12 Y/ 0 M/ 0 D | 09/06/2006 | Consecutive: F01 | 04/10/2025 | | | 02/10/2022 |
| G02 | 5 Y/ 0 M/ 0 D | 09/06/2006 | Concurrent: G01 | | | 04/25/2014 | 05/11/2015 |
| G03 | 5 Y/ 0 M/ 0 D | 09/06/2006 | Concurrent: G02 | | | 04/25/2014 | 05/11/2015 |
| G05 | 10 Y/ 0 M/ 0 D | 09/06/2006 | Concurrent: G03 | | | 08/08/2018 | 05/11/2020 |

## Disciplinary Infractions 59 record(s)

| Violation Date | Infraction | Verdict Date | Verdict |
|---|---|---|---|
| 07/06/2017 | VIOL OF DEPT/INST RULE | 07/14/2017 | GUILTY-MIN.VIOL |
| 01/23/2016 | POSSESS NUISANCE CONTRABAND | 01/25/2016 | GUILTY-MIN.VIOL |
| 12/29/2015 | BARTER/TRADE/SELL GOODS/SRVCS | 01/05/2016 | GUILTY-MIN.VIOL |
| 10/13/2015 | CONSPIRACY TO COMMIT CL A FEL | 10/20/2015 | GUILTY-MAJ.VIOL |
| 10/06/2015 | POSSESS DRUGS OR NARCOTICS | 10/13/2015 | GUILTY-MAJ.VIOL |
| 04/24/2014 | PROMOT PRISON CONTRABAND | 05/08/2014 | NOT GLT-MAJ.VIO |
| 05/05/2013 | PROMOT PRISON CONTRABAND | 05/28/2013 | GUILTY-MAJ.VIOL |
| 04/03/2013 | PROMOT PRISON CONTRABAND | 04/08/2013 | GUILTY-MAJ.VIOL |
| 12/28/2012 | THEFT/POSSESS STOLEN PROPERTY | 01/29/2013 | GUILTY-MAJ.VIOL |
| 11/18/2012 | DISRUPT COUNT OR OUT OF PLACE | 12/04/2012 | GUILTY-MIN.VIOL |
| 11/12/2012 | PROMOT PRISON CONTRABAND | 01/03/2013 | NOT GLT-MAJ.VIO |
| 01/14/2012 | DISOBEY VERBAL/WRITTEN ORDER | 01/18/2012 | GUILTY-MIN.VIOL |
| 01/07/2004 | PHYSICAL ASSAULT | 03/02/2004 | GUILTY-MAJ.VIOL |
| 01/28/1999 | STAFF OBSTRUCTN | 02/10/1999 | GUILTY-MAJ.VIOL |
| 04/25/1997 | DISOBEYING ORDER | 04/30/1997 | GUILTY-MIN.VIOL |
| 12/19/1996 | DISOBEYING ORDER | 12/23/1996 | GUILTY-MIN.VIOL |
| 06/27/1996 | DISOBEYING ORDER | 09/17/1996 | NOT GLT-MAJ.VIO |
| 06/07/1996 | DISOBEYING ORDER | 06/12/1996 | GUILTY-MIN.VIOL |
| 05/11/1996 | THREATEN W/HARM | 11/05/1996 | GUILTY-MIN.VIOL |
| 12/12/1995 | THREATEN W/HARM | 02/09/1996 | GUILTY-MAJ.VIOL |
| 09/15/1995 | DISOBEYING ORDER | 09/21/1995 | GUILTY-MIN.VIOL |
| 12/03/1994 | THREATEN W/HARM | 12/12/1994 | GUILTY-MAJ.VIOL |
| 12/03/1994 | POSSN CONTRABAND | 12/07/1994 | GUILTY-MIN.VIOL |
| 11/14/1994 | DISOBEYING ORDER | 11/17/1994 | GUILTY-MIN.VIOL |
| 11/03/1994 | THROWING OBJECTS | 11/08/1994 | GUILTY-MIN.VIOL |
| 11/02/1994 | VIOLATION - MAIL | 11/08/1994 | GUILTY-MIN.VIOL |
| 08/22/1994 | ESCAPE | 10/25/1994 | GUILTY-MAJ.VIOL |
| 06/13/1994 | EXCH. MONEY/PROP | 06/22/1994 | GUILTY-MIN.VIOL |
| 05/22/1994 | NARCOTICS POSS. | 06/22/1994 | GUILTY-MAJ.VIOL |
| 01/27/1994 | STEALING | 02/01/1994 | GUILTY-MIN.VIOL |
| 09/27/1990 | DISOBEYING ORDER | 10/04/1990 | GUILTY-MIN.VIOL |
| 03/14/1990 | DISOBEYING ORDER | 05/03/1990 | GUILTY-MIN.VIOL |
| 03/12/1990 | POSS. OF DEVICES | 05/03/1990 | GUILTY-MAJ.VIOL |
| 01/31/1990 | 3 OR MORE VIO/90 | 03/01/1990 | GUILTY-MIN.VIOL |
| 01/09/1990 | VIO. GROOM RULE | 01/16/1990 | GUILTY-MIN.VIOL |
| 12/02/1989 | TAMPER W/EQUIPMT | 12/06/1989 | GUILTY-MIN.VIOL |
| 11/01/1989 | EXCH. MONEY/PROP | 11/03/1989 | GUILTY-MIN.VIOL |
| 08/26/1989 | DISOBEYING ORDER | 08/28/1989 | GUILTY-MIN.VIOL |
| 08/06/1989 | STRIKING PERSON | 09/06/1989 | GUILTY-MAJ.VIOL |
| 03/30/1989 | PART/PLAN DEMNST | 04/27/1989 | NOT GLT-MAJ.VIO |
| 01/31/1989 | DISOBEYING ORDER | 02/07/1989 | GUILTY-MIN.VIOL |
| 01/23/1989 | EXCH. MONEY/PROP | 01/25/1989 | GUILTY-MIN.VIOL |
| 01/12/1989 | EXCH. MONEY/PROP | 01/13/1989 | NOT GLT-MIN.VIO |
| 12/14/1988 | DISOBEYING ORDER | 12/20/1988 | DISMISS-COUNSEL |
| 11/15/1988 | DISOBEYING ORDER | 11/16/1988 | GUILTY-MIN.VIOL |
| 11/15/1988 | VIOLATE RULES | 11/17/1988 | DISMS.-PROC.ERR |
| 11/07/1988 | REFUSAL TO WORK | 11/16/1988 | GUILTY-MIN.VIOL |
| 10/31/1988 | REFUSAL TO WORK | 11/10/1988 | DISMISS-COUNSEL |

| 09/15/1988 | STEALING | 09/19/1988 | DISMISS-COUNSEL |
| 09/14/1988 | DISOBEYING ORDER | 09/20/1988 | GUILTY-MIN.VIOL |
| 08/19/1988 | DISOBEYING ORDER | 08/24/1988 | GUILTY-MIN.VIOL |
| 08/06/1988 | DISOBEYING ORDER | 08/09/1988 | NOT GLT-MIN.VIO |
| 07/28/1988 | DISOBEYING ORDER | 09/07/1988 | GUILTY-MAJ.VIOL |
| 07/14/1988 | DISOBEYING ORDER | 07/19/1988 | GUILTY-MIN.VIOL |
| 07/02/1988 | DISOBEYING ORDER | 07/07/1988 | GUILTY-MIN.VIOL |
| 07/02/1988 | REFUSAL TO WORK | 07/07/1988 | DISMS.-PROC.ERR |
| 06/27/1988 | DISOBEYING ORDER | 06/30/1988 | GUILTY-MIN.VIOL |
| 06/18/1988 | VIOLATE RULES | 06/23/1988 | DISMS.-PROC.ERR |
| 04/15/1988 | NOT IN AUTH AREA | 04/17/1988 | GUILTY-MIN.VIOL |

## Disciplinary Appeals *12 record(s)* [Info]

| Appeal Date | Appeal Outcome | Outcome Description | As of Date |
|---|---|---|---|
| 07/16/2017 | 2 | FINDINGS UPHELD | 08/10/2017 |
| 11/03/2015 | 2 | FINDINGS UPHELD | 11/06/2015 |
| 10/28/2015 | 4 | MODIFIED | 11/06/2015 |
| 09/20/2013 | 1 | FINDINGS DISMISSED | 09/26/2013 |
| 02/22/2011 | 1 | FINDINGS DISMISSED | 03/16/2011 |
| 04/14/2004 | 2 | FINDINGS UPHELD | 07/06/2004 |
| 04/08/1999 | 2 | FINDINGS UPHELD | 06/01/1999 |
| 06/21/1996 | 2 | FINDINGS UPHELD | 11/05/1996 |
| 03/08/1996 | 1 | FINDINGS DISMISSED | 03/09/1996 |
| 09/25/1989 | 2 | FINDINGS UPHELD | 10/16/1989 |
| 02/17/1989 | 4 | MODIFIED | 05/16/1989 |
| 07/05/1988 | 2 | FINDINGS UPHELD | 07/06/1988 |

## Profile Classification *45 record(s)* [Info]

| Complete Date | Class. Type | Cust. Risk | Inst. Risk |
|---|---|---|---|
| 07/17/2017 | RE-CLASS/ADMIN. REVIEW | 5 | 4 |
| 07/08/2016 | RE-CLASS/ADMIN. REVIEW | 5 | 4 |
| 02/24/2016 | RE-CLASS/ADMIN. REVIEW | 5 | 4 |
| 01/05/2016 | RE-CLASS/ADMIN. REVIEW | 5 | 5 |
| 06/20/2014 | RE-CLASS/ADMIN. REVIEW | 4 | 4 |
| 04/28/2014 | RE-CLASS/ADMIN. REVIEW | 4 | 4 |
| 03/03/2014 | NO MOVEMENT | 5 | 5 |
| 10/01/2013 | RE-CLASS/ADMIN. REVIEW | 5 | 5 |
| 04/19/2013 | RE-CLASS/ADMIN. REVIEW | 4 | 4 |
| 01/30/2013 | RE-CLASS/ADMIN. REVIEW | 4 | 3 |
| 09/14/2012 | RE-CLASS/ADMIN. REVIEW | 5 | 4 |
| 03/20/2012 | RE-CLASS/ADMIN. REVIEW | 5 | 4 |
| 09/28/2011 | RE-CLASS/ADMIN. REVIEW | 5 | 4 |
| 04/12/2011 | RE-CLASS/ADMIN. REVIEW | 5 | 4 |
| 08/26/2010 | RE-CLASS/ADMIN. REVIEW | 5 | 4 |
| 02/15/2010 | RE-CLASS/ADMIN. REVIEW | 5 | 4 |
| 06/24/2009 | RE-CLASS/ADMIN. REVIEW | 5 | 4 |
| 12/03/2008 | RE-CLASS/ADMIN. REVIEW | 5 | 5 |
| 03/19/2008 | RE-CLASS/ADMIN. REVIEW | 4 | 4 |
| 03/05/2008 | NO MOVEMENT | 5 | 4 |
| 12/05/2006 | RE-CLASS/ADMIN. REVIEW | 5 | 5 |
| 08/18/2006 | NO MOVEMENT | 5 | 5 |
| 03/03/2005 | RE-CLASS/ADMIN. REVIEW | 5 | 3 |
| 09/16/2004 | NO MOVEMENT | 5 | 4 |
| 04/01/2004 | RE-CLASS/ADMIN. REVIEW | 5 | 5 |
| 10/28/2003 | 60 DAYS - NO ACTION | | |
| 09/02/2003 | NEW INTL CLASS | 4 | 3 |
| 02/11/2000 | RE-CLASS/ADMIN. REVIEW | 4 | 5 |
| 10/05/1999 | RE-CLASS/ADMIN. REVIEW | 4 | 1 |
| 03/03/1999 | RE-CLASS/ADMIN. REVIEW | 4 | 2 |
| 12/01/1998 | RE-CLASS/ADMIN. REVIEW | 4 | 1 |
| 05/28/1998 | RE-CLASS/ADMIN. REVIEW | 4 | 2 |
| 11/14/1997 | RE-CLASS/ADMIN. REVIEW | 5 | 3 |
| 05/13/1997 | RE-CLASS/ADMIN. REVIEW | 5 | 4 |
| 11/13/1996 | RE-CLASS/ADMIN. REVIEW | 5 | 5 |

| | | | |
|---|---|---|---|
| 07/03/1996 | RE-CLASS/ADMIN. REVIEW | 5 | 5 |
| 05/14/1996 | RE-CLASS/ADMIN. REVIEW | 5 | 5 |
| 11/16/1995 | RE-CLASS/ADMIN. REVIEW | 5 | 4 |
| 05/18/1995 | RE-CLASS/ADMIN. REVIEW | 5 | 5 |
| 01/16/1995 | 60 DAYS - NO ACTION | | |
| 12/07/1994 | NEW INTL CLASS | 4 | 3 |
| 11/17/1994 | RE-CLASS/ADMIN. REVIEW | 5 | 5 |
| 07/13/1994 | RE-CLASS/ADMIN. REVIEW | 3 | 4 |
| 02/16/1994 | 60 DAYS - NO ACTION | | |
| 12/13/1993 | NEW INTL CLASS | 4 | 3 |

## Parole Action *1 record(s)*

| Hearing Date | Statute | Action | CS Sent |
|---|---|---|---|
| 08/06/1997 | PAROLE 31-412(B) | GRANTED | C 01 |

## Parole Placement *75 record(s)*

| Custody Date | Class Type | Approved Date | Next Review | Parole Class |
|---|---|---|---|---|
| 07/17/2017 | RE-CLASS/ADMIN. REVIEW | | 07/17/2018 | 0 |
| 07/08/2016 | RE-CLASS/ADMIN. REVIEW | | 07/08/2017 | 0 |
| 02/24/2016 | RE-CLASS/ADMIN. REVIEW | | 02/23/2017 | 0 |
| 01/05/2016 | RE-CLASS/ADMIN. REVIEW | | 01/04/2017 | 0 |
| 10/20/2015 | DISP. ACTION | | | 3 |
| 10/13/2015 | DISP. ACTION | | | 3 |
| 06/20/2014 | RE-CLASS/ADMIN. REVIEW | | 06/20/2015 | 0 |
| 04/28/2014 | RE-CLASS/ADMIN. REVIEW | | 04/28/2015 | 0 |
| 10/01/2013 | RE-CLASS/ADMIN. REVIEW | | 10/01/2014 | 0 |
| 05/28/2013 | DISP. ACTION | | | 3 |
| 04/19/2013 | RE-CLASS/ADMIN. REVIEW | | 04/19/2014 | 0 |
| 04/08/2013 | DISP. ACTION | | | 3 |
| 01/30/2013 | RE-CLASS/ADMIN. REVIEW | | 01/30/2014 | 0 |
| 01/29/2013 | DISP. ACTION | | | 3 |
| 09/14/2012 | RE-CLASS/ADMIN. REVIEW | | 09/14/2013 | 0 |
| 03/20/2012 | RE-CLASS/ADMIN. REVIEW | | 03/20/2013 | 0 |
| 09/28/2011 | RE-CLASS/ADMIN. REVIEW | | 09/27/2012 | 0 |
| 04/12/2011 | RE-CLASS/ADMIN. REVIEW | | 04/11/2012 | 0 |
| 08/26/2010 | RE-CLASS/ADMIN. REVIEW | | 08/26/2011 | 0 |
| 02/15/2010 | RE-CLASS/ADMIN. REVIEW | | 02/15/2010 | 0 |
| 06/24/2009 | RE-CLASS/ADMIN. REVIEW | | 06/24/2010 | 0 |
| 12/03/2008 | RE-CLASS/ADMIN. REVIEW | | 12/03/2009 | 0 |
| 03/19/2008 | RE-CLASS/ADMIN. REVIEW | | 03/19/2009 | 0 |
| 12/05/2006 | RE-CLASS/ADMIN. REVIEW | | 12/05/2007 | 0 |
| 03/03/2005 | RE-CLASS/ADMIN. REVIEW | | 08/30/2005 | 0 |
| 04/01/2004 | RE-CLASS/ADMIN. REVIEW | | 09/28/2004 | 0 |
| 03/02/2004 | DISP. ACTION | | | 3 |
| 10/28/2003 | 60 DAYS - NO ACTION | | 02/25/2004 | 0 |
| 08/29/2003 | INITIAL CL. | | 10/28/2003 | 1 |
| 06/16/2002 | ADMISSION | | | 2 |
| 06/16/2002 | PAR.CL.CHG. | | | 1/439 Day(s) |
| 03/11/2000 | TRUTH-IN-SENTENCING RELEASE | | | R |
| 02/11/2000 | RE-CLASS/ADMIN. REVIEW | | 08/09/2000 | 0 |
| 11/22/1999 | TR INELIGIBLE | | | 0 |
| 10/05/1999 | RE-CLASS/ADMIN. REVIEW | | 02/28/2000 | 0 |
| 03/03/1999 | RE-CLASS/ADMIN. REVIEW | | 08/30/1999 | 0 |
| 02/10/1999 | DISP. ACTION | | | 3 |
| 12/01/1998 | RE-CLASS/ADMIN. REVIEW | | 05/30/1999 | 0 |
| 05/28/1998 | RE-CLASS/ADMIN. REVIEW | | 11/24/1998 | 0 |
| 11/14/1997 | RE-CLASS/ADMIN. REVIEW | | 05/13/1998 | 0 |
| 05/13/1997 | RE-CLASS/ADMIN. REVIEW | | 11/09/1997 | 0 |
| 11/13/1996 | RE-CLASS/ADMIN. REVIEW | | 05/12/1997 | 0 |
| 07/03/1996 | RE-CLASS/ADMIN. REVIEW | | 11/10/1996 | 0 |
| 05/14/1996 | RE-CLASS/ADMIN. REVIEW | | 11/10/1996 | 0 |
| 02/09/1996 | DISP. ACTION | | | 3 |
| 11/16/1995 | RE-CLASS/ADMIN. REVIEW | | 05/14/1996 | 0 |
| 05/18/1995 | RE-CLASS/ADMIN. REVIEW | | 11/14/1995 | 0 |

| 01/16/1995 | 60 DAYS - NO ACTION | | | 05/16/1995 | 0 |
| 12/12/1994 | DISP. ACTION | | | | 3 |
| 11/17/1994 | RE-CLASS/ADMIN. REVIEW | | | 05/16/1995 | 0 |
| 11/17/1994 | NEW INTL CLASS | | | 01/16/1995 | |
| 10/25/1994 | DISP. ACTION | | | | 3 |
| 08/22/1994 | ESCAPE | | | | R |
| 08/22/1994 | RETURN TO CUSTODY | | | | R |
| 07/13/1994 | RE-CLASS/ADMIN. REVIEW | | | 01/09/1995 | 0 |
| 02/16/1994 | 60 DAYS - NO ACTION | | | 06/16/1994 | 0 |
| 12/13/1993 | INITIAL CL. | | | 02/11/1994 | 1 |
| 12/06/1993 | PAR.CL.CHG. | | | 03/06/1994 | 1/7 Day(s) |
| 11/16/1993 | ADMISSION | | | 03/16/1994 | 2 |
| 05/02/1991 | MAXIMUM EXPIRATION | | | | R |
| 10/23/1990 | ERCD RELEASE | | | | R |
| 05/14/1990 | RE-CLASS/ADMIN. REVIEW | | | 11/10/1990 | 0 |
| 04/26/1990 | PRD-DOES NOT MEET CRITERIA | | | | 0 |
| 03/21/1990 | PRD/ERCD RELEASE REVIEW | | | | 0 |
| 03/05/1990 | RE-CLASS/ADMIN. REVIEW | | | 09/01/1990 | 0 |
| 09/19/1989 | RE-CLASS/ADMIN. REVIEW | | | 03/18/1990 | 0 |
| 09/06/1989 | DISP. ACTION | | | | 3 |
| 06/06/1989 | RE-CLASS/ADMIN. REVIEW | | | 12/03/1989 | 0 |
| 02/10/1989 | RE-CLASS/ADMIN. REVIEW | | | 08/09/1989 | 0 |
| 10/18/1988 | RE-CLASS/ADMIN. REVIEW | | | 04/16/1989 | 0 |
| 09/07/1988 | DISP. ACTION | | | | 3 |
| 06/21/1988 | 60 DAYS - NO ACTION | | | 10/19/1988 | 0 |
| 04/15/1988 | INITIAL CL. | | | 06/14/1988 | 1 |
| 03/07/1988 | PAR.CL.CHG. | | | 06/05/1988 | 1/39 Day(s) |
| 02/16/1988 | ADMISSION | | | 06/15/1988 | 2 |

## Work Program *120 record(s)*

| Eval Date | Assign | Work Type | Rating | Hours | Rate | SP |
|---|---|---|---|---|---|---|
| 06/04/2018 | PORTER-BUILDING | | E | 20.0 | 0.4 | |
| 05/22/2018 | PORTER-BUILDING | | E | 20.0 | 0.4 | |
| 05/07/2018 | PORTER-BUILDING | | E | 20.0 | 0.4 | |
| 04/23/2018 | PORTER-BUILDING | | E | 20.0 | 0.4 | |
| 04/09/2018 | PORTER-BUILDING | | E | 20.0 | 0.3 | |
| 07/17/2017 | PORTER-BUILDING | | E | 18.0 | 0.4 | |
| 07/03/2017 | PORTER-BUILDING | | E | 20.0 | 0.4 | |
| 06/20/2017 | PORTER-BUILDING | | E | 20.0 | 0.4 | |
| 06/05/2017 | PORTER-BUILDING | | E | 20.0 | 0.4 | |
| 05/22/2017 | PORTER-BUILDING | | E | 20.0 | 0.4 | |
| 05/08/2017 | PORTER-BUILDING | | E | 20.0 | 0.4 | |
| 04/24/2017 | PORTER-BUILDING | | E | 20.0 | 0.4 | |
| 04/10/2017 | PORTER-BUILDING | | E | 20.0 | 0.4 | |
| 03/27/2017 | PORTER-BUILDING | | E | 20.0 | 0.3 | |
| 06/07/2016 | PORTER-BUILDING | | S | 41.0 | 0.3 | |
| 05/23/2016 | PORTER-BUILDING | | S | 30.0 | 0.3 | |
| 05/11/2016 | PORTER-BUILDING | | S | 25.0 | 0.3 | |
| 04/26/2016 | PORTER-BUILDING | | S | 20.0 | 0.3 | |
| 04/12/2016 | PORTER-BUILDING | | E | 20.0 | 0.3 | |
| 03/29/2016 | PORTER-BUILDING | | E | 20.0 | 0.3 | |
| 03/15/2016 | PORTER-BUILDING | | E | 20.0 | 0.3 | |
| 03/01/2016 | PORTER-BUILDING | | E | 20.0 | 0.3 | |
| 02/16/2016 | PORTER-BUILDING | | E | 80.0 | 0.3 | |
| 02/02/2016 | PORTER-BUILDING | | E | 20.0 | 0.3 | |
| 01/19/2016 | PORTER-BUILDING | | S | 20.0 | 0.3 | |
| 01/06/2016 | PORTER-BUILDING | | S | 20.0 | 0.3 | |
| 10/14/2015 | GROUNDSKEEPER | | E | 80.0 | 0.4 | |
| 09/28/2015 | GROUNDSKEEPER | | E | 80.0 | 0.4 | |
| 09/14/2015 | GROUNDSKEEPER | | E | 80.0 | 0.4 | |
| 08/31/2015 | GROUNDSKEEPER | | E | 80.0 | 0.4 | |
| 08/17/2015 | GROUNDSKEEPER | | E | 80.0 | 0.4 | |
| 08/04/2015 | GROUNDSKEEPER | | E | 80.0 | 0.4 | |
| 07/20/2015 | GROUNDSKEEPER | | E | 32.0 | 0.4 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 06/22/2015 | PAINTER | | | E | 40.0 | 0.5 | |
| 06/09/2015 | PAINTER | | | E | 80.0 | 0.5 | |
| 05/26/2015 | PAINTER | | | E | 80.0 | 0.5 | |
| 05/11/2015 | PAINTER | | | E | 80.0 | 0.5 | |
| 04/27/2015 | PAINTER | | | E | 80.0 | 0.5 | |
| 04/15/2015 | PAINTER | | | E | 72.0 | 0.5 | |
| 03/30/2015 | PAINTER | | | E | 80.0 | 0.5 | |
| 03/17/2015 | PAINTER | | | E | 80.0 | 0.5 | |
| 03/02/2015 | PAINTER | | | E | 80.0 | 0.5 | |
| 02/17/2015 | PAINTER | | | E | 80.0 | 0.5 | |
| 02/02/2015 | PAINTER | | | E | 80.0 | 0.5 | |
| 01/19/2015 | PAINTER | | | E | 80.0 | 0.5 | |
| 01/05/2015 | PAINTER | | | E | 48.0 | 0.5 | |
| 12/22/2014 | PAINTER | | | E | 48.0 | 0.5 | |
| 12/08/2014 | PAINTER | | | E | 80.0 | 0.5 | |
| 11/24/2014 | PAINTER | | | E | 80.0 | 0.5 | |
| 11/10/2014 | PAINTER | | | E | 80.0 | 0.5 | |
| 10/27/2014 | PAINTER | | | E | 80.0 | 0.5 | |
| 10/14/2014 | PAINTER | | | E | 80.0 | 0.5 | |
| 09/29/2014 | PAINTER | | | E | 80.0 | 0.5 | |
| 09/15/2014 | PAINTER | | | E | 80.0 | 0.5 | |
| 09/02/2014 | PAINTER | | | S | 80.0 | 0.5 | |
| 08/18/2014 | PAINTER | | | S | 80.0 | 0.5 | |
| 08/04/2014 | GROUNDSKEEPER | | | E | 80.0 | 0.4 | |
| 07/21/2014 | GROUNDSKEEPER | | | E | 28.0 | 0.4 | |
| 07/07/2014 | GROUNDSKEEPER | | | E | 28.0 | 0.4 | |
| 07/02/2014 | GROUNDSKEEPER | | | E | 42.0 | 0.4 | |
| 06/23/2014 | GROUNDSKEEPER | | | E | 70.0 | 0.4 | |
| 06/09/2014 | GROUNDSKEEPER | | | E | 70.0 | 0.4 | |
| 05/27/2014 | GROUNDSKEEPER | | | E | 70.0 | 0.4 | |
| 05/13/2014 | GROUNDSKEEPER | | | E | 70.0 | 0.4 | |
| 04/28/2014 | GROUNDSKEEPER | | | E | 70.0 | 0.3 | |
| 04/14/2014 | PORTER-OTHER LABOR | | | E | 80.0 | 0.3 | |
| 03/31/2014 | PORTER-OTHER LABOR | | | E | 80.0 | 0.3 | |
| 03/17/2014 | PORTER-OTHER LABOR | | | E | 80.0 | 0.3 | |
| 03/04/2014 | PORTER-OTHER LABOR | | | E | 60.0 | 0.3 | |
| 02/17/2014 | PORTER-OTHER LABOR | | | E | 60.0 | 0.3 | |
| 08/20/2013 | PORTER-OTHER LABOR | | | S | 30.0 | 0.3 | |
| 08/20/2013 | GROUNDSKEEPER | | | E | 18.0 | 0.3 | |
| 08/05/2013 | GROUNDSKEEPER | | | E | 12.0 | 0.3 | |
| 07/22/2013 | GROUNDSKEEPER | | | E | 24.0 | 0.3 | |
| 04/15/2013 | PORTER-BUILDING | | | E | 12.0 | 0.3 | |
| 04/01/2013 | PORTER-BUILDING | | | E | 42.0 | 0.3 | |
| 03/18/2013 | PORTER-BUILDING | | | E | 36.0 | 0.3 | |
| 03/05/2013 | PORTER-BUILDING | | | E | 50.0 | 0.3 | |
| 12/24/2012 | GROUNDSKEEPER | | | E | 42.0 | 0.4 | |
| 12/11/2012 | GROUNDSKEEPER | | | E | 48.0 | 0.4 | |
| 11/26/2012 | GROUNDSKEEPER | | | E | 48.0 | 0.4 | |
| 11/13/2012 | GROUNDSKEEPER | | | E | 24.0 | 0.3 | |
| 03/10/2000 | UNASSIGNED | WIPP | | N | 0.0 | 0.0 | EXIT/XXCR |
| 02/29/2000 | LANDSCAPER | WIPP | | S | 64.0 | 0.4 | AGREES |
| 02/08/2000 | LANDSCAPER | WIPP | | E | 72.0 | 0.4 | AGREES |
| 01/03/2000 | LANDSCAPER | WIPP | | E | 24.0 | 0.4 | AGREES |
| 12/17/1999 | LANDSCAPER | WIPP | | E | 64.0 | 0.4 | AGREES |
| 11/17/1999 | LANDSCAPER | WIPP | | E | 80.0 | 0.4 | AGREES |
| 10/11/1999 | LANDSCAPER | WIPP | | E | 0.0 | 0.4 | CHG SPVSR |
| 09/07/1999 | YARD DETAIL | WIPP | | S | 66.0 | 0.4 | AGREES |
| 08/17/1999 | YARD DETAIL | WIPP | | E | 0.0 | 0.4 | AGREES |
| 07/07/1999 | YARD DETAIL | WIPP | | E | 0.0 | 0.4 | AGREES |
| 06/13/1999 | YARD DETAIL | WIPP | | N | 64.0 | 0.4 | AGREES |
| 06/12/1999 | YARD DETAIL | WIPP | | N | 0.0 | 0.4 | JOB CHANGE |
| 06/11/1999 | BLDG/HOUSING PORTER | WIPP | | N | 0.0 | 0.3 | CHG SPVSR |
| 06/09/1999 | SUPPORT BUILD PORTER | WIPP | | E | 64.0 | 0.4 | AGREES |
| 05/11/1999 | BLDG/HOUSING PORTER | WIPP | | N | 0.0 | 0.3 | CHG SPVSR |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/10/1999 | BLDG/HOUSING PORTER | WIPP | N | 0.0 | 0.3 | CHG SPVSR |
| 02/22/1999 | BLDG/HOUSING PORTER | WIPP | N | 0.0 | 0.3 | NEW ASSIGN |
| 01/03/1999 | LANDSCAPER | WIPP | N | 0.0 | 0.4 | MERIT INC. |
| 12/28/1998 | ADMIN. PORTER | WIPP | S | 52.0 | 0.4 | AGREES |
| 11/13/1998 | ADMIN. PORTER | WIPP | N | 0.0 | 0.4 | AGREES |
| 09/06/1998 | BLDG/HOUSING PORTER | WIPP | E | 0.0 | 0.1 | AGREES |
| 08/22/1998 | BLDG/HOUSING PORTER | WIPP | S | 60.0 | 0.1 | AGREES |
| 07/30/1998 | BLDG/HOUSING PORTER | WIPP | S | 41.0 | 0.1 | AGREES |
| 06/27/1998 | BLDG/HOUSING PORTER | WIPP | S | 44.0 | 0.1 | AGREES |
| 06/16/1998 | BLDG/HOUSING PORTER | WIPP | N | 0.0 | 0.1 | NEW ASSIGN |
| 06/07/1994 | GRAPHIC ARTS | VOCATIONAL TRAINING | N | 0.0 | 0.2 | JOB CHANGE |
| 05/03/1994 | GENERAL LABOR | OTHER | N | 0.0 | 0.0 | JOB CHANGE |
| 05/03/1994 | METAL WELDER | A.C.I. | N | 0.0 | 0.0 | TERMINATED |
| 04/30/1994 | METAL GRINDING ASST | A.C.I. | E | 128.5 | 0.5 | INCOMPLETE |
| 04/04/1994 | METAL WELDER | A.C.I. | N | 0.0 | 0.5 | JOB CHANGE |
| 02/14/1994 | GENERAL LABOR | OTHER | N | 0.0 | 0.0 | CHG SPVSR |
| 12/16/1993 | GENERAL LABOR | OTHER | N | 0.0 | 0.0 | NEW ASSIGN |
| 10/12/1989 | UNASSIGNED | NONE | N | 0.0 | 0.0 | TERMINATED |
| 05/01/1989 | UNASSIGNED | NONE | N | 0.0 | 0.0 | JOB CHANGE |
| 11/14/1988 | CREW #1 | WIPP | N | 0.0 | 0.2 | AGREES |
| 10/26/1988 | COOK | WIPP | N | 0.0 | 0.4 | AGREES |
| 08/01/1988 | UNASSIGNED | NONE | N | 0.0 | 0.0 | AGREES |
| 06/28/1988 | CREW #4 | WIPP | N | 0.0 | 0.2 | AGREES |

## Notification Requests, Detainers, and/or Warrants *3 record(s)*

| Detainer Date | Detainer Type | Charges | Authority | Agreement Date | Cancel Date |
|---|---|---|---|---|---|
| 07/26/2013 | NR | CR2005-012445/DLL9 | MARICOPA CO CLERK | | |
| 05/24/1995 | NR | CR#94019578 | PINAL CLK OF CRT | 08/13/1997 | 03/11/2000 |
| 02/15/1994 | NR | CHILD SUPPORT | BERNARDINO CTY,CA | 08/13/1997 | 03/11/2000 |

# Exhibit 2

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.



## AZ-TECH RADIOLOGY

*Where Image Is Everything!*

# Radiology Report
### Casa Grande Facility

**NAME:  67165Jay Pember**
**D.O.B.: 07/21/1966**
**PATIENT #:  AZ477372**

**D.O.S.: 05/13/16**

**PHYSICIAN:** Ibrahim, Fuad, MD
**Phone:**   (520) 868-4011 Ext 5731
**Fax :**    (602) 258-7886

**MRI Cervical Spine with & without Contrast**

HISTORY:   Chronic neck pain.

EXAMINATION, TECHNIQUE:   Unenhanced and enhanced CT of the neck is provided utilizing multiple plane imaging with multi sequential studies within a 1.5 Tesla magnet, and utilizing 10 cc of Omniscan IV. T1, T2, STIR, fat suppression sequences are provided.

FINDINGS:   There is no evidence of bone contusion, fracture, dislocation, or true subluxation. There is straightening of cervical spine loss of lordosis which may be secondary to cervical myositis. Also noted is moderate degenerative spondylosis anteriorly with bridging involving C5, C6 vertebral bodies.

No neoplastic changes are suggested. No destructive alterations are demonstrated.

The cervical portion of the spinal cord demonstrates satisfactory signal and appearance. There is no evidence of herniation of the cerebellum or midbrain through the foramen magnum. There is no evidence of demyelinating disease, inflammatory change, or mass. No syrinx formation is demonstrated.

At the level of C2-C3, satisfactory anatomic findings are noted. At the level of C3-C4, there is moderate left foraminal narrowing.

FDA Certified
Accredited by the American College of Radiology

| | Apache Junction | Casa Grande | Chandler | Gilbert | Maricopa | Phoenix Osborn | Tempe | Women's Center |
|---|---|---|---|---|---|---|---|---|
| Ahwatukee | | | | | | | | |
| Phone: | Phone: | Phone: | Phone: | Phone: | Phone: | Phone: | Phone: | Phone: |
| 480.893.1004 | 480.288.6400 | 520.876.0297 | 480.963.4183 | 480.354.9200 | 520.568.6411 | 602.277.4111 | 480.820.2021 | 480.455.1860 |
| Fax: | Fax: | Fax: | Fax: | Fax: | Fax: | Fax: | Fax: | Fax: |
| 480.893.0306 | 480.288.4079 | 520.876.0167 | 480.963.4184 | 480.354.9201 | 520.568.6312 | 602.277.1333 | 480.345.7080 | 480.455.1862 |



**Radiology Report**
Casa Grande Facility

**NAME:** 67165Jay Pember
**D.O.B.:** 07/21/1966
**PATIENT #:** AZ477372

**D.O.S.:** 05/13/16

**PHYSICIAN: Ibrahim, Fuad, MD**

At the level of C4-C5, the anatomic findings are within normal limits.

At the level C5-C6 there is marked left foraminal narrowing with a 3.0 mm central posterior disc bulge which slightly impresses upon the thecal sac.

At the levels of C6-C7, and C7-T1, satisfactory anatomic findings are noted.

Muscular and soft tissue signal and appearance is within normal limits.

IMPRESSIONS:
1.  Straightening of the cervical spinal loss of lordosis is noted and may be secondary to cervical myositis.
2.  At the level of C5-C6, there is moderate degenerative spurring anteriorly with bridging as well as a 3.0 mm central posterior disc bulge with slight impression upon the thecal sac and marked left foraminal impingement.
3. At the level of C3-C4, moderate left foraminal impingement is noted.

Report dictated and electronically signed by: Davidson, Maurice A, DO
05/16/2016  1:30 PM

FDA Certified
Accredited by the American College of Radiology

| | Apache Junction | Casa Grande | Chandler | Gilbert | Maricopa | Phoenix Osborn | Tempe | Women's Center |
|---|---|---|---|---|---|---|---|---|
| Ahwatukee | | | | | | | | |
| Phone: | Phone: | Phone: | Phone: | Phone: | Phone: | Phone: | Phone: | Phone: |
| 480.893.1004 | 480.288.6400 | 520.876.0297 | 480.963.4183 | 480.354.9200 | 520.568.6411 | 602.277.4111 | 480.820.2021 | 480.455.1860 |
| Fax: | Fax: | Fax: | Fax: | Fax: | Fax: | Fax: | Fax: | Fax: |
| 480.893.0306 | 480.288.4079 | 520.876.0167 | 480.963.4184 | 480.354.9201 | 520.568.6312 | 602.277.1333 | 480.345.7080 | 480.455.1862 |

7.05.2016 19:31:58 retarus Faxolution from cgfax@aztechradiology.com for Aztech Radiology   Case 2:17-cv-04069-JJT-JFM   Document 41   Filed 08/22/18   Page 25 of 139

1/3

# Exhibit 3

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

CHSS027C

# Health Services Encounter

Wednesday August 08, 2018
15:20:37

---

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 06/20/2016 | Start Time*: | 12:55:54 |
| End Date*: | 06/20/2016 | End Time*: | 13:01:40 |
| Category: | Medical Provider | | |
| Type*: | Provider - Follow Up Care | Encounter Close Date: | 07/15/2016 |
| Location*: | ASPC-F CENTRAL I  #  [A01] | Encounter Close Time: | 08:43:08 |
| Setting*: | Clinic | | |
| Staff Member*: | Lyons, Nicole | | |
| Title: | | | |
| Form Type: | | | |

---

## Subjective

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

### Subjective Notes

Pt seen for f/u on MRI of CSP.  Pt informed of results.  plan of care is to continue medications, request pain management consult for possible spinal injections and then re-eval after.  may need some physical therapy in addition d/t muscle weakness and atrophy to left arm.  pt agrees.  he c/o persistent numbness to entire left arm and pain to left side of neck and posterior shoulder area.

---

## Objective

### Vital Signs (1 - 1 of 1)

| Taken By | Time | Temp | Pulse | Resp | Height | Weight | BP Systolic | BP Diastolic | Blood Sugar | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Sneckenburg, Karen | 12:52 | 96.7 | 81 | 20 | 5 9 | 220 | 138 | 88 | NA | |

### Objective Notes

a/o x4, NAD, resps easy and unlabored
lungs CTA
RRR, s1s2, no murmurs, no lower ext edema, distal pulses palpable
m/s- obvious visible muscle atrophy to left upper arm and shoulder, L hand grasp weaker than R, cap refill <3 sec distally, diminished sensation to fingers of L hand, muscle tightness to left trapezius. mild tenderness to palpation of left CSP musculature.
MRI results 5/13/16:
1. straightening of the cervical spinal loss of lordosis is noted and may be secondary to cervical myositis.
2. at the level of C5-6 there is moderate degenerative spurring anteriorly with bridging as well as a 3mm central posterior disc bulge with slight impression upon the thecal sac and marked left foraminal impingement.

3. at the level of C3-4, moderate left foraminal impingement is noted.

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 20 of 20)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date |
|---|---|---|---|---|---|---|
| 001 | Chronic Conditions | Asthma | | | Assessed | 10/02/2013 |
| 002 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | | Assessed | 10/02/2013 |
| 003 | Communicable Diseases | Hepatitis C | | | Assessed | 10/02/2013 |
| 004 | Allergies - Medication | Carbamazepine | | | Assessed | 08/04/2014 |
| 005 | Mental Health | Mental Health | | | Assessed | 08/04/2014 |
| 006 | Mental Health | Mental Health | | Bipolar disorder NOS [296.80] | Assessed | 08/04/2014 |
| 007 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Epilepsy NOS w intr epil [345.91] | Assessed | 10/01/2014 |
| 008 | Other Diagnosis | Other Diagnosis | | Hand injury NOS [959.4] | Assessed | 10/15/2014 |
| 009 | Other Diagnosis | Other Diagnosis | | Other postop infection [998.59] | Assessed | 11/04/2014 |
| 010 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Convulsions NEC [780.39] | Assessed | 09/30/2015 |
| 011 | Other Diagnosis | Pt. Specific Chronic Condition | | Hypothyroidism NOS [244.9] | Assessed | 09/30/2015 |
| 012 | Other Diagnosis | Other Diagnosis | | Chronic pain syndrome [338.4] | Assessed | 09/30/2015 |
| 013 | Chronic Conditions | Asthma | | Asthma NOS [493.90] | Assessed | 09/30/2015 |
| 014 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Unspecified convulsions [R56.9] | Assessed | 10/01/2015 |
| 015 | Other Diagnosis | Pt. Specific Chronic Condition | | Hypothyroidism, unspecified [E03.9] | Assessed | 10/01/2015 |

| 016 | Other Diagnosis | Other Diagnosis | | Chronic pain syndrome [G89.4] | Assessed | 10/01/2015 |
|-----|-----------------|-----------------|---|------------------------------|----------|------------|
| 017 | Chronic Conditions | Asthma | | Unspecified asthma, uncomplicated [J45.909] | Assessed | 10/01/2015 |
| 018 | Communicable Diseases | Hepatitis C | | Chronic viral hepatitis C [B18.2] | Assessed | 11/16/2015 |
| 019 | Mental Health | Mental Health | | Bipolar disorder, unspecified [F31.9] | Assessed | 12/03/2015 |
| 020 | Other Diagnosis | Other Diagnosis | SNOMED: 202776005 - Cervical root syndrome (disorder) | Cervical root disorders, not elsewhere classified [G54.2] | Assessed | 03/28/2016 |

#### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|
| | | | No Rows Found | | | |

#### Assessment Notes

CSP disc bulging with foraminal impingement

---

### Plan

#### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| | | No Rows Found | | |

#### Active Drug Prescription Orders (1 - 6 of 6)

[ View MAR Summary ]

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| ALBUTEROL HFA (8.5GM) INHA/90 Mcg ⬦ | RxNorm: 745752 - 200 ACTUAT Albuterol 0.09 MG/ACTUAT Metered Dose Inhaler [ProAir HFA]; &... | 05/24/2016 | 2 puffs | TWICE DAILY AS NEEDED | 10/25/2016 | Received from Pharmacy |

| | | | | | | |
|---|---|---|---|---|---|---|
| GABAPENTIN CAPS/300 Mg 🔸 | RxNorm: 310431 - gabapentin 300 MG Oral Capsule; | 04/29/2016 | 2 tab | TWICE DAILY | 08/27/2016 | Received from Pharmacy |
| MELOXICAM TABS/15 Mg 🔸 | RxNorm: 152695 - meloxicam 15 MG Oral Tablet; | 03/28/2016 | 1 tab | EVERY DAY | 09/24/2016 | Order Accepted at Pharmacy Vendor (SC) |
| NORTRIPTYLINE HCL CAPS/75 Mg 🔸 | | 03/28/2016 | 1 tab | EVERY EVENING | 09/24/2016 | Order Accepted at Pharmacy Vendor (SC) |
| LEVOTHYROXINE SOD TABS/0.075 Mg 🔸 | RxNorm: 966171 - Synthroid 75 MCG Oral Tablet; | 02/12/2016 | 1 | EVERY MORNING | 08/10/2016 | Received from Pharmacy |
| PHENYTOIN SOD *EXT* CAPS/100 Mg 🔸 | RxNorm: 855671 - Phenytoin sodium 100 MG Extended Release Capsule; | 02/28/2016 | 2 | TWICE DAILY | 08/10/2016 | Received from Pharmacy |

Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

X-Ray Orders

| X-Ray Body Area | Priority | Status |
|---|---|---|
| No Rows Found | | |

Consultation Request (1 - 1 of 1)

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| Off-site Clinic | Pain Clinic | Routine | Consult Occurred |

Follow-up Appointments

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| No Rows Found | | | | |

Patient Transfer Holds (1 - 1 of 1)

| Type | Expiration Date | Status |
|------|-----------------|--------|
| Medical Hold | 07/05/2016 | Removed |

Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

Plan Notes

CSP disc bulging with foraminal impingment- continue meds, request consult with pain mgmt. for possible spinal injections, f/u PRN, may need PT in the future also.

**Patient Education**

Patient Education Notes

notify medical for worsening or change in s/s

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified

☑ Current Medical Problem List verified (or Patient has no Medical Problems)

☑ Current Medications List verified (or Patient has no Medical Medications)   ☐ Medications List NOT verified

☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

**Health Classification**

Medical:  2

Mental:  3D-Outpatient-Recently Off Meds-Monitoring Only          Prognosis:  Improvable Conditi

SMI:  N-No

Dental:  U-Unknown (Conversion)

Classification and Security Notes

None

**Encounter Orders Review**

Review Type*:  Pending Nurses Order          Review Staff:  Smith, Christine, RN

Review Date:  06/20/2016          Review Time:  20:45:55

## Review Notes

Reviewed
TimeStamp: 20 June 2016 20:47:57 --- User: Christine Smith (CSMITH)

Scanned Documents/Photos

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

# Exhibit 4

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.



**Dinesh Chinthagada, MD**
Susan Bailey, FNP-C
Johnie Blum, FNP-C
Nichole Brown, FNP-C

**Brian Page, DO**
Lindsay Burk PA-C
Amelia Campbell, FNP-C
Kelly Carr, FNP-C

**Maya Vaysbrot, MD**
Carmen Carrabis, FNP-C
Elizabeth Colman, FNP-C
Nathan Franne, PA-C

**Gregory Zakas, DO**
Morris Bruce Hamburg, ANP-C
Leslie Kotsis, ANP-C
Yvonne Mclemore, FNP-C

Phone: 623.466.6350          Fax: 623.518.6389

GLENDALE    AVONDALE    CENTRAL    N CENTRAL    AHWATUKEE    MESA    CHANDLER    SURPRISE    N.PHX/SCOTTSDALE

Patient:              **JAY PEMBER**
Date of Birth:        **07/21/1966**

Visit Date:           **07/26/2016**
Attending Provider:   **Brian Page DO**

................................................................................................
## Patient Visit Note

## Referring Provider:
## ASPC Eyman

## Active Problems
• Cervical Radiculopathy

## Reason For Visit
New patient consultation and evaluation.

## History of Present Illness
This is a 50 year old Male

## Positive Symptoms • Neck pain.

## Pertinent negative symptoms:
No chills, no fever, no chest pain or discomfort, no dyspnea, no heartburn, normal appetite, no dysphagia, no diarrhea, no nausea, no vomiting, no vertigo, no motor disturbances, no dizziness and no fainting

## Other History
• Past medical history reviewed.  • Medication list reviewed.
Patient is seen for pain management consultation and evaluation. Pt presents stating severe cervical and left arm pain, numbness and tingling since 2005 when he was " stomped in the neck". He had a recent MRI which shows a disc bulge at C5 C6. He was seen by a neurosurgeon who recommended cervical epidural injections.  He has not had PT.

Pain is severe without pain medications. With pain medications pain is moderate. Patient is able to function with pain medications and brings pain to a tolerable level without significant side effects.

Pain impacts quality of life which includes activity, walking, bending, standing.

Patient has tried ice and heat. Patient has tried NSAIDS.





Patient Name: JAY PEMBER
Date of Birth: 07/21/1966                                    Date: 07/26/2016

Patient denies any history of over dosing on medications. Denies any history of substance abuse.

I discussed with patient that this is an interventional practice.

### Allergies
- Tegretol (Carbamazepine)      Reaction: swelling in throat

### Medication History
- Albuterol 90 mcg Tablet  0 days, 0 refills
- Gabapentin 300 MG Capsule  0 days, 0 refills
- Levothyroxine Sodium 75 MCG Tablet  0 days, 0 refills
- Meloxicam 15 MG Tablet  0 days, 0 refills
- Nortriptyline HCl 75 MG Capsule  0 days, 0 refills
- Phenytoin Sodium Extended 100 MG Capsule  0 days, 0 refills

### Past Medical/Surgical History
**Diagnoses:**
    Hepatic disorders C
    Hepatitis
History of Asthma.
Surgical History:  The patient reports no past surgical history.

### Previous Therapy
- History of psychiatric therapy

### Social History
Nothing reported.

### Family History
The patient reports no family history

### Review Of Systems
**Systemic:** No fever and no chills.
**Cardiovascular:** No chest pain or discomfort.
**Pulmonary:** No dyspnea.
**Gastrointestinal:** Normal appetite, no dysphagia, and no heartburn.  No nausea, no vomiting, and no diarrhea.
**Neurological:** No dizziness, no vertigo, no fainting, and no motor disturbances.

### Physical Findings
- Vitals taken 07/26/2016 09:38 am

| | |
|---|---|
| BP-Sitting L | 126/78 mmHg |
| BP Cuff Size | Regular |
| Pulse Rate-Sitting | 83 bpm |
| Respiration Rate | 18 per min |
| Temp-Temporal | 97.5 F |
| Height | 69 in |
| Weight | 220 lbs |
| Body Mass Index | 32.5 kg/m2 |
| Body Surface Area | 2.15 m2 |
| Oxygen Saturation | 98 % |

### General Appearance:
- General appearance:  ° Alert.  ° Well hydrated.

**Head:**

Patient Name: JAY PEMBER                                                    Date: 07/26/2016
Date of Birth: 07/21/1966

Appearance: ° No external occipital swelling of the head was observed.
**Lungs:**
  ° Clear to auscultation.
**Cardiovascular:**
  Heart Rate And Rhythm: ° Normal.
  Heart Sounds: ° Normal.
**Abdomen:**
  ° Normal.
**Musculoskeletal System:**
  **Shoulder:**
    General/bilateral: ° Shoulder joints have full range of motion.
  **Cervical Spine:**
    General/bilateral: • Cervical spine showed tenderness on palpation of the
      spinous process.  • Cervical spine did not show full range of motion.  • A
      foraminal compression test of the cervical spine was performed.
      ° Occipital protuberance (inion) was not tender on palpation.
  **Thoracic Spine:**
    General/bilateral: ° Thoracic spine exhibited no tenderness on palpation.
  **Thoracolumbar Spine (Motion):**
    General/bilateral: ° Thoracolumbar spine demonstrated full range of motion.
  **Lumbar / Lumbosacral Spine:**
    General/bilateral: ° Lumbosacral spine exhibited no tenderness on palpation.
      ° Lumbosacral spine demonstrated full range of motion.  ° A straight-leg
      raising test was negative.
  **Pelvis:**
    General/bilateral: ° Both sacroiliac joints did not show tenderness on
      palpation.
  **Knee:**
    Right Knee: • Examined.  ° Medial aspect was not tender on palpation.
      ° Lateral aspect was not tender on palpation.
    Left Knee: • Examined.  ° Medial aspect was not tender on palpation.
      ° Lateral aspect was not tender on palpation.
**Neurological:**
  ° Oriented to time, place, and person.
  Gait And Stance: ° Normal.
  Reflexes: ° Deep tendon reflexes were normal.  ° Biceps reflex was normal +2/4.
    ° Brachioradialis reflex was normal +2/4.  ° Triceps reflex was normal +2/4.
**Skin:**
  ° Normal.

**Assessment/Impression**
  • Cervical radiculopathy

**PROCEDURE**
  Epidurography was performed

  PROCEDURE:  Epidurogram
  PREOP DIAGNOSIS:  Cervical disc bulge
  POSTOP DIAGNOSIS: Same
  SURGEON: Brian Page, DO
  COMPLICATIONS: None
  EBL: Minimal

  INFORMED CONSENT:  After explanation of the risks, benefits, alternatives and
possible complications, written and verbal consent was obtained from the patient and
placed in the chart.

Patient Name: JAY PEMBER                                    Date: 07/26/2016
Date of Birth: 07/21/1966

PROCEDURE IN DETAIL: The patient underwent cervical epidural steroid injection today. The epidural was observed at the level of C5-C6 under AP and lateral fluoroscopic guidance. 2cc of Omnipaque 240 contrast was injected that evenly spread from level C5 to C7 level with posterior-anterior dye spread bilaterally at level of C5-C6 and C6-C7. The intervertebral disc height at the level of C5-C6 was slightly less than normal and intervertebral disc height at the level of C6-C7 was slightly less than normal. The neural foramen appeared to be patent.

Conclusion:  Good epidural dye containment from C5-C7.  Hard copies of the images are on file.

---

Administered nerve block into the left C5-C6 disc space by transforaminal epidural approach

PROCEDURE: Cervical Transforaminal Epidural Steroid Injection
PREOP DIAGNOSIS:  Same as Assessment
POSTOP DIAGNOSIS: Same
SURGEON: Brian Page, DO
COMPLICATIONS: None
EBL: Minimal

INFORMED CONSENT - Cervical Transforaminal Epidural Steroid Injection - The nature of the procedure was explained in detail to the patient.  Risks were explained including the possibility of dural puncture, subsequent postdural puncture headache, at times severe and disabling for weeks, rarer possibility of infection, bleeding, nerve injury or spinal cord injury and allergic reaction to medication.  The patient has also had an explanation of the side effects of corticosteroid.  Possible allergies to iodinated radiocontrast dye, iodinated skin preparation solution, corticosteroids, and local anesthetic have all been asked about and are negative by history.  The patient has signed a procedure-specific consent.  The patient has had an opportunity to have all questions answered both on the day of initial consultation and again today. The patient wishes to proceed.

PROCEDURE IN DETAIL: After informed consent was obtained and all of patient's questions were answered, the patient was taken to the procedure room and placed in the supine position with the head rotated to the opposite side. The cervical area was prepped with Betadine and sterile drapes were placed.  1cc of 1% lidocaine was infused for local anesthesia at each location.  An oblique fluoroscopy view was obtained and a 22 gauge, 3.5 inch spinal needle was placed into the cervical foramen at the C5-C6 level on the left using direct fluoroscopic guidance.  1cc of Omnipaque 300 dye was infused at each location to rule out intravascular injection.  10mg of dexamethasone mixed with 1cc of preservative free saline was infused at each location.  The needles were removed.  The patient tolerated the procedure well and there were no complications noted.

**Treatment Plan**
  • **Radiculopathy, cervical region**
     CORRESPONDENCE: CC TO REFERRING PHYSICIAN

  • Education and instructions for pain management were discussed. The importance of taking the medication was discussed as well as possible side effects including constipation or sedation.  If sudden loss of bowel or bladder function, or severe weakness of extremities occurs, seek emergent medical treatment
  • Return to the clinic if condition worsens or new symptoms arise, otherwise schedule  follow up or treatment as noted. No other concerns noted

**Patient Name: JAY PEMBER**
**Date of Birth: 07/21/1966**                                    Date: 07/26/2016

I reviewed patient's AZ pharmacy board report, referring physician notes, and
imaging studies sent over.

I reviewed our pain and urine drug screen agreement. Patient verbalized
understanding and signed.

Thank you for this referral.

Today I proceeded with a cervical transforaminal epidural at C5 C6 on the left. He
should return in 4 weeks for a second injection.

The patient received a 25mg IM injection of Demerol given in R Deltoid
Lot #095386 Exp 09/2017
Administered by Jim T, Lpn

**Health Reminders**
• Assess BMI satisfied 07/26/2016.

Note faxed to ASPC Eyman and ASPC Florence (cb)

**Brian Page DO**
**Electronically signed by: Brian Page    Date: 07/26/2016 10:44**

# Exhibit 5

CHSS027C

# Health Services Encounter

Wednesday August 22, 2018
10:47:54

## Encounter Header

Date*: 11/07/2016                                Start Time*: 14:37:33
End Date*: 11/07/2016                                End Time*: 14:54:19
Category: Medical Provider
Type*: Practitioner - Chronic Care              Encounter Close Date: 11/15/2016
Location*: ASPC-E BROWNING STG  [A52]          Encounter Close Time: 13:56:33
Setting*: Clinic
Staff Member*: Salyer, Nick C
Title: Physician Assistant
Form Type:

## Subjective

### Related Health Service Requests (1 - 2 of 2)

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| 09/01/2016 | Provider | Not Required to be Seen | Encounter Held |
| 11/03/2016 | Provider | Duplicate HNR | Encounter Held |

### Subjective Notes

Request Date: 11/03/2016
Wants to See Provider About Pain Management. Was Scheduled 10/20/16 and Not Seen.

Request Date: 09/01/2016
Wants Status of Pain management Regimen

Patient Was Seeing Pain Management Clinic For Spinal cervical Steroid Injections Had One Several
Months Ago, Staes Suppose To F/U @ Pain Management Clinic For Series Of Injections.

Continued Pain especially 4-6 Hours After Current Rx Regimens Makes Him Restless, and Anxious @
Night 7-9 Pains Left Neck Upper Back Radiates Down Left Arm.

Denies Recent SZs, and Asthma Attacks Since last Visit. Denies SXs Of Hep C.

## Objective

### Vital Signs (1 - 1 of 1)

| Taken By | Time | Temp | Pulse | Resp | Height | Weight | BP Systolic | BP Diastolic | Blood Sugar | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Salyer, Nick C, PA | 14:38 | 97.5 | 88 | 18 | 5 9 | 223 | 140 | 80 | NA | |

### Objective Notes

See MRI, and Pain management Clinic Injections.
A+Ox4, Mild Discomfort Today, Fully Lucid, and Cognitive. Mildly Anxious Mood, and Affect.

CNsII-XII Grossly Intact.
PERLA, EOMI OUs.
Very Mild Left lateral cervical Neck Muscle Atrophy, Left Shoulder Muscle Atrophy, and Left Upper,
and Lower Arm Muscle Atrophy. Patient In Side Restraints, Mild Weak Left Shoulder Shrug, and
Moderately Weak Left Arm Hand Strength. decreased DTRs Left Arm. decreased Sharp Dull and
Monofilament Testing Sensations Left Hand Mostly First Three Digits.
Symmetrical Wrist Pulses 4/4. Good Capillary Refill All Digits Bilateral hands.
No Nucchal Cervical Spinal Rigidity.
Lungs CTA, and Normal Symmetrical Excursions Bilaterally.
Heart Has RRR W/O Murmurs.
Abdomen Is W/O Ascites, NT W/O Gross Hepatosplenomegaly.
Non-Tender Lumbar sacral AROM W/O Rigidity.
Negative SLRs Bilateral LEs.
Tandem gait W/IO Foot Drop.

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|----------|---------------------|
| No Rows Found | |

### Chronic Conditions Being Treated

| | |
|---|---|
| Asthma NOS [493.90]: ☐ | Mild intermittent asthma, uncomplicated [J45.20]: ☐ |
| Unspecified asthma, uncomplicated [J45.909]: ☑ | Coronary Artery Disease (CAD): ☐ |
| Diabetes Type I: ☐ | Diabetes Type II: ☐ |
| Dyslipidemia: ☐ | Chronic viral hepatitis C [B18.2]: ☑ |
| HIV/AIDS: ☐ | Hypertension: ☐ |
| Multiple Sclerosis (MS): ☐ | Convulsions NEC [780.39]: ☐ |
| Unspecified convulsions [R56.9]: ☑ | Sickle Cell: ☐ |
| Tuberculosis Active (TB): ☐ | Tuberculosis Latent Inactive (LTBI): ☐ |
| Hypothyroidism NOS [244.9]: ☐ | Hypothyroidism, unspecified [E03.9]: ☑ |

### Active Allergies/Health Problems/Conditions (1 - 16 of 16)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date |
|-----------|----------|------|---------------------|----------------|--------|-------------|
| 001 | Chronic Conditions | Asthma | | | Assessed | 10/02/2013 |
| 002 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | | Assessed | 10/02/2013 |
| 003 | Communicable Diseases | Hepatitis C | | | Assessed | 10/02/2013 |
| 004 | Allergies - Medication | Carbamazepine | | | Assessed | 08/04/2014 |

| 005 | Mental Health | Mental Health | | | Assessed | 08/04/2014 |
|---|---|---|---|---|---|---|
| 006 | Mental Health | Mental Health | | Bipolar disorder NOS [296.80] | Assessed | 08/04/2014 |
| 007 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Epilepsy NOS w intr epil [345.91] | Assessed | 10/01/2014 |
| 008 | Other Diagnosis | Other Diagnosis | | Hand injury NOS [959.4] | Assessed | 10/15/2014 |
| 009 | Other Diagnosis | Other Diagnosis | | Other postop infection [998.59] | Assessed | 11/04/2014 |
| 010 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Convulsions NEC [780.39] | Assessed | 09/30/2015 |
| 011 | Other Diagnosis | Pt. Specific Chronic Condition | | Hypothyroidism NOS [244.9] | Assessed | 09/30/2015 |
| 012 | Other Diagnosis | Other Diagnosis | | Chronic pain syndrome [338.4] | Assessed | 09/30/2015 |
| 013 | Chronic Conditions | Asthma | | Asthma NOS [493.90] | Assessed | 09/30/2015 |
| 016 | Other Diagnosis | Other Diagnosis | | Chronic pain syndrome [G89.4] | Assessed | 10/01/2015 |
| 019 | Mental Health | Mental Health | | Bipolar disorder, unspecified [F31.9] | Assessed | 12/03/2015 |
| 020 | Other Diagnosis | Other Diagnosis | SNOMED: 202776005 - Cervical root syndrome (disorder) | Cervical root disorders, not elsewhere classified [G54.2] | Assessed | 03/28/2016 |

**Related Allergies/Health Problems/Conditions** (1 - 4 of 4)

| ID Number | Category | Type | National HIE Code (s) | Diagnosis Code | Status | Status Date |
|---|---|---|---|---|---|---|
| 014 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Unspecified convulsions [R56.9] | Assessed | 10/01/2015 |
| 015 | Other Diagnosis | Pt. Specific Chronic Condition | | Hypothyroidism, unspecified [E03.9] | Assessed | 10/01/2015 |
| 017 | Chronic Conditions | Asthma | | Unspecified asthma, uncomplicated [J45.909] | Assessed | 10/01/2015 |
| 018 | Communicable | Hepatitis C | | Chronic viral | Assessed | 11/16/2015 |

| | Diseases | | | hepatitis C [B18.2] | | |
|---|---|---|---|---|---|---|

### Assessment Notes

Asthma, and SZs Under Good Control @ Goal.
Hep C Fair Control, Unchanged APRI=0.67
Hypothyroid Therapy @ Goal.
Chronic Neuropathic pain Due To Cervical Spinal Stenosis Under Pain Management.

### Plan

#### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

#### Active Drug Prescription Orders (1 - 6 of 6)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| CROMOLYN NASAL SPRAY (26) INHA/4% | RxNorm: 746341 - 200 ACTUAT Cromolyn Sodium 5.2 MG/ACTUAT Nasal Inhaler; | 09/17/2016 | 1 spray | FOUR TIMES DAILY | 03/15/2017 | Received from Pharmacy |
| MELOXICAM TABS/15 Mg | RxNorm: 152695 - meloxicam 15 MG Oral Tablet; | 09/25/2016 | 1 | EVERY DAY | 03/23/2017 | Received from Pharmacy |
| LEVOTHYROXINE SOD TABS/0.075 Mg | RxNorm: 966171 - Synthroid 75 MCG Oral Tablet; | 08/09/2016 | 1 | EVERY MORNING | 02/05/2017 | Received from Pharmacy |
| PHENYTOIN SOD *EXT* CAPS/100 Mg | RxNorm: 855671 - Phenytoin sodium 100 MG Extended Release Capsule; | 08/08/2016 | 2 | TWICE DAILY | 02/04/2017 | Received from Pharmacy |
| NORTRIPTYLINE HCL CAPS/75 Mg | | 08/04/2016 | 1 | EVERY EVENING | 01/31/2017 | Received from Pharmacy |
| GABAPENTIN | | 08/04/2016 | 2 tab | TWICE | 12/02/2016 | Received from |

| | | | | DAILY | | Pharmacy |
|---|---|---|---|---|---|---|
| CAPS/300 Mg | | | | | | |

### Ordered Drug Prescriptions (1 - 1 of 1)

| Prescription/Medication | National HIE Code (s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| GABAPENTIN CAPS/300 Mg | | 11/07/2016 | 3 | TWICE DAILY | 03/06/2017 | Discontinued - Other |

### Lab Test Orders (1 - 3 of 3)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| URINALYSIS (UA) | LOINC: 5794-3 - Hgb Ur Ql Strip; 58450-8 - Bilirubin Confirm., Ur; 20454-5 - P… | Rout (Draw-10days;Rslts-48hrs) | Completed - Results Reviewed | See Report | From Vendor |
| PSA Total | LOINC: 35741-8 - PSA SerPl DL<=0.01 ng/mL-mCnc; | Rout (Draw-10days;Rslts-48hrs) | Completed - Results Reviewed | See Report | From Vendor |
| Diagnostic Panel 2 | LOINC: 3050-2 - T3 Uptake (T3U); 2085-9 - HDL CHOL., DIRECT; 3026-2 - Thyroxin… | Rout (Draw-10days;Rslts-48hrs) | Completed - Results Reviewed | See Report | From Vendor |

### X-Ray Orders

| X-Ray Body Area | Priority | Status |
|---|---|---|
| No Rows Found | | |

### Consultation Request (1 - 1 of 1)

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| Off-site Clinic | Pain Clinic | Routine | Consult Completed- Practitioner Reviewed |

### Follow-up Appointments (1 - 3 of 3)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 11/17/2016 | 02:37:34 | Health Services | Salyer, Nick C | ASPC-E BROWNING STG |
| 11/17/2016 | 02:37:35 | Health Services | Salyer, Nick C | ASPC-E BROWNING STG |
| 11/17/2016 | 14:37:33 | Health Services | Salyer, Nick C | ASPC-E BROWNING STG |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

1) Consult to Pain Management Clinic For Follow Up Spinal Injections requesting Approval**
2) Requesting NFDR To Increase Gabapentin To 900 MG PO BID DOT**
3) F/U Chronic care, and Pain Management in Feb 2017 or Via HNR PRN**
4) labs**

**Patient Education**

Patient Education Notes

Patient Ed To Avoid Heavy Lifting, and No Behind The Head Situps, and No Jumping Exercises.
May Do Gentle AROM, and Gentle Stretching Exercises Only For Now**

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified

☑ Current Medical Problem List verified (or Patient has no Medical Problems)

☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified

☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

**Health Classification**

Medical:  3

Mental:  3E-Not on meds > 6 months with 30 day follow-up          Prognosis:  Improvable Conditio

SMI:  N-No

Dental:  U-Unknown (Conversion)

Classification and Security Notes

None

**Encounter Orders Review**

Review Type*:  Pending Nurses Order          Review Staff:  Gowey, Catherine, RN

Review Date:  11/07/2016          Review Time:  22:58:02

Review Notes

See Plan, Labs, Consult, and RX Changes**

Scanned Documents/Photos

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

Standard Forms (1 - 1 of 1)

| Type | Staff |
|---|---|
| Lab Test Order | Monz, Jamilyn K |

# Exhibit 6

CHSS027J    Condensed Health Services Encounter              Wednesday August 22, 2018 12:25:31 PM

| | |
|---|---|
| | ADC #: 067165    Inmate Name: PEMBER, JAY L.<br>ENCOUNTER DATE: 12/29/2016    TIME: 12:59:16    DURATION: minutes    TYPE: Provider - Follow Up Care<br>LOCATION: ASPC-E BROWNING STG [A52]    SETTING: Clinic |

**S** NOTES:

Pt here to ask why he hasn't had a follow up epidural injection for his neck and arm pain.  He states they are supposed to be every 3 months. His neck pain, described as burning  is 8/10 and starts in the back of his neck and radiates down his L arm. He states that the previous epidural injections gave him relief for approx. 2 weeks.  He states that at one point surgery was discussed to remove the disc and readjust the bones in his neck. He doesn't think the Nortriptyline is helping his pain and says he is having more urinary issues, specifically starting a stream since starting the med. He is asking for an increase in his Gabapentin, stating that seems to help and thinks a higher dose may decrease the burning more.
He wants to discuss his R ankle pain which is associated with an old gun shot wound. He describes the pain as burning, tingling and numbness.
He also wants to discuss his PSA lab results, stating that his dad died of prostate CA in his 60's.

**O** PREV: 12:28:02    TEMP: 97.5    PULSE: 89    RP: 16    BP: 128/85    HT: 5 ft.  9 in.    WT: 220  lb
BLOOD SUGAR: NA   +
02 SAT: 99.00%    SOURCE: Room Air
NOTES:

GEN: alert and oriented x 3, NAD,cooperative
MSK: Neck is tender to palpation, arm strength 3/5 bilat, ROM intact but painful, no recent x-rays of neck
R ankle with surgical scar present on medial aspect

**A** RELATED PROBLEM:   Other Diagnosis:   Other Diagnosis   Spinal stenosis, cervical region [M48.02]
MEDICAL DIAGNOSIS:    Spinal stenosis, cervical region [M48.02]
NOTES: Spinal stenosis, cervical region

**P** X-RAY ORDERED: Cervical, 3V   VERBAL BY: Hutchinson, Julie
APPT SCHEDULED: X-Ray   WITH: Hutchinson, Julie
ON: 01/08/2017   AT: 12:59:16
APPT SCHEDULED: Provider - Follow Up Care   WITH: Hutchinson, Julie
ON: 01/27/2017   AT: 14:56:00
NOTES:

Nortriptyline discontinued
Pt scheduled for cervical  injection next week
follow up in 1 month to assess pain
Consider increasing Gabapentin if indicated

**E** NOTES:

pathophysiology of Degenerative Disc disease and it's effect on the spine discussed. Medication side effects discussed. PSA results discussed.

**H/S** MH Status: Outpatient-Regular MH Contact

STAFF: Hutchinson, Julie

Case 2:17-cv-04069-JJT-JFM   Document 41   Filed 08/22/18   Page 48 of 139

# Clinical Orders

ADC #: 067165    Inmate Name: PEMBER, JAY L.
Encounter Date: 12/29/2016   Encounter Time: 12:59:16

---

X-RAY: ORDERED: Cervical, 3V   VERBAL BY: Hutchinson, Julie

---

APPT SCHEDULED: X-Ray   WITH: Hutchinson, Julie
ON: 01/08/2017   AT: 12:59:16

---

APPT SCHEDULED: Provider - Follow Up Care   WITH: Hutchinson, Julie
ON: 01/27/2017   AT: 14:56:00

PROVIDER SIGNATURE: _____
                            Hutchinson, Julie

# Exhibit 7



## CORIZON
HEALTH

### Practitioner Consultation Report
### (Complete and return in SEALED envelope with Correctional Officer)

| | |
|---|---|
| Reference # OTCH 201621 | Date of Service 1/3/17 |
| Patient. Pember, Jay | Patient ID: 67165    DOB: 7/21/66 |
| Facility: Eyman | Facility ID: Browning    Phone: |
| Practitioner: Advanced Pain Clinc  Practitioner Type: Pain Clinic    Location: Glendale |

**\*\*\* See Attached Consultation Request for Health Services Authorized \*\*\***
*For security reasons inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security considerations, all recommended tests and treatments are to be scheduled by Corizon.*

Review of Case (Chief complaint, exam findings, etc.):

PT PRESENTS Ē NECK + (L) ARM PAIN
40% PAIN RELIEF FROM 1ST EPIDURA

Diagnosis and Prescription Suggestions (To be reviewed by Corizon Medical Director):
- DISC BULGE C5-6
- 2ND CERVICAL EPIDURAL TODAY

| Can equivalent medication substitution be used? | ◯ Yes ◯ No | Follow-up needed? | ⊗ Yes ◯ NO |
|---|---|---|---|

If follow up needed, explain:

NEEDS 3RD EPIDURAL IN 4WKS

| | | |
|---|---|---|
| S. PAGE M | | 1/3/17 |
| Practitionerr Name (Print) | Practitioner Signature | Date |

### To be completed by Corizon practitioner

| Recommendation after review of consultant's report: | ◯ No further action | ◯ Implement the following |
|---|---|---|

Implement:

| | | |
|---|---|---|
| Corizon Practitioner Name (Print) | Corizon Practitioner Signature | Date |

© 2015 Corizon Health, Inc.    All rights reserved.

Patient:              **JAY PEMBER**
Date of Birth:        **07/21/1966**

Visit Date:           **01/03/2017**
Attending Provider:   **Brian Page DO**

## Patient Visit Note

### Referring Provider:
**ASPC Eyman**

### Active Problems
• Cervical Radiculopathy

### History of Present Illness
This is a 50 year old Male

Patient is seen in follow up today for his second cervical transforaminal epidural steroid injection C5 C6 on the left

### Allergies
• Tegretol (Carbamazepine)    Reaction: swelling in throat

### Medication History
• Albuterol 90 mcg Tablet  0 days, 0 refills
• Gabapentin 300 MG Capsule CAPS,  0 days, 0 refills
• Levothyroxine Sodium 75 MCG Tablet  0 days, 0 refills
• Meloxicam 15 MG Tablet  0 days, 0 refills
• Nortriptyline HCl 75 MG Capsule CAPS,  0 days, 0 refills
• Phenytoin Sodium Extended 100 MG Capsule CAPS,  0 days, 0 refills

### Past Medical/Surgical History
**Diagnoses:**
    Hepatic disorders C
    Hepatitis
Surgical History:  The patient reports no past surgical history.

### Physical Findings
**General Appearance:**
    ° Normal.  ° Well hydrated.
**Lungs:**



**Patient:** **JAY PEMBER**
**Date of Birth:** **07/21/1966**

**Visit Date:** **01/03/2017**
**Attending Provider:** **Brian Page DO**

## Patient Visit Note

**Referring Provider:**
**ASPC Eyman**

**Active Problems**
• Cervical Radiculopathy

**History of Present Illness**
This is a 50 year old Male

Patient is seen in follow up today for his second cervical transforaminal epidural steroid injection C5 C6 on the left

**Allergies**
• Tegretol (Carbamazepine)    Reaction: swelling in throat

**Medication History**
• Albuterol 90 mcg Tablet  0 days, 0 refills
• Gabapentin 300 MG Capsule CAPS,  0 days, 0 refills
• Levothyroxine Sodium 75 MCG Tablet  0 days, 0 refills
• Meloxicam 15 MG Tablet  0 days, 0 refills
• Nortriptyline HCl 75 MG Capsule CAPS,  0 days, 0 refills
• Phenytoin Sodium Extended 100 MG Capsule CAPS,  0 days, 0 refills

**Past Medical/Surgical History**
**Diagnoses:**
    Hepatic disorders C
    Hepatitis
Surgical History:  The patient reports no past surgical history.

**Physical Findings**
**General Appearance:**
    ° Normal.  ° Well hydrated.
**Lungs:**

Patient Name: JAY PEMBER
Date of Birth: 07/21/1966

Date: 01/03/2017

   ° Clear to auscultation.

**Cardiovascular:**
   Heart Rate And Rhythm: ° Normal.
   Heart Sounds: ° Normal.

**Abdomen:**
   ° Normal.

**Musculoskeletal System:**
   **Cervical Spine:**
      General/bilateral: ° Cervical spine had a normal appearance.  ° Cervical spine showed no tenderness on palpation.
   **Lumbar / Lumbosacral Spine:**
      General/bilateral: ° Lumbosacral spine exhibited no tenderness on palpation. ° Lumbosacral spine motion was normal.

**Neurological:**
   ° Oriented to time, place, and person.

**Assessment/Impression**
- Cervical radiculopathy

**PROCEDURE**
   Epidurography was performed

   PROCEDURE:  Epidurogram
   PREOP DIAGNOSIS:  Cervical disc bulge
   POSTOP DIAGNOSIS: Same
   SURGEON: Brian Page, DO
   COMPLICATIONS: None
   EBL: Minimal

   INFORMED CONSENT:  After explanation of the risks, benefits, alternatives and possible complications, written and verbal consent was obtained from the patient and placed in the chart.
   PROCEDURE IN DETAIL: The patient underwent cervical epidural steroid injection today. The epidural was observed at the level of C5-C6 under AP and lateral fluoroscopic guidance. 2cc of Omnipaque 240 contrast was injected that evenly spread from level C5 to C7 level with posterior-anterior dye spread bilaterally at level of C5-C6 and C6-C7. The intervertebral disc height at the level of C5-C6 was slightly less than normal and intervertebral disc height at the level of C6-C7 was slightly less than normal. The neural foramen appeared to be patent.
   Conclusion:  Good epidural dye containment from C5-C7. Hard copies of the images are on file.

   .
   Administration of anesthesia for procedures:  Monitored Anesthesia Care - See Anesthesia Record.

   .
   Administered nerve block into the left C5-C6 disc space by transforaminal epidural approach

   PROCEDURE: Cervical Transforaminal Epidural Steroid Injection
   PREOP DIAGNOSIS:  Same as Assessment
   POSTOP DIAGNOSIS: Same
   SURGEON: Brian Page, DO
   COMPLICATIONS: None
   EBL: Minimal

**Date: 01/03/2017**

**Patient Name: JAY PEMBER**
**Date of Birth: 07/21/1966**

        INFORMED CONSENT - Cervical Transforaminal Epidural Steroid Injection - The nature of the procedure was explained in detail to the patient. Risks were explained including the possibility of dural puncture, subsequent postdural puncture headache, at times severe and disabling for weeks, rarer possibility of infection, bleeding, nerve injury or spinal cord injury and allergic reaction to medication. The patient has also had an explanation of the side effects of corticosteroid. Possible allergies to iodinated radiocontrast dye, iodinated skin preparation solution, corticosteroids, and local anesthetic have all been asked about and are negative by history. The patient has signed a procedure-specific consent. The patient has had an opportunity to have all questions answered both on the day of initial consultation and again today. The patient wishes to proceed.
        PROCEDURE IN DETAIL: After informed consent was obtained and all of patient's questions were answered, the patient was taken to the procedure room and placed in the supine position with the head rotated to the opposite side. The cervical area was prepped with Betadine and sterile drapes were placed. 1cc of 1% lidocaine was infused for local anesthesia at each location. An oblique fluoroscopy view was obtained and a 22 gauge, 3.5 inch spinal needle was placed into the cervical foramen at the C5-C6 level on the left using direct fluoroscopic guidance. 1cc of Omnipaque 300 dye was infused at each location to rule out intravascular injection. 10mg of dexamethasone mixed with 1cc of preservative free saline was infused at each location. The needles were removed. The patient tolerated the procedure well and there were no complications noted.

**Treatment Plan**
- **Radiculopathy, cervical region**
    CORRESPONDENCE: CC TO REFERRING PHYSICIAN

Patient is to call the office if any signs of bleeding or infection occur.

Patient to follow up in 2 weeks

Post Op Note:   Patient stable and surgically appropriate for discharge to home pending anesthesia assessment and discharge. Patient has been evaluated for anesthesia recovery and has met criteria for discharge.

The patient received a 25mg IM injection of Demerol given in right delt
Lot # 026370 exp 2/18
Administered by Esther L MA

**Brian Page DO**
**Electronically signed by: Brian Page     Date: 01/04/2017 07:12**

# Exhibit 8



**Practitioner Consultation Report**
(Complete and return in SEALED envelope with Correctional Officer)

| Reference # CRC# 263804 | | Date of Service 2-7-17 | |
|---|---|---|---|
| Patient: Pember, Jay | Patient ID: 6765 | | DOB: 7-21-66 |
| Facility: Lyman | Facility ID: Browning | Phone: | |
| Practitioner: Advanced Pain Clin. Practitioner Type: Pain Clinic | | | Location: Glendale |

**\*\*\* See Attached Consultation Request for Health Services Authorized \*\*\***
*For security reasons inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security considerations, all recommended tests and treatments are to be scheduled by Corizon.*

Review of Case (Chief complaint, exam findings, etc.):

PT C/o Severe Neck + (L) Arm Pain

50% pain relief from TSS injectn

Diagnosis and Prescription Suggestions (To be reviewed by Corizon Medical Director):

Disc Bulge C5-6

| Can equivalent medication substitution be used? | ☒ Yes ☐ No | | Follow-up needed? | ☒ Yes ☐ NO |
|---|---|---|---|---|

If follow up needed, explain:

Needs 3rd Epidural in 4 wks

| B. Page a | | 2/7/17 |
|---|---|---|
| Practitionerr Name (Print) | Practitioner Signature | Date |

**To be completed by Corizon practitioner**

| Recommendation after review of consultant's report: | ☐ No further action | ☐ Implement the following |
|---|---|---|
| Implement: | | |

| | | |
|---|---|---|
| Corizon Practitioner Name (Print) | Corizon Practitioner Signature | Date |

Page 1 of 2  © 2015 Corizon Health, Inc.   All rights reserved.

Exhibit 9

Quintairos, Prieto, Wood & Boyer, P.A.

CHSS027J    Condensed Health Services Encounter           Wednesday August 22, 2018 12:27:06 PM

ADC #: 067165    Inmate Name: PEMBER, JAY L.
ENCOUNTER DATE: 02/23/2017    TIME: 08:09:12    DURATION: minutes    TYPE: Provider - Follow Up Care
LOCATION: ASPC-E BROWNING STG [A52]    SETTING: Clinic

**S**    Are interpreter services needed for this inmate: No
NOTES:

Provider visit completed form discussion of alternative therapy treatment options for ghabapentin use as well as alternative treatment discussion regarding orthotics request. Started discussion regarding the use of gabapentin for neuropathy pain and discomfort cervical stenosis. patient states" I cannot be taken off gabapentin because I have grand mal seizure activity. I haven't had a seizure since beginning this drug. informed patient about gabapentin not currently used for grand mal seizure activity, but adjunct therapy for petite mal seizure activity. Also informed about alternative use with other anticonvulsants which also dual actionme4deication that treats neuropathy discomfort. next; patient with complaints of right foot deformity secondary to old injury with multiple surgical repairs secondary to GSW. Admits some numbness and stiffness of right foot digit 3m,4 &5 non-movement. requesting ankle support for ankle. debnnies any increased swelling to right ankle joint or open wound right foot digits.
MRI cervical (05/2016) resulted discbuldge C5-C6 region. Seen by neurosurgeon who suggested epidural injections; received 2nd  injection (01/06/2017) at C5-C6 region under folurospy.

**O**    PREV: 07:57:06    TEMP: 97.9    PULSE: 90    RP: 16    BP: 119/81    HT: 5 ft.  9 in.    WT: 218  lb
BLOOD SUGAR: NA    +
02 SAT:  98.00%    SOURCE: Room Air
NOTES:

General:  no apparent distress noted
Cervical spine: trachea midline, supple, positive full range of motion noted with relation, and fluxion and hyperextension; negative discomfort on palpation,

Lumbar spine: ambulatory in exam rom     with steady gait; no deformity or limp noted ;lumbar spine positive soft without spam noted; no spine swelling noted or muscle atrophy noted; positive full range of motion noted with flexion, rotation and side bends and hyperextension; upper waste level
Extrem: weariing appears like new  (New balances foot wear) feet without lesions, blisters, or wounds noted; all digits nail beds pink, clear, positive range of motion noted; positive color pink, warm and dry. old scar inner aspect right ankle well healed with minor deformity noted ambulatory with steady gait, Move all extremity with full range of motion; positive equal grips bilateral; straight leg raises negative, strength 5/5; good muscle tone and bulk noted all extremities; positive sensation all extremities noted
Neuro: CN II-XII grossly intact, no focal deficits noted reflexes all extremities grossly intact

**A**    RELATED PROBLEM:    Other Diagnosis:    Other Diagnosis    Low back pain [M54.5]
                          Other Diagnosis:    Other Diagnosis    Cervicalgia [M54.2]
                          Other Diagnosis:    Other Diagnosis    Pain in right ankle and joints of right foot [M25.571]
MEDICAL DIAGNOSIS:    Pain in right ankle and joints of right foot [M25.571]
                          Cervicalgia [M54.2]
                          Low back pain [M54.5]

NOTES:

Lower back pains, cervicalgia:
chronic pain

| P | NOTES: |
| --- | --- |
| | continue to wean off gabapentin therapy<br>continue NORTRIPTYLINE HCL CAPS/75 Mg<br>on Amitriptyline Hcl (Ud)/50 Mg at bed time for now<br>ankle support |

| E | NOTES: |
| --- | --- |
| | medication changes<br>alternative treatment plan for chronic pain<br>ankle support for right ankle<br>follow up as needed |

| H/S MH Status: Outpatient-Regular MH Contact |
| --- |
| STAFF: Gay, Maureen |

PROVIDER SIGNATURE: _____

Gay, Maureen

# Exhibit 10

CHSS027C

# Health Services
# Encounter

Wednesday August 08, 2018
15:27:27

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 03/07/2017 | Start Time*: | 12:48:02 |
| End Date*: | 03/07/2017 | End Time*: | 12:54:26 |
| Category: | Nursing | | |
| Type*: | Nurse - Return From Offsite | Encounter Close Date: | 03/13/2017 |
| Location*: | ASPC-E BROWNING STG  [A52] | Encounter Close Time: | 11:17:37 |
| Setting*: | Clinic | | |
| Staff Member*: | Ortiz, Carol | | |
| Title: | Registered Nurse | | |
| Form Type: | Continuous Progress Record - Inmate Returning from Hospital | | |

## Subjective

Are interpreter services needed for this inmate*:    No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests (1 - 1 of 1)

| Request Date | Area of Interest | Request Type | Statu |
|---|---|---|---|
| 03/06/2017 | Nursing | Routine | Encounter Held |

### Subjective Notes

Request Date: 03/06/2017
Severe pain
Inmate stated he got Epidural shot left side of neck, C5-C6.

### Continuous Progress Record - Subjective

Inmate return from:   ⦿ Scheduled appointment or procedure
                      ○ Emergency transport and/or admission

Copy of SOAP to ASOII:   ○ Y   ○ N

Inmate returned from: Advanced Pain Management          at   06:49:00

For (describe):  Treatment of severe cervical pain

Rev #: 359

## Objective

### Vital Signs (1 - 1 of 1)

| Taken By | Time | Temp | Pulse | Resp | Height | Weight | BP Systolic | BP Diastolic | Blood Sugar | Comments |
|----------|------|------|-------|------|--------|--------|-------------|--------------|-------------|----------|
| Ortiz, Carol, RN | 12:49 | 98.1 | 80 | 16 | 5 9 | 220 | 118 | 82 | NA | |

Objective Notes

None

Continuous Progress Record - Objective

**Discharge orders/recommendations:**

Dressing: ○ Y  ◉ N    **Location:**

**Describe:**

Dressing changes required: ○ Y  ◉ N    **Describe:**

Sutures: ○ Y  ◉ N    **Location:**

Complaints: ○ Y  ◉ N    **Describe:**

Rev #: 359

**Assessment**

Active Allergies/Health Problems/Conditions (1 - 27 of 27)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status D |
|-----------|----------|------|----------------------|----------------|--------|----------|
| 001 | Chronic Conditions | Asthma | | | Assessed | 10/02/2 |
| 002 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | | Assessed | 10/02/2 |
| 003 | Communicable Diseases | Hepatitis C | | | Assessed | 10/02/2 |
| 004 | Allergies - Medication | Carbamazepine | | | Assessed | 08/04/2 |
| 005 | Mental Health | Mental Health | | | Assessed | 08/04/2 |
| 006 | Mental Health | Mental Health | | Bipolar disorder NOS [296.80] | Assessed | 08/04/2 |
| 007 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Epilepsy NOS w intr epil [345.91] | Assessed | 10/01/2 |
| 008 | Other Diagnosis | Other Diagnosis | | Hand injury NOS [959.4] | Assessed | 10/15/2 |
| 009 | Other Diagnosis | Other Diagnosis | | Other postop infection [998.59] | Assessed | 11/04/2 |

| 010 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Convulsions NEC [780.39] | Assessed | 09/30/2( |
| 011 | Other Diagnosis | Pt. Specific Chronic Condition | | Hypothyroidism NOS [244.9] | Assessed | 09/30/2( |
| 012 | Other Diagnosis | Other Diagnosis | | Chronic pain syndrome [338.4] | Assessed | 09/30/2( |
| 013 | Chronic Conditions | Asthma | | Asthma NOS [493.90] | Assessed | 09/30/2( |
| 014 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Unspecified convulsions [R56.9] | Assessed | 10/01/2( |
| 015 | Other Diagnosis | Pt. Specific Chronic Condition | | Hypothyroidism, unspecified [E03.9] | Assessed | 10/01/2( |
| 016 | Other Diagnosis | Other Diagnosis | | Chronic pain syndrome [G89.4] | Assessed | 10/01/2( |
| 017 | Chronic Conditions | Asthma | | Unspecified asthma, uncomplicated [J45.909] | Assessed | 10/01/2( |
| 018 | Communicable Diseases | Hepatitis C | | Chronic viral hepatitis C [B18.2] | Assessed | 11/16/2( |
| 019 | Mental Health | Mental Health | | Bipolar disorder, unspecified [F31.9] | Assessed | 12/03/2( |
| 020 | Other Diagnosis | Other Diagnosis | SNOMED: 202776005 - Cervical root syndrome (disorder) | Cervical root disorders, not elsewhere classified [G54.2] | Assessed | 03/28/2( |
| 021 | Mental Health | Mental Health | SNOMED: 55668003 - Adjustment disorder with mixed emotional features (disorder) | Adjustment disorder with mixed anxiety and depressed mood [F43.23] | Assessed | 11/08/2( |
| 022 | Other Diagnosis | Other Diagnosis | SNOMED: 83561009 - Spinal stenosis in cervical region (disorder) | Spinal stenosis, cervical region [M48.02] | Assessed | 12/29/2( |
| 023 | Other Diagnosis | Other Diagnosis | SNOMED: 11049006 - Cervical | Radiculopathy, cervical region | Assessed | 01/27/2( |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | radiculitis (disorder) | [M54.12] | | | |
| 024 | Other Diagnosis | Other Diagnosis | SNOMED: 813001 - Ankle instability (finding) | Injury of other nerves at ankle and foot level, right leg, sequela [S94.8X1S] | Assessed | 01/27/2( | |
| 025 | Other Diagnosis | Other Diagnosis | SNOMED: 134407002 - Chronic back pain (finding) | Low back pain [M54.5] | Assessed | 02/23/2( | |
| 026 | Other Diagnosis | Other Diagnosis | SNOMED: 1121000119107 - Chronic neck pain (finding) | Cervicalgia [M54.2] | Assessed | 02/23/2( | |
| 027 | Other Diagnosis | Other Diagnosis | SNOMED: 299447008 - Ankle joint - painful on movement (finding) | Pain in right ankle and joints of right foot [M25.571] | Assessed | 02/23/2( | |

## Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Da |
|---|---|---|---|---|---|---|
| | | | No Rows Found | | | |

## Assessment Notes

Altered comfort

## Continuous Progress Record - Assessment

◉ Stable

◯ Unstable

Rev #: 359

**Plan**

## Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| | | No Rows Found | | |

## Active Drug Prescription Orders (1 - 7 of 7)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| | RxNorm: | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| LEVOTHYROXINE SOD TABS/0.075 Mg | 966171 - Synthroid 75 MCG Oral Tablet; | 02/24/2017 | 1 | EVERY DAY | 08/22/2017 | Received from Pharmacy |
| PHENYTOIN SOD *EXT* CAPS/100 Mg | RxNorm: 855671 - Phenytoin sodium 100 MG Extended Release Capsule; | 02/10/2017 | 2 caps | TWICE DAILY | 06/09/2017 | Received from Pharmacy |
| Amitriptyline Hcl (Ud)/50 Mg | RxNorm: 856845 - Amitriptyline Hydrochloride 50 MG Oral Tablet; | 01/27/2017 | 1 | EVERY BEDTIME | 05/26/2017 | Received from Pharmacy |
| NORTRIPTYLINE HCL CAPS/75 Mg | | 02/01/2017 | 1 | EVERY EVENING | 07/30/2017 | Received from Pharmacy |
| PAROXETINE HCL TABS/40 Mg | RxNorm: 312244 - Paroxetine 40 MG Oral Tablet; | 11/15/2016 | 1 | EVERY EVENING | 05/13/2017 | Received from Pharmacy |
| CROMOLYN NASAL SPRAY (26) INHA/4% | RxNorm: 746341 - 200 ACTUAT Cromolyn Sodium 5.2 MG/ACTUAT Nasal Inhaler; | 09/17/2016 | 1 spray | FOUR TIMES DAILY | 03/15/2017 | Received from Pharmacy |
| MELOXICAM TABS/15 Mg | RxNorm: 152695 - meloxicam 15 MG Oral Tablet; | 09/25/2016 | 1 | EVERY DAY | 03/23/2017 | Received from Pharmacy |

## Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Statu |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

## Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

## X-Ray Orders

| X-Ray Body Area | Priority | Status |
|---|---|---|
| No Rows Found | | |

## Consultation Request

| Request Type | Service Type | Priority | |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments (1 - 1 of 1)

| Date | Time | Type | Staff | Locatic |
|---|---|---|---|---|
| 03/13/2017 | 09:57:00 | Health Services | Gay, Maureen | ASPC-E BROWNING |

### Patient Transfer Holds

| Type | Expiration Date | St |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comm |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

None at this time as no report to medical from that facility.  They told him if it continuous in pain it could e
nerve burn for therapy.

### Continuous Progress Record - Plan

Returned with medications:  ○ Y  ◉ N

On call practitioner notified for medication order:  ○ Y  ◉ N

Verbal medication orders entered into system:  ○ Y  ◉ N

Copy of consultation report to clinical coordinator:  ○ Y  ◉ N

Returned to unit at:  21:45:00

Rev #: 359

## Patient Education
### Patient Education Notes

Submit an HNR for medical issues as needed.

### Meaningful Use Measurement
☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)

☑ Current Medications List verified (or Patient has no Medical Medications)   ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

---

**Health Classification**

Medical:  3

Mental:  3B-Outpatient-Regular MH Contact        Prognosis:   Improvable Condition

SMI:  N-No

Dental:  U-Unknown (Conversion)

Classification and Security Notes

| None |
| --- |

---

**Encounter Orders Review**

Review Type*:  Practitioner Review              Review Staff:  Gay, Maureen

Review Date:  03/13/2017                  Review Time:  11:17:37

Review Notes

agree with current plan
TimeStamp: 13 March 2017 11:18:28 --- User: Maureen Gay (GAYMA01)

---

Scanned Documents/Photos

| Document Type | Date Scanned | Title | Source | Privacy Level |
| --- | --- | --- | --- | --- |
| No Rows Found | | | | |

Standard Forms

| Type | Staff |
| --- | --- |
| No Rows Found | |

Exhibit 11

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

CHSS027J    Condensed Health Services Encounter                Wednesday August 22, 2018 12:28:10 PM

---

ADC #: 067165    Inmate Name: PEMBER, JAY L.
ENCOUNTER DATE: 05/12/2017    TIME: 12:31:13    DURATION: minutes    TYPE: Provider - Follow Up Care
LOCATION: ASPC-E BROWNING STG [A52]    SETTING: Clinic

---

**S** Are interpreter services needed for this inmate: No
NOTES:
Seen today for outside consultation follow up visit after pain management and medication changes    for cervical radiculopathy. Patient states positive reaction to Cymbalta stating tongue swelling, nausea, depression or increase suppression. States are all SSRIs calls increase oppression whenever taken. Please see refusal side in chart.    Admits positive continue pain and discomfort posterior neck and left arm radiculopathy noted. Requesting medication changes for neuropathy such as gabapentin therapy. Discussion took place about gabapentin and the medication will not be returned for changes in alternative therapy and treatment options on this yard. Suggested other alternative therapy. current taking amitriptyline and nortripylin po. Patient refused medications stating it does not work. Offered trileptal as alternative therapy option today. Patient denies any changes in physical condition records cervical pain except for intensity number 8/10 most days however at night 10/10 pain level.

Patient also requested podiatry visit for possible darkened Nail right foot second nail bed. States positive black toes and tenderness on right foot. Education provided to patient about podiatry consultation and medical necessity. Patient a form at this time this no clinical reason to send the podiatry.

Next complaints patient discussion regarding alternative treatment plan for the request of medical footwear. Patient according to documents does not meet criteria at this time. Patient verbalized understanding at time of visit.

---

**O** PREV: 12:04:00    TEMP: 98.6    PULSE: 68    RP: 16    BP: 112/74    HT: 5 ft.  9 in.    WT: 218  lb
BLOOD SUGAR: NA    +
02 SAT:  98.00%    SOURCE: Room Air
NOTES:
General: no apparent distress noted; cuffed with security during exam
Skin:    Intact,
Neck: trachea midline; supple without lesion, no stridor, pain or lymphadenopathy noted; positive rotation without pain or stiffness noted
CV: S1S2, RRR, no S3, gallops, clicks, or murmurs heard; no chest discomfort on palpation, no guarding noted
Pulm: equal chest expansion bilateral, clear bilaterally, no wheezes, rales or rhonchi noted; no lesions felt right sternal rib cage at this time.
Gastro:    non-distended abdomen, BSx4, soft, non-tenderness noted, no rebound tenderness or guarding noted, no masses, CVA tenderness or hernias noted
Extrem: right foot, nail bed slightly darkened small portion of nail bed color is pink of the digit, warm, dry positive full range of motion and left foot. Ambulatory with steady gait, positive pedal pulse noted, move all extremity with full range of motion; positive equal grips bilateral; strength 5/5; good muscle tone and bulk noted all extremities; positive sensation all extremities noted
Neuro: awake, alert, oriented times x; CN II-XII    intact; speech clear and appropriate,    no focal deficits noted, reflexes all extremities grossly intact.

---

**A** RELATED PROBLEM:   Other Diagnosis:   Other Diagnosis   Nail disorder, unspecified [L60.9]
MEDICAL DIAGNOSIS:    Nail disorder, unspecified [L60.9]
                            Cervicalgia [M54.2]
NOTES: Cervicalgia: offered Trileptal; discuss will started low dose and titrate upward as needed
nail disorder; darkened slightly darkened nail bed right foot, continue self-care afoot at this time

---

**P** DRUG PRESCRIPTION: OXCARBAZEPINE (UD) TABS/300 Mg    VERBAL BY: Gay, Maureen
EFFECTIVE DT: 05/12/2017    RT: PO    DOSE: 1    STRENGTH: 300 Mg    METHOD: Normal Dose
FREQ: QHS    FOR: 14 DAYS    EXPIRATION DATE: 05/25/2017    REFILLS: 0    STATUS: Received from Pharmacy

---

DRUG PRESCRIPTION: OXCARBAZEPINE (UD) TABS/300 Mg    VERBAL BY: Gay, Maureen
EFFECTIVE DT: 05/26/2017    RT: PO    DOSE: 1    STRENGTH: 300 Mg    METHOD: Normal Dose
FREQ: BID    FOR: 180 DAYS    EXPIRATION DATE: 11/21/2017    REFILLS: 5    STATUS: Discontinued
- Other

NOTES: Discontinue Cymbalta PO; patient states reaction
offered Trileptal 300 mg at bedtime for 14 days
then increase Cymbalta to 600 twice daily
continue home exercise program
continue warm water/compress lower back or cervical area door showers

| E | NOTES: See above plan written as per above<br>a follow-up health unit as needed or next chronic care visit<br>education provided regarding alternative and planned for medical shoes requests<br>education provided regarding not met criteria for podiatry exam visit; continue self-care foot at this time |
| H/S | MH Status: Outpatient-Regular MH Contact |
| | STAFF: Gay, Maureen |

# Clinical Orders

ADC #: 067165    Inmate Name: PEMBER, JAY L.
Encounter Date: 05/12/2017    Encounter Time: 12:31:13

| | DRUG PRESCRIPTION: OXCARBAZEPINE (UD) TABS/300 Mg<br>VERBAL BY: Gay, Maureen<br>EFFECTIVE DT: 05/12/2017    RT: PO    DOSE: 1    STRENGTH: 300 Mg<br>METHOD: Normal Dose<br>FREQ: QHS    FOR: 14; DAYS    EXPIRATION DATE:  05/25/2017<br>REFILLS: 0    STATUS: Received from Pharmacy |

Status Date: 05/15/2017
Status: Received from
Pharmacy    User: Peat,
Mark
Set Date: 05/15/2017
Set Time: 13:13:22
Status Date: 05/13/2017
Status: Order Accepted at
Pharmacy Vendor (SC)
User: EOIR880
Set Date: 05/13/2017
Set Time: 05:50:31
Status Date: 05/12/2017
Status: Approved/Approval
User: Gay, Maureen
Set Date: 05/12/2017
Set Time: 12:35:21
Verbal By: Gay, Maureen

DRUG PRESCRIPTION: OXCARBAZEPINE (UD) TABS/300 Mg
VERBAL BY: Gay, Maureen

EFFECTIVE DT: 05/26/2017   RT: PO   DOSE: 1   STRENGTH: 300 Mg
METHOD: Normal Dose
FREQ: BID   FOR: 180; DAYS   EXPIRATION DATE:  11/21/2017
REFILLS: 5   STATUS: Discontinued - Other
DRUG COMMENTS: At 06/22/2017 01:40:49 a prescription order message
from the Pharmacy, with a status of "Order Discontinued at Pharmacy Vendor
(DR)", was not processed because the prescription status in eOMIS was
"Discontinued - Other" at the time the pharmacy message was received. At
06/22/2017 01:25:20 a prescription order message from the Pharmacy, with
a status of "Order Discontinued at Pharmacy Vendor (DR)", was not
processed because the prescription status in eOMIS was "Discontinued -
Other" at the time the pharmacy message was received.

Status Date: 06/21/2017
Status: Discontinued -
Other   User: Watson, Jan
Set Date: 06/21/2017
Set Time: 16:16:45
Verbal By: Watson, Jan
Status Date: 05/15/2017
Status: Received from
Pharmacy   User: Peat,
Mark
Set Date: 05/15/2017
Set Time: 13:13:27
Status Date: 05/13/2017
Status: Order Accepted at
Pharmacy Vendor (SC)
User: EOIR880
Set Date: 05/13/2017
Set Time: 06:05:58
Status Date: 05/12/2017
Status: Approved/Approval
User: Gay, Maureen
Set Date: 05/12/2017
Set Time: 12:36:12
Verbal By: Gay, Maureen

PROVIDER SIGNATURE: _____

Gay, Maureen

# Exhibit 12

CHSS027C

# Health Services Encounter

Wednesday August 08, 2018
15:31:59

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 06/21/2017 | Start Time*: | 15:53:54 |
| End Date*: | 06/21/2017 | End Time*: | 15:54:30 |
| Category: | Medical Provider | | |
| Type*: | Provider - Sick Call - Scheduled | Encounter Close Date: | 06/22/2017 |
| Location*: | ASPC-E BROWNING STG  [A52] | Encounter Close Time: | 11:15:19 |
| Setting*: | Clinic | **Addendum Added** | |
| Staff Member*: | Watson, Jan | | |
| Title: | Medical Doctor | | |
| Form Type: | | | |

## Subjective

Are interpreter services needed for this inmate*:    No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

Pain in his neck, which has had for 8 years.

## Objective

### Vital Signs (1 - 1 of 1)

| Taken By | Time | Temp | Pulse | Resp | Height | Weight | BP Systolic | BP Diastolic | Blood Sugar | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Corliss, Victoria | 15:53 | 97.8 | 67 | 16 | 5 9 | 215 | 116 | 79 | NA | |

### Objective Notes

At the level of C2-C3, satisfactory anatomic findings are noted. At the level of C3-C4, there is moderate left foraminal narrowing.
At the level of C4-C5, the anatomic findings are within normal limits.
At the level C5-C6 there is marked left foraminal narrowing with a 3.0 mm central posterior disc bulge which slightly impresses upon the thecal sac.
At the levels of C6-C7, and C7-T1, satisfactory anatomic findings are noted. Muscular and soft tissue signal and appearance is within normal limits.
IMPRESSIONS:
1. Straightening of the cervical spinal loss of lordosis is noted and may be secondary to cervical myositis.
2. At the level of C5-C6, there is moderate degenerative spurring anteriorly with bridging as well as a 3.0 mm central posterior disc bulge with slight impression upon the thecal sac and marked left foraminal impingement.

3. At the level of C3-C4, moderate left foraminal impingement is noted.

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 28 of 28)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status D |
|---|---|---|---|---|---|---|
| 001 | Chronic Conditions | Asthma | | | Assessed | 10/02/2( |
| 002 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | | Assessed | 10/02/2( |
| 003 | Communicable Diseases | Hepatitis C | | | Assessed | 10/02/2( |
| 004 | Allergies - Medication | Carbamazepine | | | Assessed | 08/04/2( |
| 005 | Mental Health | Mental Health | | | Assessed | 08/04/2( |
| 006 | Mental Health | Mental Health | | Bipolar disorder NOS [296.80] | Assessed | 08/04/2( |
| 007 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Epilepsy NOS w intr epil [345.91] | Assessed | 10/01/2( |
| 008 | Other Diagnosis | Other Diagnosis | | Hand injury NOS [959.4] | Assessed | 10/15/2( |
| 009 | Other Diagnosis | Other Diagnosis | | Other postop infection [998.59] | Assessed | 11/04/2( |
| 010 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Convulsions NEC [780.39] | Assessed | 09/30/2( |
| 011 | Other Diagnosis | Pt. Specific Chronic Condition | | Hypothyroidism NOS [244.9] | Assessed | 09/30/2( |
| 012 | Other Diagnosis | Other Diagnosis | | Chronic pain syndrome [338.4] | Assessed | 09/30/2( |
| 013 | Chronic Conditions | Asthma | | Asthma NOS [493.90] | Assessed | 09/30/2( |
| 014 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Unspecified convulsions [R56.9] | Assessed | 10/01/2( |
| 015 | Other Diagnosis | Pt. Specific Chronic Condition | | Hypothyroidism, unspecified [E03.9] | Assessed | 10/01/2( |

| 016 | Other Diagnosis | Other Diagnosis | | Chronic pain syndrome [G89.4] | Assessed | 10/01/2( |
|-----|-----|-----|-----|-----|-----|-----|
| 017 | Chronic Conditions | Asthma | | Unspecified asthma, uncomplicated [J45.909] | Assessed | 10/01/2( |
| 018 | Communicable Diseases | Hepatitis C | | Chronic viral hepatitis C [B18.2] | Assessed | 11/16/2( |
| 019 | Mental Health | Mental Health | | Bipolar disorder, unspecified [F31.9] | Assessed | 12/03/2( |
| 020 | Other Diagnosis | Other Diagnosis | SNOMED: 202776005 - Cervical root syndrome (disorder) | Cervical root disorders, not elsewhere classified [G54.2] | Assessed | 03/28/2( |
| 021 | Mental Health | Mental Health | SNOMED: 55668003 - Adjustment disorder with mixed emotional features (disorder) | Adjustment disorder with mixed anxiety and depressed mood [F43.23] | Assessed | 11/08/2( |
| 022 | Other Diagnosis | Other Diagnosis | SNOMED: 83561009 - Spinal stenosis in cervical region (disorder) | Spinal stenosis, cervical region [M48.02] | Assessed | 12/29/2( |
| 023 | Other Diagnosis | Other Diagnosis | SNOMED: 11049006 - Cervical radiculitis (disorder) | Radiculopathy, cervical region [M54.12] | Assessed | 01/27/2( |
| 024 | Other Diagnosis | Other Diagnosis | SNOMED: 813001 - Ankle instability (finding) | Injury of other nerves at ankle and foot level, right leg, sequela [S94.8X1S] | Assessed | 01/27/2( |
| 025 | Other Diagnosis | Other Diagnosis | SNOMED: 134407002 - Chronic back pain (finding) | Low back pain [M54.5] | Assessed | 02/23/2( |
| 026 | Other Diagnosis | Other Diagnosis | SNOMED: 1121000119107 - Chronic neck pain (finding) | Cervicalgia [M54.2] | Assessed | 02/23/2( |
| | | | SNOMED: 299447008 - | Pain in right | | |

| 027 | Other Diagnosis | Other Diagnosis | Ankle joint - painful on movement (finding) | ankle and joints of right foot [M25.571] | Assessed | 02/23/2 |
| 028 | Other Diagnosis | Other Diagnosis | SNOMED: 17790008 - Disorder of nail (disorder) | Nail disorder, unspecified [L60.9] | Assessed | 05/12/2 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Da |
|---|---|---|---|---|---|---|
| | | | No Rows Found | | | |

### Assessment Notes

None

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| | | No Rows Found | | |

### Active Drug Prescription Orders (1 - 5 of 5)

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Statu |
|---|---|---|---|---|---|---|
| PHENYTOIN SOD *EXT* CAPS/100 Mg | RxNorm: 855671 - DPH sodium 100 MG Extended Release Oral Capsule; | 06/13/2017 | 2 | TWICE DAILY | 12/09/2017 | Receive from Pharma |
| OXCARBAZEPINE (UD) TABS/300 Mg | RxNorm: 312137 - OXcarbazepine 300 MG Oral Tablet; | 05/26/2017 | 1 | TWICE DAILY | 11/21/2017 | Receive from Pharma |
| ALBUTEROL HFA (8.5GM) INHA/90 Mcg | RxNorm: 745679 - 200 ACTUAT Albuterol 0.09 MG/ACTUAT Metered Dose Inhaler;   745752 -... | 05/11/2017 | 2 puffs | TWICE DAILY AS NEEDED | 11/06/2017 | Receive from Pharma |
| APAP-ASA-CAFF TABS/250-250-65 Mg | RxNorm: 209468 - Acetaminophen 250 MG / Aspirin 250 MG / Caffeine 65 MG Oral Tablet [Excedrin]; ... | 04/25/2017 | 2 tabs | TWICE DAILY | 07/23/2017 | Order Accepte at Pharma Vendor (SC) |

| LEVOTHYROXINE SOD TABS/0.075 Mg 🔶 | RxNorm: 966171 - Synthroid 75 MCG Oral Tablet; | 02/24/2017 | 1 | EVERY DAY | 08/22/2017 | Received from Pharma |

### Ordered Drug Prescriptions (1 - 2 of 2)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| FLUTICASONE PROP NASAL (16) SUSP/0.05% 🔶 | RxNorm: 1797907 - Fluticasone propionate 0.05 MG/ACTUAT Metered Dose Nasal Spray; | 06/21/2017 | 2 sprays | EVERY DAY | 10/18/2017 | Received from Pharma |
| IBUPROFEN (UD) TABS/600 Mg 🔶 | RxNorm: 197806 - Ibuprofen 600 MG Oral Tablet;   316077 - Ibuprofen 600 MG; &nbs… | 06/21/2017 | 1 | FOUR TIMES DAILY AS NEEDED | 10/18/2017 | Received from Pharma |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Val |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | Priority | Status |
|---|---|---|
| No Rows Found | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

MEDICATION DISCONTINUED VIA THIS ENCOUNTER- Medication Name: 'OXCARBAZEPINE (UD) TABS', Order Number: 1130045, Authorized By: Watson, Jan. Timestamp: 06/21/2017 16:16:45

**Patient Education**

Patient Education Notes

.

**Health Classification**

Medical:   3

Mental:   3D-Outpatient-Recently Off Meds-Monitoring Only            Prognosis:   Improvable Conditio

SMI:   N-No

Dental:   U-Unknown (Conversion)

Classification and Security Notes

None

**Encounter Orders Review**

Review Type*:   Pending Nurses Order            Review Staff:   Nash, Craig, LPN

Review Date:   06/21/2017            Review Time:   19:26:25

Review Notes

TimeStamp: 21 June 2017 19:27:55 --- User: Craig Nash (NASCR01)

Scanned Documents/Photos

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

Prior Addendums

06/22/2017 11:21:56 Watson, Jan
He has pain in multiple joints, not just his cervical spine.  Examination of his knees and ankle is unremarkable.

Assessment he may have degenerative changes in his knees and ankle.

Plan xrays of knees and right ankle.

Exhibit 13

CHSS027C

# Health Services
# Encounter

Wednesday August 08, 2018
15:35:30

---

**Encounter Header**

| | |
|---|---|
| Date*: | 07/29/2017 |
| End Date*: | 07/29/2017 |
| Category: | Medical Provider |
| Type*: | Practitioner - Chronic Care |
| Location*: | ASPC-E BROWNING STG  [A52] |
| Setting*: | Clinic |
| Staff Member*: | Gay, Maureen |
| Title: | Nurse Practitioner |
| Form Type: | Chronic Care Clinic |

Start Time*:   08:53:32
End Time*:   09:05:26

Encounter Close Date:   07/29/2017
Encounter Close Time:   09:05:26

---

**Subjective**

Are interpreter services needed for this inmate*:    No

What type of interpreter services were used for the encounter*:

**Related Health Service Requests** (1 - 1 of 1)

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| 05/14/2017 | Provider | Not Required to be Seen | Encounter Held |

**Subjective Notes**

Request Date: 05/14/2017
"This is the third time you have dismissed me in the middle of a appointment without finishing the appointment. The first two times I though I miss something so I made it a point to ask questions. But when you are combative, condescending, call other staff liars and walk out of the appointment there is a issue. You said nothing to me or CO II Lake and had NA Adams tell us I was done while you hid in NA office. Everyone was confused. Clearly you are doing bare minimum to say you seen me, prescribed a med to comply with Parsons. You are doctoring the books. I want to be seen by another provider."
Forwarded to HCP
chronic care visit completed for hypothyroid, asthma, seizure disorder
seizures history noted for the past two years. Lassies positive grand mal seizure activity. Last seizure activity noted to be one month ago without reporting to him health unit. Maintain all medications at this time
asthma diagnosed childhood. Denies hospital stays or intubation history. Stays last attack several years ago maintained on albuterol MDI uses three times weekly as needed. No not no night Tom asthma symptoms noted per patient.
Hypothyroid; diagnosed 2010. While in prison last lab levels within normal limits. Maintained on level thyroxine 0.075 mg daily neck.
Hepatitis C;  Denis anyfever, chills, rice abdominal pain, gray color stool's. Does admit intimate Nikons was but a crib contribute to at thyroid disease. Last AST 40 ALT 44 other liver enzymes within normal limits.
P.E
GEN: A&OX3, NAD, ambulates w/ steady gait, balance symmet, well-nourished, good color
CNS: CN II-XII grossly intact bilat.; VSS; NC/AT
HEENT: NT sinuses; PERRLA; ANICTERIC; good dentition with molars intact. NT pinna and tragus manipulation, ear canal without erythema, swelling or drainage. TM appears intact without erythema or budging; (-)Nasal d/c with normal turbinate size bilateral; Throat clear w/o exudates, tonsils +1

without erythema, swelling or exudate
NECK: Supple; NT; no LAD; no JVD, no thyromegaly
CVS: S1S2,RRR, no MRG, no clicks
RESP: lung sounds clear Sym Expansion; No W/R/R/Cough/Pleural rub; 1:2 chest expansion equal, resp ef
easy/non-labored, no accessories muscles used
ABDO: Soft/NT/ND/BSX4/ No Ascites, no HSM
Extremity: ambulatory with steady gait; full AROM <2sec cap refill; Gross sensation intact distally, 2 + DT
edema, 5/5 strength, no muscular atrophy
INTEG: Skin Dry, Clean, Intact, no jaundice
Assessment:
1. Hepatitis C. Need updated labs for a Apri escort updated. Most recent APRI  score 0.73, five fourscore 1
update labs.
2. asthma: mild intermittent stable at this time continue albuterol admitted have treatments. Will update
vaccine
3. Seizure disorder; no medications at this time however is maintained on Trileptal possibly for pain manag
4. hypothyroid; TSH 1.49 T-3 uptake 285 free T4 two point for all labs within normal limits continue level t
ordered:

## Chronic Care Clinic Subjective

**History:**

**Risk factors:** Obesity: ○ Y  ○ N   Alcohol: ○ Y  ○ N   Family history of heart disease: ○ Y

Smoker: ☐ Rare/None  ☐ Current  ☐ Former

Amount/Length: ☐ Less than 10 pk yrs   ☐ 10-20 pk yrs   ☐ More than 20 pk yrs

**Diseases:** CAD: ☐ Y  ☐ N   PVD: ☐ Y  ☐ N   CVA: ☐ Y  ☐ N   CRD: ☐ Y  ☐ N

Hx DKA: ☐ Y  ☐ N  ☐ N/A   Other:

**Last eye exam date:**   **Retinopathy:** ☐ N  ☐ Y   **Problems with vision:** ☐ N  ☐

**Pulmonary:** Age of onset:   Frequency of inhaler use:

Last attack:

Prior hospitalization for asthma: ○ Y  ○ N   History of intubation: ○ Y  ○ N

Prior corticosteroids: ○ Y  ○ N

**Aggravating factors for asthma:** ☐ Change in season  ☐ Pollen  ☐ Exercise  ☐ Dust
☐ Cold  ☐ Other:

**Night time awakenings with asthma within the last 30 days:**

**Seizures:** Type: ○ Generalized Tonic Clonic(Grand Mal)  ○ Complex(partial)  ○ Absence(Petit M

**Approximate date of first seizure:**   **Date of last seizure:**

**Frequency:**

**Seizure related to:** ☐ Alcohol  ☐ Drug use  ☐ Head injury  ☐ Other:

**Infectious diseases:**

**Infectious disease Hx:** History ○ Y  ○ N   Needle ○ Y

Infectious disease Hx: History of men

Injectable drug use:  ○ Y  ○ N   Blood Transfusion before 1990:  ○ Y   ○ N  Needle sharing:

Alcohol Abuse:  ○ Y  ○ N   having sex with men: Nasal drug use:  ○ Y  ○ N   Cough:  ○ Y  ○ N

Night sweats:  ○ Y  ○ N   Fever:  ○ Y  ○ N   Headaches:  ○ Y  ○ N

Dysphagia/Odynophagia:  ○ Y  ○ N   Diarrhea:  ○ Y  ○ N   Neurologic Change:  ○ Y  ○

Visual Disturbance:  ○ Y  ○ N   PPD Conversion:  ○ Y  ○ N

Incomplete previous TB Rx:  ○ Y  ○ N   Recent exposure to Active TB:  ○ Y  ○ N

Recent weight loss/cachexia:  ○ N  ○ Y

Other complaints:  ○ N  ○ Y:

**Sickle Cell Disease:**

**Pain:**  ○ N  ○ Y:  ☐ Long bone(pre-tibial)  ☐ Hand and foot  ☐ Joint  ☐ Abdominal

☐ Chest   Describe:

**Fever:**  ○ N  ○ Y:

**Recent trauma:**  ○ N  ○ Y:

**Nausea and vomiting:**  ○ N  ○ Y:

**Sortness of breath:**  ○ N  ○ Y:

**Headache:**  ○ N  ○ Y:

**Visual changes:**  ○ N  ○ Y:

**Fatigue:**  ○ N  ○ Y:

**Other symptoms:**  ○ N  ○ Y:

Rev #: 735

**Objective**

Vital Signs (1 - 1 of 1)

| Taken By | Time | Temp | Pulse | Resp | Height | Weight | BP Systolic | BP Diastolic | Blood Sugar |
|---|---|---|---|---|---|---|---|---|---|
| Marino, Mary, RN | 08:40 | 98.6 | 58 | 17 | 5  9 | 211 | 128 | 68 | NA |

Objective Notes

see above

## Chronic Care Clinic Objective

**HEENT:** Nystagmus (SZ):　　○ N　○ Y

Gingival hyperplasia (SZ):　　○ N　○ Y

Ataxia:　　○ N　○ Y

**Eyes:** Conjunctiva pale:　○ N　○ Y

Sclera icteric:　○ N　○ Y

**Neck:** Carotid bruit (Optional less than 50/Required greater than 50):　　○ Y　○ N

Thyroid NL:　○ N　○ Y　Cervical lymph nodes NL:　　○ Y　○ N

**Heart:** Regular Rhythm:　○ Y　○ N　Murmur Present:　　○ Y　○ N

Gallop:　○ Y　○ N

**Lungs:** Wheezing:　○ Y　○ N　Rales:　○ Y　○ N　　Rhonchi:　○ Y　○ N

Other:

**Abdomen:** Tenderness:　○ Y　○ N　Mass:　○ Y　○ N　Hepatomegaly:　○ Y　○ N

Bowel Sounds:　○ Y　○ N　Soft:　○ Y　○ N　Splenomegaly:　○ Y　○ N

**Ext.:** Pedal pulse palpable:　○ Y　○ N　Peripheral edema:　○ Y　○ N

Foot exam unremarkable:　○ Y　○ N　Leg ulcers:　○ N　○ Y

**Neuro:** Motor deficits:　○ Y　○ N　Sensory deficits　○ Y　○ N

Monofilament testing:　○ Y　○ N　○ NA　Skin Pallor:　○ N　○ Y:

**Skin:**

**Spine:**

Additional findings / description of fundi if visualized:

**Studies:** □ Ordered at this visit　　□ Review of previously completed with patient

**Annual Lab/Immunizations:**　□ LFT　□ TSH　□ Flu　□ Pneumo (5 years)

Rev #: 735

## Assessment

### Medical Diagnosis/Complaint (1 - 4 of 4)

| ICD Code | Diagnosis/Complaint |
|----------|---------------------|
| B18.2 | Chronic viral hepatitis C |

| E03.9 | Hypothyroidism, unspecified |
|-------|------------------------------|
| G40.89 | Other seizures |
| J45.20 | Mild intermittent asthma, uncomplicated |

**Chronic Conditions Being Treated**

| | |
|---|---|
| Asthma NOS [493.90]: ☐ | Mild intermittent asthma, uncomplicated [J45.20]: ☑ |
| Unspecified asthma, uncomplicated [J45.909]: ☐ | Coronary Artery Disease (CAD): ☐ |
| Diabetes Type I: ☐ | Diabetes Type II: ☐ |
| Dyslipidemia: ☐ | Chronic viral hepatitis C [B18.2]: ☐ |
| HIV/AIDS: ☐ | Hypertension: ☐ |
| Multiple Sclerosis (MS): ☐ | Convulsions NEC [780.39]: ☐ |
| Unspecified convulsions [R56.9]: ☐ | Sickle Cell: ☐ |
| Tuberculosis Active (TB): ☐ | Tuberculosis Latent Inactive (LTBI): ☐ |
| Hypothyroidism NOS [244.9]: ☐ | Hypothyroidism, unspecified [E03.9]: ☐ |

**Active Allergies/Health Problems/Conditions** (1 - 30 of 30)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status D |
|-----------|----------|------|----------------------|----------------|--------|----------|
| 001 | Chronic Conditions | Asthma | | | Assessed | 10/02/2( |
| 002 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | | Assessed | 10/02/2( |
| 003 | Communicable Diseases | Hepatitis C | | | Assessed | 10/02/2( |
| 004 | Allergies - Medication | Carbamazepine | | | Assessed | 08/04/2( |
| 005 | Mental Health | Mental Health | | | Assessed | 08/04/2( |
| 006 | Mental Health | Mental Health | | Bipolar disorder NOS [296.80] | Assessed | 08/04/2( |
| 007 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Epilepsy NOS w intr epil [345.91] | Assessed | 10/01/2( |
| 008 | Other Diagnosis | Other Diagnosis | | Hand injury NOS [959.4] | Assessed | 10/15/2( |
| 009 | Other Diagnosis | Other Diagnosis | | Other postop infection [998.59] | Assessed | 11/04/2( |
| 010 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Convulsions NEC [780.39] | Assessed | 09/30/2( |
| | Other | Pt. Specific | | Hypothyroidism | | |

| 011 | Diagnosis | Chronic Condition | | NOS [244.9] | Assessed | 09/30/2 |
| 012 | Other Diagnosis | Other Diagnosis | | Chronic pain syndrome [338.4] | Assessed | 09/30/2 |
| 013 | Chronic Conditions | Asthma | | Asthma NOS [493.90] | Assessed | 09/30/2 |
| 014 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Unspecified convulsions [R56.9] | Assessed | 10/01/2 |
| 015 | Other Diagnosis | Pt. Specific Chronic Condition | | Hypothyroidism, unspecified [E03.9] | Assessed | 10/01/2 |
| 016 | Other Diagnosis | Other Diagnosis | | Chronic pain syndrome [G89.4] | Assessed | 10/01/2 |
| 017 | Chronic Conditions | Asthma | | Unspecified asthma, uncomplicated [J45.909] | Assessed | 10/01/2 |
| 018 | Communicable Diseases | Hepatitis C | | Chronic viral hepatitis C [B18.2] | Assessed | 11/16/2 |
| 019 | Mental Health | Mental Health | | Bipolar disorder, unspecified [F31.9] | Assessed | 12/03/2 |
| 020 | Other Diagnosis | Other Diagnosis | SNOMED: 202776005 - Cervical root syndrome (disorder) | Cervical root disorders, not elsewhere classified [G54.2] | Assessed | 03/28/2 |
| 021 | Mental Health | Mental Health | SNOMED: 55668003 - Adjustment disorder with mixed emotional features (disorder) | Adjustment disorder with mixed anxiety and depressed mood [F43.23] | Assessed | 11/08/2 |
| 022 | Other Diagnosis | Other Diagnosis | SNOMED: 83561009 - Spinal stenosis in cervical region (disorder) | Spinal stenosis, cervical region [M48.02] | Assessed | 12/29/2 |
| 023 | Other Diagnosis | Other Diagnosis | SNOMED: 11049006 - Cervical radiculitis (disorder) | Radiculopathy, cervical region [M54.12] | Assessed | 01/27/2 |
| | | | SNOMED: | Injury of other nerves at ankle | | |

| 024 | Other Diagnosis | Other Diagnosis | 813001 - Ankle instability (finding) | and foot level, right leg, sequela [S94.8X1S] | Assessed | 01/27/2 |
| 025 | Other Diagnosis | Other Diagnosis | SNOMED: 134407002 - Chronic back pain (finding) | Low back pain [M54.5] | Assessed | 02/23/2 |
| 026 | Other Diagnosis | Other Diagnosis | SNOMED: 1121000119107 - Chronic neck pain (finding) | Cervicalgia [M54.2] | Assessed | 02/23/2 |
| 027 | Other Diagnosis | Other Diagnosis | SNOMED: 299447008 - Ankle joint - painful on movement (finding) | Pain in right ankle and joints of right foot [M25.571] | Assessed | 02/23/2 |
| 028 | Other Diagnosis | Other Diagnosis | SNOMED: 17790008 - Disorder of nail (disorder) | Nail disorder, unspecified [L60.9] | Assessed | 05/12/2 |
| 029 | Other Diagnosis | Other Diagnosis | SNOMED: 10601006 - Pain in lower limb (finding) | Pain in left knee [M25.562] | Assessed | 06/22/2 |
| 030 | Other Diagnosis | Other Diagnosis | SNOMED: 47933007 - Foot pain (finding) | Superficial foreign body, right foot, sequela [S90.851S] | Assessed | 06/29/2 |

Related Allergies/Health Problems/Conditions (1 - 3 of 3)

| ID Number | Category | Type | National HIE Code (s) | Diagnosis Code | Status | Status D |
|---|---|---|---|---|---|---|
| 031 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma, uncomplicated [J45.20] | Assessed | 07/29/2 |
| 032 | Other Diagnosis | Other Diagnosis | SNOMED: 128613002 - Seizure disorder (disorder) | Other seizures [G40.89] | Assessed | 07/29/2 |
| 033 | Other Diagnosis | Other Diagnosis | SNOMED: 40930008 - Hypothyroidism (disorder) | Hypothyroidism, unspecified [E03.9] | Assessed | 07/29/2 |

Assessment Notes

1. Hepatitis C. Need updated labs for a Apri escort updated. Most recent APRI score 0.73, five fourscore 1. labs.

2. asthma: mild intermittent stable at this time continue albuterol admitted have treatments. Will update p

vaccine

3. Seizure disorder: no medications at this time however is maintained on Trileptal possibly for pain manag

4. hypothyroid: TSH 1.49 T-3 uptake 285 free T4 two point for all labs within normal limits continue level t

ordered

---

### Chronic Care Clinic Assessment

**Has the MPL been updated?**  yes

Rev #: 735

---

### Plan

#### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| No Rows Found | | | | |

#### Active Drug Prescription Orders (1 - 7 of 7)

[ View MAR Summary ]

| Prescription/Medication | National HIE Code (s) | Effective Date | Dosage | Frequency | Expiration | Stat |
|-------------------------|-----------------------|----------------|--------|-----------|------------|------|
| APAP-ASA-CAFF TABS/250-250-65 Mg | RxNorm: 209468 - Acetaminophen 250 MG / Aspirin 250 MG / Caffeine 65 MG Oral Tablet [Excedrin]; … | 07/24/2017 | 2 tabs | TWICE DAILY | 10/21/2017 | Receiv from Pharm |
| CODEINE/APAP (UD) TABS/30-300 Mg | RxNorm: 993781 - Acetaminophen 300 MG / Codeine Phosphate 30 MG Oral Tablet; | 06/29/2017 | 2 | TWICE DAILY AS NEEDED | 10/26/2017 | Refill Order |
| FLUTICASONE PROP NASAL (16) SUSP/0.05% | RxNorm: 1797907 - Fluticasone propionate 0.05 MG/ACTUAT Metered Dose Nasal Spray; | 06/21/2017 | 2 sprays | EVERY DAY | 10/18/2017 | Receiv from Pharm |
| IBUPROFEN (UD) TABS/600 Mg | RxNorm: 197806 - Ibuprofen 600 MG Oral Tablet;   316077 - Ibuprofen 600 MG; &nbs… | 06/21/2017 | 1 | FOUR TIMES DAILY AS NEEDED | 10/18/2017 | Receiv from Pharm |
| PHENYTOIN SOD *EXT* CAPS/100 Mg | RxNorm: 855671 - DPH sodium 100 MG Extended | 06/13/2017 | 2 | TWICE DAILY | 12/09/2017 | Receiv from |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 🔸 | Release Oral Capsule; | | | | | | Pharm |
| ALBUTEROL HFA (8.5GM) INHA/90 Mcg 🔸 | RxNorm: 745679 - 200 ACTUAT Albuterol 0.09 MG/ACTUAT Metered Dose Inhaler;   745752 -… | 05/11/2017 | 2 puffs | TWICE DAILY AS NEEDED | 11/06/2017 | Receiv from Pharm |
| LEVOTHYROXINE SOD TABS/0.075 Mg 🔸 | RxNorm: 966171 - Synthroid 75 MCG Oral Tablet; | 02/24/2017 | 1 | EVERY DAY | 08/22/2017 | Refill Ordere |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | St |
|---|---|---|---|---|---|---|
| | | No Rows Found | | | | |

### Lab Test Orders (1 - 1 of 1)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Val |
|---|---|---|---|---|---|
| Diagnostic Panel 2 | LOINC: 3050-2 - T3 Uptake (T3U);  2085-9 - HDL CHOL., DIRECT;  3026-2 - Thyroxin… | Rout (Draw-10days;Rslts-48hrs) | Completed - Results Reviewed | See Report | From Vend |

### X-Ray Orders

| X-Ray Body Area | Priority | Status |
|---|---|---|
| | No Rows Found | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| | No Rows Found | | |

### Follow-up Appointments (1 - 1 of 1)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 08/08/2017 | 08:53:32 | Health Services | Gay, Maureen | ASPC-E BROWNING STG |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| | No Rows Found | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| | | No Rows Found | | |

### Plan Notes

Continue medication therapy; no changes for now
labs every 3 months
chronic care follow up in 90 days

### Chronic Care Clinic Plan

**Management goals for this patient (Justification needed if you deviate from protocol):**

met

**Change meds:**  ⦿ N    ○ Y:      (see orders)

Rev #: 735

## Patient Education

### Patient Education Notes

see above plan

### Chronic Care Clinic Patient Education

**Education (correctional adaptation):**  ☑ Diet/Nutrition    ☑ Smoking    ☑ Med Info    ☑ Exercise

PIFs to patient:

Rev #: 735

### Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical:  3

Mental:  3D-Outpatient-Recently Off Meds-Monitoring Only          Prognosis:  Improvable Conditi

SMI:  N-No

Dental:  U-Unknown (Conversion)

### Classification and Security Notes

None

**Encounter Orders Review**

| | | | |
|---|---|---|---|
| Review Type*: | Pending Nurses Order | Review Staff: | Nodar, Donna |
| Review Date: | 07/29/2017 | Review Time: | 19:00:36 |

Review Notes

Chronic care follow up in 90 days, labs ordered by provider

**Scanned Documents/Photos**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

# Exhibit 14

CHSS027J    Condensed Health Services Encounter          Wednesday August 22, 2018 12:28:39 PM

| | |
|---|---|
| | ADC #: 067165    Inmate Name: PEMBER, JAY L.<br>ENCOUNTER DATE: 12/27/2017    TIME: 12:29:30    DURATION: minutes    TYPE: Provider - Sick Call - Scheduled<br>LOCATION: ASPC-E BROWNING STG [A52]    SETTING: Clinic |
| S | Are interpreter services needed for this inmate: No<br>NOTES:<br><br>Pt with c/o ibuprofen and Excedrine causing gastric irritation.  He reports being on meloxicam in the past with good results and no side effects.  He would also like to start something for his herniated disc, C5 - C6.  Pt states he suffered a neck injury in 2004.  He states he started having pain in 2009.  Pt states that gabapentin was the best medication for his pain symptoms.  A review of his records indicates he has tried ibuprofen, Excedrine migraine, T3, oxcarbazepine, Duloxetine, Amitriptyline and Nortriptyline.  He  states that none of these medications made him feel better.<br><br>Pt states he jogs and walks for exercise 3 times a week. |
| O | PREV: 12:26:51   TEMP: 98.1   PULSE: 69   RP: 18   BP: 129/81   HT: 5 ft.  9 in.   WT: 198  lb<br>BLOOD SUGAR: NA    +<br>02 SAT:  99.00%   SOURCE: Room Air<br>NOTES:<br><br>AVSS<br>G- a/o x 4, NAD<br>Neck - moves neck spontaneously in all directed, no indication of pain or limited ROM during interview<br>E - PERRLA, EOMI, Sclera non-icteric<br>H- RRR, no murmur, rub or gallop<br>L- CTA b/l no wheeze, rales or rhonchi<br>A- s/nt/nd +BS, no rebound tenderness, rigidity or guarding<br>ext- w/d no clubbing, cyanosis or edema, grips equal b/l, no loss of sensation in either hand or arm.  Strength 5/5 b/l UE and LE's.  Well developed musculature throughout. |
| A | NOTES: Cervicalgia |
| P | DRUG PRESCRIPTION: MELOXICAM (UD) TABS/7.5 Mg   VERBAL BY: Johnson, Chris, D.O.<br>EFFECTIVE DT: 12/27/2017   RT: PO   DOSE: 1   STRENGTH: 7.5 Mg   METHOD: Normal Dose<br>FREQ: BID   FOR: 180 DAYS   EXPIRATION DATE: 06/24/2018   REFILLS: 5   STATUS: Order Discontinued at Pharmacy Vendor (DR)<br><br>DRUG PRESCRIPTION: ZONISAMIDE CAPS/25 Mg   VERBAL BY: Johnson, Chris, D.O.<br>EFFECTIVE DT: 12/27/2017   RT: PO   DOSE: 1   STRENGTH: 25 Mg   METHOD: Normal Dose<br>FREQ: BID   FOR: 120 DAYS   EXPIRATION DATE: 04/25/2018   REFILLS: 3   STATUS: Discontinued - Other<br><br>NOTES:<br><br>Cervicalgia - Will try zonisamide, and restart meloxicam per the patient's request.<br><br>MEDICATION DISCONTINUED VIA THIS ENCOUNTER- Medication Name: 'APAP-ASA-CAFF TABS', Order Number: 1296848, Authorized By: Johnson, Chris. Timestamp: 12/27/2017 12:33:41<br>MEDICATION DISCONTINUED VIA THIS ENCOUNTER- Medication Name: 'IBUPROFEN (UD) TABS', Order Number: 1290771, Authorized By: Johnson, Chris. Timestamp: 12/27/2017 12:34:00 |

| E | NOTES: |
|---|---|
| | Take medications as directed.  Make medical needs known via HNR. |

| H/S MH Status: Not on meds > 6 months with 30 day follow-up |
|---|
| STAFF: Johnson, Chris, D.O. |

# Clinical Orders

ADC #: 067165    Inmate Name: PEMBER, JAY L.
Encounter Date: 12/27/2017    Encounter Time: 12:29:30

| | DRUG PRESCRIPTION: MELOXICAM (UD) TABS/7.5 Mg |
|---|---|
| | VERBAL BY: Johnson, Chris, D.O. |
| | EFFECTIVE DT: 12/27/2017   RT: PO    DOSE: 1    STRENGTH: 7.5 Mg |
| | METHOD: Normal Dose |
| | FREQ: BID    FOR: 180; DAYS    EXPIRATION DATE:  06/24/2018 |
| | REFILLS: 5    STATUS: Order Discontinued at Pharmacy Vendor (DR) |
| | DRUG COMMENTS: |
| | |
| | KOP |
| | take one tablet twice a day |

Status Date: 06/24/2018
Status: Order Discontinued
at Pharmacy Vendor (DR)
User: EOIR880
Set Date: 06/24/2018
Set Time: 22:04:39
Status Date: 05/31/2018
Status: Received from
Pharmacy    User: MILER01
Set Date: 05/31/2018
Set Time: 15:56:57
Status Date: 05/30/2018
Status: Order Accepted at
Pharmacy Vendor (SC)
User: EOIR880
Set Date: 05/30/2018
Set Time: 18:06:37
Status Date: 05/30/2018
Status: Refill Ordered
User: Sedlar, Lisa
Set Date: 05/30/2018
Set Time: 08:59:32
Status Date: 04/25/2018
Status: Received from
Pharmacy    User: Owens,
Julia V
Set Date: 04/25/2018
Set Time: 15:04:17
Status Date: 04/24/2018

Status: Refill Ordered
User: Owens, Julia V
Set Date: 04/24/2018
Set Time: 08:52:13
Status Date: 04/02/2018
Status: Received from
Pharmacy   User: Owens,
Julia V
Set Date: 04/02/2018
Set Time: 12:32:30
Status Date: 03/30/2018
Status: Refill Ordered
User: Owens, Julia V
Set Date: 03/30/2018
Set Time: 14:24:39
Status Date: 02/27/2018
Status: Received from
Pharmacy   User: Owens,
Julia V
Set Date: 02/27/2018
Set Time: 12:20:26
Status Date: 02/26/2018
Status: Refill Ordered
User: Owens, Julia V
Set Date: 02/26/2018
Set Time: 12:03:10
Status Date: 01/18/2018
Status: Received from
Pharmacy   User: Owens,
Julia V
Set Date: 01/18/2018
Set Time: 13:54:17
Status Date: 01/18/2018
Status: Order Accepted at
Pharmacy Vendor (SC)
User: EOIR880
Set Date: 01/18/2018
Set Time: 01:36:27
Status Date: 12/28/2017
Status: Received from
Pharmacy   User: King,
Martha J
Set Date: 12/28/2017
Set Time: 13:39:39
Status Date: 12/28/2017
Status: Order Accepted at
Pharmacy Vendor (SC)
User: EOIR880
Set Date: 12/28/2017
Set Time: 01:45:22
Status Date: 12/27/2017
Status: Approved/Approval
User: Johnson, Chris

Set Date: 12/27/2017
Set Time: 12:37:11
Verbal By: Johnson, Chris,
D.O.

DRUG PRESCRIPTION: ZONISAMIDE CAPS/25 Mg   VERBAL BY: Johnson,
Chris, D.O.
EFFECTIVE DT: 12/27/2017   RT: PO   DOSE: 1   STRENGTH: 25 Mg
METHOD: Normal Dose
FREQ: BID   FOR: 120; DAYS   EXPIRATION DATE:  04/25/2018
REFILLS: 3   STATUS: Discontinued - Other
DRUG COMMENTS: At 04/19/2018 12:38:54 a prescription order message
from the Pharmacy, with a status of "Order Discontinued at Pharmacy Vendor
(DR)", was not processed because the prescription status in eOMIS was
"Discontinued - Other" at the time the pharmacy message was received. At
04/19/2018 12:23:20 a prescription order message from the Pharmacy, with
a status of "Order Discontinued at Pharmacy Vendor (DR)", was not
processed because the prescription status in eOMIS was "Discontinued -
Other" at the time the pharmacy message was received.

DOT

Why must this drug be used instead of one included on the formulary? Pt has
failed all formulary options for pain management since Gabapentin was
discontinued.
What formulary drugs have been tried? Ibuprofen, Excedrine migraine, T3,
Oxcarbazepine, Duloxetine, Gabapentin, Amitriptyline, Nortiptyine
What was outcome? Continued cervical pain

Medication discontinued as patient refuses to take it.

Status Date: 04/18/2018
Status: Discontinued -
Other   User: Johnson,
Chris
Set Date: 04/18/2018
Set Time: 09:16:31
Verbal By: Johnson, Chris,
D.O.
Status Date: 03/26/2018
Status: Received from
Pharmacy   User: King,
Martha J
Set Date: 03/26/2018
Set Time: 12:52:48
Status Date: 03/22/2018
Status: Refill Ordered
User: Owens, Julia V
Set Date: 03/22/2018
Set Time: 08:51:05
Status Date: 02/28/2018
Status: Received from

Pharmacy   User: Owens,
Julia V
Set Date: 02/28/2018
Set Time: 14:56:32
Status Date: 02/27/2018
Status: Refill Ordered
User: Owens, Julia V
Set Date: 02/27/2018
Set Time: 10:10:29
Status Date: 01/19/2018
Status: Received from
Pharmacy   User: Owens,
Julia V
Set Date: 01/19/2018
Set Time: 13:48:23
Status Date: 01/19/2018
Status: Order Accepted at
Pharmacy Vendor (SC)
User: EOIR880
Set Date: 01/19/2018
Set Time: 01:57:43
Status Date: 01/18/2018
Status: Refill Ordered
User: Owens, Julia V
Set Date: 01/18/2018
Set Time: 08:38:28
Status Date: 12/28/2017
Status: Received from
Pharmacy   User: King,
Martha J
Set Date: 12/28/2017
Set Time: 13:33:20
Status Date: 12/28/2017
Status: Order Accepted at
Pharmacy Vendor (SC)
User: EOIR880
Set Date: 12/28/2017
Set Time: 01:56:26
Status Date: 12/27/2017
Status: Approved/Approval
User: Mustain, Dawn
Set Date: 12/27/2017
Set Time: 14:12:49
Verbal By: Johnson, Chris,
D.O.
Status Date: 12/27/2017
Status: Pending Approval
User: Johnson, Chris
Set Date: 12/27/2017
Set Time: 13:03:42

PROVIDER SIGNATURE: _____

Johnson, Chris, D.O.

# Exhibit 15

CHSS027C

# Health Services Encounter

Wednesday August 08, 2018
16:01:39

---

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 01/27/2018 | Start Time*: | 08:03:14 |
| End Date*: | 01/27/2018 | End Time*: | 08:07:10 |
| Category: | Nursing | | |
| Type*: | Nurse - Sick Call - Scheduled | Encounter Close Date: | 01/27/2018 |
| Location*: | ASPC-E BROWNING STG  [A52] | Encounter Close Time: | 10:27:37 |
| Setting*: | Clinic | | |
| Staff Member*: | Vegara, Lourdes | | |
| Title: | Mental Health RN | | |
| Form Type: | NET-Musculoskeletal | | |

---

## Subjective

Are interpreter services needed for this inmate*:    No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type |
|---|---|---|
| | No Rows Found | |

### Subjective Notes

HNR - Requesting pain medication change. Inmates states that zonizamide is not working. States Meloxica
be helping with arthritis.

### NET-Musculoskeletal - Subjective

**Chief complaint:** Pain medication not working.

**Onset Date:**

— Trauma          Describe injury:

— Difficulty breathing

— Pain     ○ Chronic     ○ Acute     — Dull     — Sharp     ○ Achy     — Burning

**Pain scale is now:**   8   /10   **At worst:** 10   /10

**What makes it better:**   Gabapentin

**What makes it worse:**

☐ Radiation     Describe:

**Associated Factors:**

☐ Urinary incontinence     ☐ Painful urination     ☐ Fecal incontinence

☐ Tingling                                    ☐ Nausea/vomiting

☐ Abdominal pain     ☐ Fever

☐ Numbness:        ○ Chronic   ○ Acute   Describe:

☐ Weakness:        ○ Chronic   ○ Acute   Describe:

☐ Weight change    ☐ Gain              ☐ Loss

☐ Impaired mobility   ☐ Impaired ADLs

**Current Medications:**    ☐ Steroids     ☐ NSAIDS     ☐ Anticoagulants

☐ New medication in the past 30 days?   What medication:

**Pertinent Medical Conditions:**

☐ Arthritis    ☐ Cancer    ☐ Osteoporosis    ☐ Kidney disease/stones

☐ Back surgery    ☐ Working lifting heavy objects    Explain:

☐ Recent weight lifting    ____ lbs.    ☐ Other:

**Tetanus Booster >5 years:**    ○ Y   ○ N   ○ Unknown

**Ever had a Tdap:**    ○ Y   ○ N   ○ Unknown

Rev #: 926

---

**Objective**

**Vital Signs** (1 - 1 of 1)

| Taken By | Time | Temp | Pulse | Resp | Height | Weight | BP Systolic | BP Diastolic | Blood Suga |
|----------|------|------|-------|------|--------|--------|-------------|--------------|-----------|
| Vegara, Lourdes, RN | 08:05 | 97.8 | 70 | 18 | 5  9 | 204 | 118 | 74 | NA |

**Objective Notes**

A/Ox3. Ambulating w/o deficit. Inmate reports pain is at 8/10. No grimacing observed. Inmate is smiling a
at times when appropriate. VS WNL.

**NET-Musculoskeletal - Objective**

Call practitioner if T>100, P>100, or SBP <100.

**Chronic care clinic:**    ○ Y   ⊙ N    What clinic(s):

**Skin:**    ☑ Warm    ☐ Dry    ☐ Pale    ☐ Red

☐ Cold    ☐ Clammy    ☐ Scratching    ☐ Bruising

**Abdomen:**    ☑ Normal    ☐ Pulsatile mass in abdomen    ☐ Lumps    ☐ Redness

**Extremities:**

☐ Pedal pulse:        R         L    ☐ Radial pulse:        R         L

☑ Handgrips equal and strong

☐ Handgrips unequal and weak            Describe:

☐ Tender to touch                       Describe:

☑ Straight leg raise equal and strong

☐ Straight leg raise unequal and weak   Describe:

☑ Posture erect

☐ Posture not erect                     Describe:

☑ Gait symmetrical

☐ Gait not symmetrical                  Describe:

☐ Able to walk heel to toe

☐ Able to squat and rise

**Tests:**

**Record fingerstick results for diabetics in the vital signs section of this encounter.**

**Record Dipstick U/A order and results in the lab orders section of this encounter.**

(Back pain or excessive exercise)

**Comments:**

Rev #: 926

## Assessment

**Active Allergies/Health Problems/Conditions** (1 - 33 of 33)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status D |
|-----------|----------|------|----------------------|----------------|--------|----------|
| 001 | Chronic Conditions | Asthma | | | Assessed | 10/02/2( |
| 002 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | | Assessed | 10/02/2( |
| 003 | Communicable Diseases | Hepatitis C | | | Assessed | 10/02/2( |
| 004 | Allergies - Medication | Carbamazepine | | | Assessed | 08/04/2( |
| 005 | Mental Health | Mental Health | | | Assessed | 08/04/2( |
| 006 | Mental Health | Mental Health | | Bipolar disorder | Assessed | 08/04/2( |

| | | | | NOS [296.80] | | |
|---|---|---|---|---|---|---|
| 007 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Epilepsy NOS w intr epil [345.91] | Assessed | 10/01/2( |
| 008 | Other Diagnosis | Other Diagnosis | | Hand injury NOS [959.4] | Assessed | 10/15/2( |
| 009 | Other Diagnosis | Other Diagnosis | | Other postop infection [998.59] | Assessed | 11/04/2( |
| 010 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Convulsions NEC [780.39] | Assessed | 09/30/2( |
| 011 | Other Diagnosis | Pt. Specific Chronic Condition | | Hypothyroidism NOS [244.9] | Assessed | 09/30/2( |
| 012 | Other Diagnosis | Other Diagnosis | | Chronic pain syndrome [338.4] | Assessed | 09/30/2( |
| 013 | Chronic Conditions | Asthma | | Asthma NOS [493.90] | Assessed | 09/30/2( |
| 014 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Unspecified convulsions [R56.9] | Assessed | 10/01/2( |
| 015 | Other Diagnosis | Pt. Specific Chronic Condition | | Hypothyroidism, unspecified [E03.9] | Assessed | 10/01/2( |
| 016 | Other Diagnosis | Other Diagnosis | | Chronic pain syndrome [G89.4] | Assessed | 10/01/2( |
| 017 | Chronic Conditions | Asthma | | Unspecified asthma, uncomplicated [J45.909] | Assessed | 10/01/2( |
| 018 | Communicable Diseases | Hepatitis C | | Chronic viral hepatitis C [B18.2] | Assessed | 11/16/2( |
| 019 | Mental Health | Mental Health | | Bipolar disorder, unspecified [F31.9] | Assessed | 12/03/2( |
| 020 | Other Diagnosis | Other Diagnosis | SNOMED: 202776005 - Cervical root syndrome (disorder) | Cervical root disorders, not elsewhere classified [G54.2] | Assessed | 03/28/2( |
| 021 | Mental Health | Mental Health | SNOMED: 55668003 - Adjustment disorder with mixed emotional features | Adjustment disorder with mixed anxiety and depressed mood [F43.23] | Assessed | 11/08/2( |

| | | | (disorder) | | | |
|---|---|---|---|---|---|---|
| 022 | Other Diagnosis | Other Diagnosis | SNOMED: 83561009 - Spinal stenosis in cervical region (disorder) | Spinal stenosis, cervical region [M48.02] | Assessed | 12/29/2 |
| 023 | Other Diagnosis | Other Diagnosis | SNOMED: 11049006 - Cervical radiculitis (disorder) | Radiculopathy, cervical region [M54.12] | Assessed | 01/27/2 |
| 024 | Other Diagnosis | Other Diagnosis | SNOMED: 813001 - Ankle instability (finding) | Injury of other nerves at ankle and foot level, right leg, sequela [S94.8X1S] | Assessed | 01/27/2 |
| 025 | Other Diagnosis | Other Diagnosis | SNOMED: 134407002 - Chronic back pain (finding) | Low back pain [M54.5] | Assessed | 02/23/2 |
| 026 | Other Diagnosis | Other Diagnosis | SNOMED: 1121000119107 - Chronic neck pain (finding) | Cervicalgia [M54.2] | Assessed | 02/23/2 |
| 027 | Other Diagnosis | Other Diagnosis | SNOMED: 299447008 - Ankle joint - painful on movement (finding) | Pain in right ankle and joints of right foot [M25.571] | Assessed | 02/23/2 |
| 028 | Other Diagnosis | Other Diagnosis | SNOMED: 17790008 - Disorder of nail (disorder) | Nail disorder, unspecified [L60.9] | Assessed | 05/12/2 |
| 029 | Other Diagnosis | Other Diagnosis | SNOMED: 10601006 - Pain in lower limb (finding) | Pain in left knee [M25.562] | Assessed | 06/22/2 |
| 030 | Other Diagnosis | Other Diagnosis | SNOMED: 47933007 - Foot pain (finding) | Superficial foreign body, right foot, sequela [S90.851S] | Assessed | 06/29/2 |
| 031 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma, uncomplicated [J45.20] | Assessed | 07/29/2 |
| 032 | Other Diagnosis | Other Diagnosis | SNOMED: 128613002 - Seizure disorder (disorder) | Other seizures [G40.89] | Assessed | 07/29/2 |

| 033 | Other Diagnosis | Other Diagnosis | SNOMED: 40930008 - Hypothyroidism (disorder) | Hypothyroidism, unspecified [E03.9] | Assessed | 07/29/2 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Da |
|-----------|----------|------|----------------------|----------------|--------|-----------|
| No Rows Found | | | | | | |

### Assessment Notes

Alteration in comfort

### Plan

#### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| No Rows Found | | | | |

**Active Drug Prescription Orders** (1 - 5 of 5)

View MAR Summary

| Prescription/Medication | National HIE Code (s) | Effective Date | Dosage | Frequency | Expiration | Stat |
|-------------------------|-----------------------|----------------|--------|-----------|------------|------|
| MELOXICAM (UD) TABS/7.5 Mg 🔸 | RxNorm: 311486 - meloxicam 7.5 MG Oral Tablet; | 12/27/2017 | 1 | TWICE DAILY | 06/24/2018 | Receiv from Pharm |
| ZONISAMIDE CAPS/25 Mg 🔸 | RxNorm: 403966 - zonisamide 25 MG Oral Capsule; | 12/27/2017 | 1 | TWICE DAILY | 04/25/2018 | Receiv from Pharm |
| PHENYTOIN SOD *EXT* CAPS/100 Mg 🔸 | RxNorm: 855671 - DPH sodium 100 MG Extended Release Oral Capsule; | 12/01/2017 | 2 | TWICE DAILY | 05/29/2018 | Receiv from Pharm |
| ALBUTEROL HFA (8.5GM) INHA/90 Mcg 🔸 | RxNorm: 745679 - 200 ACTUAT Albuterol 0.09 MG/ACTUAT Metered Dose Inhaler; 745752 -… | 11/09/2017 | 2puff | FOUR TIMES DAILY AS NEEDED | 05/07/2018 | Receiv from Pharm |
| FLUTICASONE PROP NASAL (16) SUSP/0.05% 🔸 | RxNorm: 1797907 - Fluticasone propionate 0.05 MG/ACTUAT Metered Dose | 10/18/2017 | 2 sprays | EVERY DAY | 02/14/2018 | Receiv from Pharm |

| | Nasal Spray; | | | | | |

## Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expira |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

## Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Result |
|---|---|---|---|---|
| No Rows Found | | | | |

## X-Ray Orders

| X-Ray Body Area | Priority | S |
|---|---|---|
| No Rows Found | | |

## Consultation Request

| Request Type | Service Type | Priority | |
|---|---|---|---|
| No Rows Found | | | |

## Follow-up Appointments (1 - 1 of 1)

| Date | Time | Type | Staff | Locatio |
|---|---|---|---|---|
| 02/10/2018 | 10:00:00 | Health Services | Gay, Maureen | ASPC-E BROWNING |

## Patient Transfer Holds

| Type | Expiration Date | Sta |
|---|---|---|
| No Rows Found | | |

## Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comm |
|---|---|---|---|---|
| No Rows Found | | | | |

## Plan Notes

Referred to HCP for f/u.

## NET-Musculoskeletal - Plan/Intervention

☐ Emergent Intervention

**Practitioner notified:**                    **Time:**

**If CPR or AED is initiated use Emergency Response Form.**

**EMS activated:**                    **EMS arrival:**

**EMS transport:**                    **Facility transported to:**

**Other:**

Comments:

☐ Urgent Intervention-Contact Practitioner

**Practitioner contact required due to:**

☐ Abnormal vital signs (Rule of 100s)T>100, P>100, SBP<100

☐ Abnormal abdominal exam          ☐ Positive straight leg raise          ☐ Numbness/weakness (acut

☐ Decreased ROM                    ☐ Obvious deformity                    ☐ Uncontrolled bleeding

☐ Absence of pedal or radial pulse        ☐ Abnormal fingerstick, Diabetic <70 or >240

☐ Abnormal dipstick UA             ☐ Other:

**Reviewed with practitioner:**          ☐ MAR          ☐ Medical record

☐ Seen by practitioner          **Name:**                         **Time:**

☐ Contacted practitioner        **Name:**                         **Time:**

**Practitioner Orders Received:**   ○ Y   ○ N   ☐ Read back practitioner orders

**Disposition:**   ☐ Return to unit        ☐ Monitor/Observation        ☐ Admit to infirmary

☐ Other:

Comments:

☑ Nursing Intervention

**Continuity of Care:**

☐ Nurse follow up scheduled          ☑ Referral to practitioner for current presenting complaint

☐ Custody notified of special needs        ☐ No further follow up needed at this time

☐ Seen by practitioner          Name:                         Time:

☐ Contacted practitioner        Name:                         Time:

**Practitioner orders received**   ○ Y   ○ N   ☐ Read back practitioner orders

Medication:

Medication

☐ O2 @      LPM via

☐ OTC medication per site guideline

List: Acetaminophen, Ibuprofen

☐ KOP     ☐ Medication administered     ☐ Medication noted on MAR

**Comments:**

Rev #: 926

---

**Patient Education**

Patient Education Notes

Inmate educated on HCP referral process/protocol. Verbalized understanding.

NET-Musculoskeletal - Patient Education

**Patient Education:**

☑ Patient educated to contact medical if symptoms develop or worsen

☑ Education given     ☐ Written information provided     ☑ Verbal education given

☑ The patient demonstrates an understanding of self-care, symptoms to report, and when to return
for follow-up care

Rev #: 926

---

**Health Classification**

Medical: 3

Mental: 2-Previously received MH services     Prognosis: Improvable Condition

SMI: N-No

Dental: U-Unknown (Conversion)

Classification and Security Notes

None

**Encounter Orders Review**

Review Type*:   No Review Required                    Review Staff:   Unknown

Review Notes

None

Scanned Documents/Photos

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

# Exhibit 16

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

CHSS027C

# Health Services Encounter

## Encounter Header

Date*: 02/10/2018                          Start Time*: 15:33:16

End Date*: 02/10/2018                        End Time*: 15:43:12

Category: Medical Provider

Type*: Provider - Follow Up Care          Encounter Close Date: 02/10/2018

Location*: ASPC-E BROWNING STG  [A52]       Encounter Close Time: 15:46:20

Setting*: Clinic

Staff Member*: Gay, Maureen

Title: Nurse Practitioner

Form Type:

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

 Seen today for discussion of treatment plan augmentations. Claims current regimen provided meloxicam 7.5mg bid and Zonisamide po ineffective for pain management. Now states medication causes gastric upset with worsening symptoms for numbness involving entire hand left side as well as weakness left hand with grips. Denies any inability to participate in activity of daily living except exercises. In addition, states pain involving lower lumbar spine regions. patient is now requesting pain management returned visit for injections cervical regions or discectomy as suggested by neurologists 2014. lengthy discussion provided to patient about current and past tr5eamtnets provided for pains relief. Discussion included about short course narcotic use with tramadol. Patient stated, tramadol causes seizures in the past. patient then stated discectomy options cancelled after litigations about other health issues.
.
According to old record history: Dr. Marsella on 07/17/2012 after his EMG. Per his report, "nerve conduction shows very mild bilateral median neuropathy, but no radiculopathy, plexopathy, or peripheral neuropathy. States was involved in a prison riot in 2004 and someone stepped on the back of his neck as he was lying on the floor. Per records, pt had MRI on 07/2009 of his neck which showed C5-6 disk herniation. He saw Dr. Abhay Sanan (neurosurgery) on 10/15/2009 who recommended a c5-6 anterior cervical diskectomy and arthrodesis. At that time, he complained of RUE pain that shoots to his fingers, deltoid and biceps muscle atrophy, fasciculations of the deltoid and numbness/tingling to fingers. he was sent for a repeat MRI and neurosurgical eval in 09/2011 by Dr. Marco Marsella. His assessment showed mild R wrist dorsiflexion weakness and diminished sensatiuon to radial nerve tract, hypoactive DTRs symmetrically. His MRI showed mild diffuse facet joint hypertrophy consistent with arthritic changes. mild C5-6 degenerative disc disease with slight uplifting of posterior longitudinal ligament, maybe consistent with prior disc herniation, which is no longer visible. diffuse minimal foraminal stenosis. Recommendations by Dr. Marsella, "symptoms consistent with combination of radial and ulnar neuropathy. no focal abnormality that requires surgical correction. Nerve conduction study and EMG recommended to confirm diagnosis and determine extent of nerve damage. if they felt nerve entrapment syndrome will be detected then

surgical decompression may be recommended." he then had a f/u visit with Dr. Marsella on 07/17/2012 after his EMG. Per his report, "nerve conduction shows very mild bilateral median neuropathy, but no radiculopathy, plexopathy, or peripheral neuropathy. given normal findings, do not advise surgical intervention at this time. discharged from surgical care.
Updated MRI completed 2016 showed: 1. Straightening of the cervical spinal loss of lordosis is noted and may be secondary to cervical myositis.2. At the level of C5-C6, there is moderate degenerative spurring anteriorly with bridging as well as a 3.0 mm central posterior disc bulge with slight impression upon the thecal sac and marked left foraminal impingement. 3. At the level of C3-C4, moderate left foraminal impingement is noted.
2017; received injection received January, February and March 03/18/2017; states lasted 2 months. Admits increased discomfort post cervical spine regions with increased numbness located post left arm involving left hand all digits . with increased weakness grip left hand.

Continue HEP as ordered

## Objective
### Vital Signs (1 - 1 of 1)

| Taken By | Time | Temp | Pulse | Resp | Height | Weight | BP Systolic | BP Diastolic | Blood Sugar | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Adams, Cheyenne | 13:45 | 98.3 | 57 | 16 | 5 9 | 203 | 144 | 70 | NA | |

### Objective Notes

Physical exam:
GENERAL:
Gen. no apparent distress cuffed with security in room
CERVIAL SPINE: no cervical tenderness on palpations, positive full range of motion noted with rotations flexion and hyper extension positive point tenderness left lateral scalene, splenius capitus muscle and trapezius muscle without cervical spine bulging or edema noted
bilateral shoulders are symmetric no scars noted no deformities noted, no point tenderness noted at the glenohumeral joint anterior bicep muscle and the supraspinatinus muscle; no joint after the war muscle atrophy noted were joint swelling noted positive full range of motion with decreased range of motion abduction and in turn rotation. Apley's scratch test unable to perform without discomfort, apprehension test positive discomfort at the glenohumeral joint area grips slightly weaker than right, colors pink, warm, dry radial pulses positive, positive sensation
neurologic exam reflexes bilateral upper extremities grossly intact

## Assessment
### Medical Diagnosis/Complaint (1 - 2 of 2)

| ICD Code | Diagnosis/Complaint |
|---|---|
| M54.2 | Cervicalgia |
| R51 | Headache |

### Active Allergies/Health Problems/Conditions (1 - 33 of 33)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status D |
|---|---|---|---|---|---|---|
| | | | | | | |

| 001 | Chronic Conditions | Asthma | | | Assessed | 10/02/2( |
| 002 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | | Assessed | 10/02/2( |
| 003 | Communicable Diseases | Hepatitis C | | | Assessed | 10/02/2( |
| 004 | Allergies - Medication | Carbamazepine | | | Assessed | 08/04/2( |
| 005 | Mental Health | Mental Health | | | Assessed | 08/04/2( |
| 006 | Mental Health | Mental Health | | Bipolar disorder NOS [296.80] | Assessed | 08/04/2( |
| 007 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Epilepsy NOS w intr epil [345.91] | Assessed | 10/01/2( |
| 008 | Other Diagnosis | Other Diagnosis | | Hand injury NOS [959.4] | Assessed | 10/15/2( |
| 009 | Other Diagnosis | Other Diagnosis | | Other postop infection [998.59] | Assessed | 11/04/2( |
| 010 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Convulsions NEC [780.39] | Assessed | 09/30/2( |
| 011 | Other Diagnosis | Pt. Specific Chronic Condition | | Hypothyroidism NOS [244.9] | Assessed | 09/30/2( |
| 012 | Other Diagnosis | Other Diagnosis | | Chronic pain syndrome [338.4] | Assessed | 09/30/2( |
| 013 | Chronic Conditions | Asthma | | Asthma NOS [493.90] | Assessed | 09/30/2( |
| 014 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Unspecified convulsions [R56.9] | Assessed | 10/01/2( |
| 015 | Other Diagnosis | Pt. Specific Chronic Condition | | Hypothyroidism, unspecified [E03.9] | Assessed | 10/01/2( |
| 016 | Other Diagnosis | Other Diagnosis | | Chronic pain syndrome [G89.4] | Assessed | 10/01/2( |
| 017 | Chronic Conditions | Asthma | | Unspecified asthma, uncomplicated [J45.909] | Assessed | 10/01/2( |
| 018 | Communicable Diseases | Hepatitis C | | Chronic viral hepatitis C [B18.2] | Assessed | 11/16/2( |
| 019 | Mental Health | Mental Health | | Bipolar disorder, unspecified [F31.9] | Assessed | 12/03/2( |

| 020 | Other Diagnosis | Other Diagnosis | SNOMED: 202776005 - Cervical root syndrome (disorder) | Cervical root disorders, not elsewhere classified [G54.2] | Assessed | 03/28/2( |
| 021 | Mental Health | Mental Health | SNOMED: 55668003 - Adjustment disorder with mixed emotional features (disorder) | Adjustment disorder with mixed anxiety and depressed mood [F43.23] | Assessed | 11/08/2( |
| 022 | Other Diagnosis | Other Diagnosis | SNOMED: 83561009 - Spinal stenosis in cervical region (disorder) | Spinal stenosis, cervical region [M48.02] | Assessed | 12/29/2( |
| 023 | Other Diagnosis | Other Diagnosis | SNOMED: 11049006 - Cervical radiculitis (disorder) | Radiculopathy, cervical region [M54.12] | Assessed | 01/27/2( |
| 024 | Other Diagnosis | Other Diagnosis | SNOMED: 813001 - Ankle instability (finding) | Injury of other nerves at ankle and foot level, right leg, sequela [S94.8X1S] | Assessed | 01/27/2( |
| 025 | Other Diagnosis | Other Diagnosis | SNOMED: 134407002 - Chronic back pain (finding) | Low back pain [M54.5] | Assessed | 02/23/2( |
| 026 | Other Diagnosis | Other Diagnosis | SNOMED: 1121000119107 - Chronic neck pain (finding) | Cervicalgia [M54.2] | Assessed | 02/23/2( |
| 027 | Other Diagnosis | Other Diagnosis | SNOMED: 299447008 - Ankle joint - painful on movement (finding) | Pain in right ankle and joints of right foot [M25.571] | Assessed | 02/23/2( |
| 028 | Other Diagnosis | Other Diagnosis | SNOMED: 17790008 - Disorder of nail (disorder) | Nail disorder, unspecified [L60.9] | Assessed | 05/12/2( |
| 029 | Other Diagnosis | Other Diagnosis | SNOMED: 10601006 - Pain in lower limb (finding) | Pain in left knee [M25.562] | Assessed | 06/22/2( |
| | Other | Other | SNOMED: 47933007 - | Superficial foreign body, | | |

| 030 | Diagnosis | Diagnosis | Foot pain (finding) | right foot, sequela [S90.851S] | Assessed | 06/29/2 |
| 031 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma, uncomplicated [J45.20] | Assessed | 07/29/2 |
| 032 | Other Diagnosis | Other Diagnosis | SNOMED: 128613002 - Seizure disorder (disorder) | Other seizures [G40.89] | Assessed | 07/29/2 |
| 033 | Other Diagnosis | Other Diagnosis | SNOMED: 40930008 - Hypothyroidism (disorder) | Hypothyroidism, unspecified [E03.9] | Assessed | 07/29/2 |

### Related Allergies/Health Problems/Conditions (1 - 1 of 1)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status D |
|---|---|---|---|---|---|---|
| 034 | Other Diagnosis | Other Diagnosis | SNOMED: 162299003 - Generalized headache (finding) | Headache [R51] | Assessed | 02/10/2 |

### Assessment Notes

Assessment;
1. Cervicalgia:
2. Tension type headache:

### Plan

#### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

#### Active Drug Prescription Orders (1 - 6 of 6)

[ View MAR Summary ]

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Stat |
|---|---|---|---|---|---|---|
| LEVOTHYROXINE SOD TABS/0.075 Mg 🔸 | RxNorm: 966171 - Levothyroxine Sodium 0.075 MG Oral Tablet [Synthroid]: | 02/01/2018 | 1 | EVERY DAY | 07/30/2018 | Receiv from Pharm |
| MELOXICAM (UD) TABS/7.5 Mg 🔸 | RxNorm: 311486 - meloxicam 7.5 MG Oral Tablet; | 12/27/2017 | 1 | TWICE DAILY | 06/24/2018 | Receiv from Pharm |

| | | | | | | |
|---|---|---|---|---|---|---|
| ZONISAMIDE CAPS/25 Mg 🔸 | RxNorm: 403966 - zonisamide 25 MG Oral Capsule; | 12/27/2017 | 1 | TWICE DAILY | 04/25/2018 | Receiv from Pharm |
| PHENYTOIN SOD *EXT* CAPS/100 Mg 🔸 | RxNorm: 855671 - DPH sodium 100 MG Extended Release Oral Capsule; | 12/01/2017 | 2 | TWICE DAILY | 05/29/2018 | Receiv from Pharm |
| ALBUTEROL HFA (8.5GM) INHA/90 Mcg 🔸 | RxNorm: 745679 - 200 ACTUAT Albuterol 0.09 MG/ACTUAT Metered Dose Inhaler;   745752 -... | 11/09/2017 | 2puff | FOUR TIMES DAILY AS NEEDED | 05/07/2018 | Receiv from Pharm |
| FLUTICASONE PROP NASAL (16) SUSP/0.05% 🔸 | RxNorm: 1797907 - Fluticasone propionate 0.05 MG/ACTUAT Metered Dose Nasal Spray; | 10/18/2017 | 2 sprays | EVERY DAY | 02/14/2018 | Receiv from Pharm |

## Ordered Drug Prescriptions (1 - 1 of 1)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Statu |
|---|---|---|---|---|---|---|
| APAP (BOX OF 24) TABS/325 Mg 🔸 | RxNorm: 313782 - Acetaminophen 325 MG Oral Tablet; | 02/10/2018 | 1 | TWICE DAILY AS NEEDED | 03/11/2018 | Receiv from Pharm |

## Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Va |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

## X-Ray Orders

| X-Ray Body Area | Priority | Status |
|---|---|---|
| No Rows Found | | |

## Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

## Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

## Patient Transfer Holds

| Type | Expiration Date | Status |
|------|-----------------|--------|
| No Rows Found | | |

Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

Plan Notes

Plan:
1. add Tylenol 325mg bid as needed
2. Continue current therapy for now until long term treatment options has been developed. allow at least 7 days for discussion about further treatment options to be discussed.

---

**Patient Education**

Patient Education Notes

1. add reviewed multiple records for review
2. Reviewed medications; option, need approval for additional medications offered

---

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified

☑ Current Medical Problem List verified (or Patient has no Medical Problems)

☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified

☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

---

**Health Classification**

Medical:  3

Mental:  2-Previously received MH services          Prognosis:  Improvable Condition

SMI:  N-No

Dental:  U-Unknown (Conversion)

Classification and Security Notes

None

---

**Encounter Orders Review**

Review Type*:  Pending Nurses Order          Review Staff:  Vallejo, Jose, LPN

Review Date:  02/11/2018                     Review Time:  04:22:37

Review Notes

TimeStamp: 11 February 2018 04:25:33 --- User: Jose Vallejo (VALJO01)

Scanned Documents/Photos

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

# Exhibit 17

CHSS027C

# Health Services Encounter

Wednesday August 08, 2018
14:33:55

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 03/15/2018 | Start Time*: | 13:58:16 |
| End Date*: | 03/15/2018 | End Time*: | 14:58:13 |
| Category: | Medical Provider | | |
| Type*: | Provider - Sick Call - Scheduled | Encounter Close Date: | 03/15/2018 |
| Location*: | ASPC-E BROWNING STG  [A52] | Encounter Close Time: | 16:00:48 |
| Setting*: | Clinic | | |
| Staff Member*: | Stewart, Rodney | | |
| Title: | Medical Doctor | | |
| Form Type: | | | |

## Subjective

Are interpreter services needed for this inmate*:    No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests (1 - 1 of 1)

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| 02/22/2017 | Provider | Routine | Encounter Held |

### Subjective Notes

Request Date: 02/22/2017
Asking why his gabapentin dosage was reduced without discussing it with him

INMATE PRESENTS FOR ASSESSMENT AND DISCUSSION OF DISCONTINUEATION OF
GABAPENTIN.  DISCUSSED WITH PATIENT THAT WE HAVE REDUCED GABBAPENTIN USAGE EXCEPT
IN TWO MEDICAL INSTANCES.  THESE WEREE EXPLAINED TO THINMATE.  WE DISCUSSED
CONSISTENT TREATMENT IN POLICY ACROSS ALL LINES AND THAT WE CAN NOT USE GABAPENTIN
IN HIS CASE.

THE PATIENT STATES HE WOULD NOT REFUSE ANYTHING AT THIS TIME.  HE IS INTERESTED IN
SURGERY AT THIS TIME.  SYMPTOMS ORIGINALLY CAUSED RIGHT SIDE WEAKNESS AND ATROPHY.
HE NOTES THAT OVER THE LAST NEARLY 9 YEARS SYMPTOMS HAVE CHANGED FROM RIGHT
WEAKNESS AND ATROPHY TO LEFT SIDE WEAKNESS AND NERVE PAIN.

## Objective

### Vital Signs

| Taken By | Time | Temp | Pulse | Resp | Height | Weight | BP Systolic | BP Diastolic | Blood Sugar | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Not Taken | | | | | | | | | | |

### Objective Notes

VITALS STABLE

LUNG   CTA
HEART   RRR,  NO  M/R/G
ABD   SOFT   NT BS+   ND
EXT   NO EDEMA
NEURO   CN II-XII ARE INTACT;   POSITIVE BUT SUBTLE WEAKNESS IN LEFT UPPER EXT
COMPARED TO THE  RIGHT.   PATIENT WITH MINOR WEAKNESS IN THE LEWFT LOWER EXT BUT
POSITIVE  WITH SENSORY DEFICITS.  NO LEG LIFT PAIN.

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 34 of 34)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status D |
|---|---|---|---|---|---|---|
| 001 | Chronic Conditions | Asthma | | | Assessed | 10/02/2 |
| 002 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | | Assessed | 10/02/2 |
| 003 | Communicable Diseases | Hepatitis C | | | Assessed | 10/02/2 |
| 004 | Allergies - Medication | Carbamazepine | | | Assessed | 08/04/2 |
| 005 | Mental Health | Mental Health | | | Assessed | 08/04/2 |
| 006 | Mental Health | Mental Health | | Bipolar disorder NOS [296.80] | Assessed | 08/04/2 |
| 007 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Epilepsy NOS w intr epil [345.91] | Assessed | 10/01/2 |
| 008 | Other Diagnosis | Other Diagnosis | | Hand injury NOS [959.4] | Assessed | 10/15/2 |
| 009 | Other Diagnosis | Other Diagnosis | | Other postop infection [998.59] | Assessed | 11/04/2 |
| 010 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Convulsions NEC [780.39] | Assessed | 09/30/2 |
| 011 | Other Diagnosis | Pt. Specific Chronic Condition | | Hypothyroidism NOS [244.9] | Assessed | 09/30/2 |
| 012 | Other Diagnosis | Other Diagnosis | | Chronic pain syndrome [338.4] | Assessed | 09/30/2 |
| 013 | Chronic Conditions | Asthma | | Asthma NOS [493.90] | Assessed | 09/30/2 |

| 014 | Chronic Conditions | Seizures, Epilepsy, or Convul. | | Unspecified convulsions [R56.9] | Assessed | 10/01/2 |
| 015 | Other Diagnosis | Pt. Specific Chronic Condition | | Hypothyroidism, unspecified [E03.9] | Assessed | 10/01/2 |
| 016 | Other Diagnosis | Other Diagnosis | | Chronic pain syndrome [G89.4] | Assessed | 10/01/2 |
| 017 | Chronic Conditions | Asthma | | Unspecified asthma, uncomplicated [J45.909] | Assessed | 10/01/2 |
| 018 | Communicable Diseases | Hepatitis C | | Chronic viral hepatitis C [B18.2] | Assessed | 11/16/2 |
| 019 | Mental Health | Mental Health | | Bipolar disorder, unspecified [F31.9] | Assessed | 12/03/2 |
| 020 | Other Diagnosis | Other Diagnosis | SNOMED: 202776005 - Cervical root syndrome (disorder) | Cervical root disorders, not elsewhere classified [G54.2] | Assessed | 03/28/2 |
| 021 | Mental Health | Mental Health | SNOMED: 55668003 - Adjustment disorder with mixed emotional features (disorder) | Adjustment disorder with mixed anxiety and depressed mood [F43.23] | Assessed | 11/08/2 |
| 022 | Other Diagnosis | Other Diagnosis | SNOMED: 83561009 - Spinal stenosis in cervical region (disorder) | Spinal stenosis, cervical region [M48.02] | Assessed | 12/29/2 |
| 023 | Other Diagnosis | Other Diagnosis | SNOMED: 11049006 - Cervical radiculitis (disorder) | Radiculopathy, cervical region [M54.12] | Assessed | 01/27/2 |
| 024 | Other Diagnosis | Other Diagnosis | SNOMED: 813001 - Ankle instability (finding) | Injury of other nerves at ankle and foot level, right leg, sequela [S94.8X1S] | Assessed | 01/27/2 |
| 025 | Other Diagnosis | Other Diagnosis | SNOMED: 134407002 - Chronic back pain (finding) | Low back pain [M54.5] | Assessed | 02/23/2 |

| 026 | Other Diagnosis | Other Diagnosis | SNOMED: 1121000119107 - Chronic neck pain (finding) | Cervicalgia [M54.2] | Assessed | 02/23/2( |
| 027 | Other Diagnosis | Other Diagnosis | SNOMED: 299447008 - Ankle joint - painful on movement (finding) | Pain in right ankle and joints of right foot [M25.571] | Assessed | 02/23/2( |
| 028 | Other Diagnosis | Other Diagnosis | SNOMED: 17790008 - Disorder of nail (disorder) | Nail disorder, unspecified [L60.9] | Assessed | 05/12/2( |
| 029 | Other Diagnosis | Other Diagnosis | SNOMED: 10601006 - Pain in lower limb (finding) | Pain in left knee [M25.562] | Assessed | 06/22/2( |
| 030 | Other Diagnosis | Other Diagnosis | SNOMED: 47933007 - Foot pain (finding) | Superficial foreign body, right foot, sequela [S90.851S] | Assessed | 06/29/2( |
| 031 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma, uncomplicated [J45.20] | Assessed | 07/29/2( |
| 032 | Other Diagnosis | Other Diagnosis | SNOMED: 128613002 - Seizure disorder (disorder) | Other seizures [G40.89] | Assessed | 07/29/2( |
| 033 | Other Diagnosis | Other Diagnosis | SNOMED: 40930008 - Hypothyroidism (disorder) | Hypothyroidism, unspecified [E03.9] | Assessed | 07/29/2( |
| 034 | Other Diagnosis | Other Diagnosis | SNOMED: 162299003 - Generalized headache (finding) | Headache [R51] | Assessed | 02/10/2( |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Da |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Assessment Notes

LEFT NEUROPATHIC RADICULOPATHY  PAIN IN UPPER AND LOWER EXTREMITIES

PREVIOUS HISTORY OF CERVICAL HNP.

LAST MRI IN 2016 SHOWED MARKED FORMINAL LEFT INPINGMENT AT C5-6 AND C3-4.  C5-6 ALSO HAD S
SAC INPINGEMENT.

EPILEPSY

HYPOTHYROIDISM

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

View MAR Summary

### Active Drug Prescription Orders (1 - 8 of 8)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Sta |
|---|---|---|---|---|---|---|
| CODEINE/APAP TABS/30-300 Mg | | 03/15/2018 | 2 | TWICE DAILY | 04/13/2018 | Orde Acce at Phar Venc (SC) |
| APAP TABS/325 Mg | RxNorm: 209375 - Acetaminophen 325 MG Oral Tablet [Mapap]; 313782 - Acetaminophen 3… | 03/12/2018 | 1 | TWICE DAILY AS NEEDED | 04/10/2018 | Rece from Phar |
| FLUTICASONE PROP NASAL (16) SUSP/0.05% | RxNorm: 1797907 - Fluticasone propionate 0.05 MG/ACTUAT Metered Dose Nasal Spray; | 02/15/2018 | 2 sprays | EVERY DAY | 06/14/2018 | Rece from Phar |
| LEVOTHYROXINE SOD TABS/0.075 Mg | RxNorm: 966171 - Levothyroxine Sodium 0.075 MG Oral Tablet [Synthroid] | 02/01/2018 | 1 | EVERY DAY | 07/30/2018 | Rece from Phar |
| MELOXICAM (UD) TABS/7.5 Mg | RxNorm: 311486 - meloxicam 7.5 MG Oral Tablet; | 12/27/2017 | 1 | TWICE DAILY | 06/24/2018 | Rece from Phar |
| ZONISAMIDE CAPS/25 Mg | RxNorm: 403966 - zonisamide 25 MG Oral Capsule; | 12/27/2017 | 1 | TWICE DAILY | 04/25/2018 | Rece from Phar |
| PHENYTOIN SOD *EXT* CAPS/100 Mg | RxNorm: 855671 - DPH sodium 100 MG Extended Release Oral Capsule; | 12/01/2017 | 2 | TWICE DAILY | 05/29/2018 | Rece from Phar |

| ALBUTEROL HFA (8.5GM) INHA/90 Mcg ⚠️ | RxNorm: 745679 - 200 ACTUAT Albuterol 0.09 MG/ACTUAT Metered Dose Inhaler;  745752 -... | 11/09/2017 | 2puff | FOUR TIMES DAILY AS NEEDED | 05/07/2018 | Rece from Phar |

### Ordered Drug Prescriptions (1 - 1 of 1)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Sta |
|---|---|---|---|---|---|---|
| CODEINE/APAP TABS/30-300 Mg ⚠️ | RxNorm: 993781 - Acetaminophen 300 MG / Codeine Phosphate 30 MG Oral Tablet; | 03/15/2018 | 2 TABS | TWICE DAILY | 04/13/2018 | Ref Ord |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | V |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | Priority | Status |
|---|---|---|
| No Rows Found | | |

### Consultation Request (1 - 1 of 1)

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| Off-site Clinic | Neuro Surgery | Routine | Consult Completed -Results Received |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

TYLENOL -3  FOR PAIN X30 DAYS

NEURO SURGICAL CONSULT FOR REPAIR OF KNOWN CERVICAL DISEASE, IF IT WILL CHANGE SYMPTOMS THAT HAVE BEEN PRESENT FOR YEARS

MAY NEED REPEAT MRI AS HERNIATED DISC CAN RESOLVE.  SYMPTOMS AND EXAM REMAIN CONSISTENT WITH LAST MRI FINDINGS

**Patient Education**

Patient Education Notes

DISCUSSED PLAN WITH INMATE

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)     ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

**Health Classification**

Medical:   3

Mental:    2-Previously received MH services           Prognosis:   Improvable Condition

SMI:       N-No

Dental:    U-Unknown (Conversion)

Classification and Security Notes

None

**Encounter Orders Review**

Review Type*:   No Review Required           Review Staff:   Generic, Clinic Nurse

Review Notes

None

Scanned Documents/Photos

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

# Exhibit 18

OCSS011P            **Condensed Consultation Request**     Wednesday August 08, 2018
                                                                          14:29:43

ADC#: 067165      INMATE NAME: PEMBER, JAY L.

---

ADC#: 067165      INMATE NAME: PEMBER, JAY L.      DOB: 07/21/1966
ADMISSION: 08/28/2003      DISCHARGE: 04/10/2025
REQUEST DATE: 03/15/2018   REQUEST TIME: 13:58:16   SEQ#: 001
ENCOUNTER TYPE: Provider - Sick Call - Scheduled   LOCATION: ASPC-E BROWNING STG
[A52]   STATUS: Consult Completed -Results Received
BY STAFF MEMBER: Stewart, Rodney
   VERBAL BY: None

---

REQUEST TYPE: Off-site Clinic   PRIORITY: Routine
SERVICE TYPE: Neuro Surgery   PROCEDURE REQUESTED:
OffSite Location: Offsite Location   Offsite Provider: Offsite, Provider
PRESUMED DIAGNOSIS:

---

PROCEDURE REQUESTED COMMENTS:


PATIENT IS A 51 YO WHITE MALE WITH HISTORY OF PREVIOUS CERVICAL INJURY AND MRI 2016
SHOWING C5-6 AND C3-4 FORAMINAL IMPINGEMENT AND THECAL INPINGEMENT AT C5-6. HE
IS NOTING INCREASING PAIN DOWN THE LEFT ARM AND LEFT LEG AND FOOT. HE IS NOTING
PROGRESSIVE WORSENING AS HE IS UNABLE TO TOLERATE SYMPTOMS ANY LONGER AND IS
HAVING DIFFICULTY WITH SLEEP. NEURO EXAM FINDINGS SHOW A STOCKING GLOVE SENSORY
DEFICIT IN LEFT UYPPER AND LEFT LOWER EXT. HE HAS WEAKNESS IN LEFT UPPER EXT BUT
NOT LOWER EXT WHEN COMPARED TO RIGHT.

PLEASE INCLUDE PREVIOUS MRI.
PLEASE INCLUDE PREVIOUS NOTES AND SURDICAL EVALUATIONS

---

SUBJECTIVE NOTES:


Request Date: 02/22/2017
Asking why his gabapentin dosage was reduced without discussing it with him

INMATE PRESENTS FOR ASSESSMENT AND DISCUSSION OF DISCONTINUEATION OF
GABAPENTIN. DISCUSSED WITH PATIENT THAT WE HAVE REDUCED GABBAPENTIN USAGE
EXCEPT IN TWO MEDICAL INSTANCES. THESE WEREE EXPLAINED TO THINMATE. WE
DISCUSSED CONSISTENT TREATMENT IN POLICY ACROSS ALL LINES AND THAT WE CAN NOT USE
GABAPENTIN IN HIS CASE.

THE PATIENT STATES HE WOULD NOT REFUSE ANYTHING AT THIS TIME. HE IS INTERESTED IN
SURGERY AT THIS TIME. SYMPTOMS ORIGINALLY CAUSED RIGHT SIDE WEAKNESS AND
ATROPHY. HE NOTES THAT OVER THE LAST NEARLY 9 YEARS SYMPTOMS HAVE CHANGED FROM
RIGHT WEAKNESS AND ATROPHY TO LEFT SIDE WEAKNESS AND NERVE PAIN.

---

SIGNS/SYMPTOMS SUGGESTING DIAGNOSIS COMMENTS:


VITALS STABLE

LUNG  CTA
HEART  RRR,  NO  M/R/G
ABD  SOFT  NT BS+  ND
EXT  NO EDEMA
NEURO  CN II-XII ARE INTACT;   POSITIVE BUT SUTBLE WEAKNESS IN LEFT UPPER EXT

COMPARED TO THE RIGHT.   PATIENT WITH MINOR WEAKNESS IN THE LEWFT LOWER EXT BUT POSITIVE WITH SENSORY DEFICITS.  NO LEG LIFT PAIN.

**ACTIVE PROBLEMS CONDITIONS COMMENTS:**
 Chronic Conditions - Asthma
Chronic Conditions - Seizures, Epilepsy, or Convul.
Communicable Diseases - Hepatitis C
Allergies - Medication - Carbamazepine
Chronic Conditions - Seizures, Epilepsy, or Convul. - Epilepsy NOS w intr epil [345.91]
Hand injury NOS [959.4]
Other postop infection [998.59]
Chronic Conditions - Seizures, Epilepsy, or Convul. - Unspecified convulsions [R56.9]
Hypothyroidism, unspecified [E03.9]
Chronic pain syndrome [G89.4]
Chronic Conditions - Asthma - Unspecified asthma, uncomplicated [J45.909]
Communicable Diseases - Hepatitis C - Chronic viral hepatitis C [B18.2]
Cervical root disorders, not elsewhere classified [G54.2]
Mental Health - Adjustment disorder with mixed anxiety and depressed mood [F43.23]
Spinal stenosis, cervical region [M48.02]
Radiculopathy, cervical region [M54.12]
Injury of other nerves at ankle and foot level, right leg, sequela [S94.8X1S]
Low back pain [M54.5]
Cervicalgia [M54.2]
Pain in right ankle and joints of right foot [M25.571]
Nail disorder, unspecified [L60.9]
Pain in left knee [M25.562]
Superficial foreign body, right foot, sequela [S90.851S]
Chronic Conditions - Asthma - Mild intermittent asthma, uncomplicated [J45.20]
Other seizures [G40.89]
Hypothyroidism, unspecified [E03.9]
Headache [R51]

**CURRENT MEDICATIONS COMMENTS:**
 CODEINE/APAP TABS/30-300 Mg;APAP TABS/325 Mg;FLUTICASONE PROP NASAL (16) SUSP/0.05%;LEVOTHYROXINE SOD TABS/0.075 Mg;MELOXICAM (UD) TABS/7.5 Mg;ZONISAMIDE CAPS/25 Mg;PHENYTOIN SOD *EXT* CAPS/100 Mg;ALBUTEROL HFA (8.5GM) INHA/90 Mcg;

**FAILED THERAPIES COMMENTS:**
 None

**RELATED LAB TEST COMMENTS:**
 None

**RELATED XRAY COMMENTS:**
 None

ACTION TAKEN:
DATE: 08/06/2018  TIME: 09:35:10  TYPE: Consult Completed -Results
Received  REASON: Consult Completed - Results Received  BY STAFF: McClary, Paula, CNA
DATE: 06/01/2018  TIME: 08:35:05  TYPE: Consult - Rescheduled  REASON: See Comments  BY
STAFF: Ramirez, Martha
DATE: 04/16/2018  TIME: 16:18:25  TYPE: External Consult Scheduled  REASON: Scheduled  BY
STAFF: Ramirez, Martha
DATE: 04/04/2018  TIME: 14:30:43  TYPE: Referred to UM Team for Review  REASON: See
Comments  BY STAFF: Ramirez, Martha
SCANNED DOCUMENTS:
SCANNED DOCUMENT/PHOTO TYPE: Consults   TITLE: 2018_08_03 CHC Neurosurgery

Electronically signed by: Stewart, Rodney on 03/15/2018 at 13:58:16.

CPT® copyright 2018 American Medical Association. All rights reserved.

Case 2:17-cv-04069-JJT-JFM   Document 41   Filed 08/22/18   Page 130 of 139

# Exhibit 19



**CORIZON**
HEALTH™

## Practitioner Consultation Report
### (Complete and return in SEALED envelope with Correctional Officer)

Reference #: 705078   CD:

ORC #: 281828   Date of Service: 8-3-18

Patient: Pember, Jay   Patient #: 67165   DOB: 7-21-66

Facility: **ASPC-EYMAN**   Facility Unit: E-Browning STG   Phone: 520.868.0201 *8 x6823   Fax: 629.333.7266

Practitioner: CHC Neurosurgery   Practitioner Type: Neuro Surgery   Location: Phx

**\*\*\* See Attached Consultation Request for Health Services Authorized \*\*\***

*For security reasons inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security considerations, all recommended tests and treatments are to be scheduled by Corizon.*

Review of Case (Chief complaint, exam findings, etc.):

Neck/back pain (chronic)
L arm radic, L leg pain
- numbness B/L hands/feet L>R
- c/o weakness left upper ext.

Diagnosis and Prescription Suggestions (To be reviewed by Corizon Medical Director):
- Referral to neurology for EMG
- Get MRI cervical & thoracic spine (pain)
- Start physical therapy for neck & back & L arm weakness

Can equivalent medication substitution be used? ☐Yes ☐No ☑N/A   Follow-up needed? ☑Yes ☐No

If follow up needed, explain:   to review imaging, EMG & PT results

Iman Feiz-Erfan, MD
Melissa Latona PA-C   [signature]   8/3/18

| Practitioner Name (Print) | Practitioner Signature | Date |

### To be completed by Corizon practitioner

Recommendation after review of consultant's report:   ☐ No further action   ☐ Implement the following

Implement:

| Corizon Practitioner Name (Print) | Corizon Practitioner Signature | Date |



# AFTER VISIT SUMMARY

**Jay Pember** DoB: 7/21/1966

📅 8/3/2018 11:30 AM  📍 Comprehensive Healthcare Center: Neurosurgery 602-344-5146

## Instructions from Iman Feiz-Erfan, MD

Complete MRI, PT, EMG in Neurology and follow up in 2 months.

 **Return in about 2 months**
(around 10/3/2018).

## What's Next

OCT
5
2018
**ESTABLISHED PATIENT** with
Iman Feiz-Erfan, MD
Friday October 5 10:30 AM

Comprehensive
Healthcare Center:
Neurosurgery
2525 E. Roosevelt St.
Phoenix AZ 85008-4948
602-344-5146

## Your Medication List as of 8/3/2018 1:02 PM

You have not been prescribed any medications.

## Satisfaction Survey



- We are committed to providing you quality care
- We want your experience with us to have been a positive one
- You will receive a confidential survey in the mail and we hope you can take the time to fill it out
- Your feedback is valuable to us and we appreciate your time in helping us meet your needs on your next visit
                        Thank you!

## Today's Visit

You saw Iman Feiz-Erfan, MD on Friday August 3, 2018. The following issues were addressed: Degeneration of intervertebral disc of cervical region, Chronic neck and back pain, and Radiculopathy of arm.

 Blood Pressure
**121/71**

 BMI
**31.17**

Weight
**205 lb**

Height
**5' 8"**

Temperature (Oral)
**97.2 °F**

 Pulse
**63**

 Respiration
**18**

## MyChart Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://mychart.mihs.org/ mychart/**, click "**Sign Up Now**", and enter your personal activation code: **RWBKZ-8JV57-9KCME**. Activation code expires 8/3/2019.

# Exhibit 20

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

OCSS011D          **Consultation Request Action** Monday August 20, 2018 01:56:39 PM

**Consult Request**

| | |
|---|---|
| Name: JAY L. PEMBER | ADC #: 067165 |
| Request Date: 03/15/2018 | Request Time: 13:58:16 |
| Encounter Type: Provider - Sick Call - Scheduled | Location: ASPC-E BROWNING STG [A52 |
| Title: Medical Doctor | Status: Consult Completed- Practitione |

| | |
|---|---|
| Request Type: Off-site Clinic | Priority: Routine |
| Service Type: Neuro Surgery | In-house Location: |
| In-house Provider: | Offsite Location: Offsite Location |
| Offsite Provider: Offsite, Provider | |

| | |
|---|---|
| Action Date: 08/09/2018 | Time: 17:15:03 |
| Staff: Johnson, Chris, D.O. | |
| Action Type: Consult Completed- Practitioner Reviewed | |
| Reason: Consult Completed- Practitioner Reviewed | |
| 2nd: | |
| 3rd: | |
| Forward Staff: | |

Action Taken Comments

Recommendations reviewed. EMG, MRI for cervical and thoracic spine and PT ordered. Will request f/u
with neuro after these have been completed.
TimeStamp: 9 August 2018 17:18:11 --- User: Chris Johnson (Joh01)

[ Prior Page ]

Show Last Updated Information

# Exhibit 21

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 6 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAY LYNN PEMBER, | No.    15-15627 |
| Plaintiff-Appellant, | D.C. No. 2:11-cv-02332-SMM |
| v. | |
| AL RAMOS; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Arizona
Stephen M. McNamee, District Judge, Presiding

Submitted August 16, 2016**
San Francisco, California

Before:    O'SCANNLAIN, LEAVY, and CLIFTON, Circuit Judges.

Arizona state prisoner Jay Lynn Pember appeals pro se from the district

court's summary judgment in his 42 U.S.C. § 1983 action alleging constitutional

claims.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo.

---

    *    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

    **    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Lemire v. Cal. Dep't of Corr. & Rehab.*, 726 F.3d 1062, 1074 (9th Cir. 2013). We affirm in part, reverse in part, and remand.

The district court granted summary judgment for defendant Dr. Baird. However, Defendants' argument that there was a difference of medical opinion regarding Pember's need for surgery was unsupported by admissible evidence. *See Nissan Fire & Marine Ins. Co. v. Fritz Cos.*, 210 F.3d 1099, 1102 (9th Cir. 2000) ("A moving party without the ultimate burden of persuasion at trial . . . has both the initial burden of production and the ultimate burden of persuasion on a motion for summary judgment."); *see also Orr v. Bank of Am., NT & SA*, 285 F.3d 764, 773 (9th Cir. 2002) ("A trial court can only consider admissible evidence in ruling on a motion for summary judgment . . . [and] authentication is a condition precedent to admissibility." (citations and internal quotation marks omitted)). None of the exhibits cited by Defendants were authenticated, and there were no declarations by Dr. Baird, Dr. Marsella, or anyone else, or any explanation for the failure to submit such evidence. More broadly, the original recommendation for surgery was rendered in 2009. The different medical opinion (assuming that the exhibits could be authenticated) was not rendered until two years later in 2011. There was no explanation for the delay, during which time there was no opinion identified to us other than the one recommending surgery. It could be concluded that the failure to perform the surgery or to obtain any other medical opinion

15-15627

during that extended period constituted deliberate indifference.  *See Jackson v. McIntosh*, 90 F.3d 330, 332 (9th Cir. 1996) (plaintiff can show deliberate indifference if "the course of treatment the doctors chose was medically unacceptable under the circumstances").  Accordingly, we reverse the judgment for Dr. Baird and remand for further proceedings.

Because Pember only challenges summary judgment on his deliberate indifference claim against Dr. Baird, we affirm the remainder of the district court's summary judgment.

The parties shall bear their own costs on appeal.

**AFFIRMED in part, REVERSED in part, and REMANDED.**

15-15627