Anthony J. Fernandez, Esq. (Bar No. 018342)
Ellen B. Burno, Esq. (Bar No. 033130)
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
2390 E. Camelback Road, Suite 440
Phoenix, Arizona 85016
Telephone: (602) 954-5605
Facsimile: (602) 954-5606
afernandez@qpwblaw.com
ellen.burno@qpwblaw.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay Lynn Pember,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Corizon Health, et, al.<br><br>　　　　Defendant. | Case No: 2:17-cv-04069-JJT-JFM<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ORAL ARGUMENT AND STATUS HEARING RE THE COURT'S (DOC. #154) ORDER (DOC. 166)**<br><br>(Assigned to the Honorable James F. Metcalf) |

　　　　Defendants Maureen Gay, NP, Glen Babich, MD, Benjamin Schmid, Paul Torrez, Connie Hawley, Pamela Gertz and Carrie Demery ("Defendants" herein), by and through undersigned counsel, hereby respond in opposition to Plaintiff's Motion for Oral Argument and Status Hearing regarding the Court's August 27, 2019 Order.

　　　　Per the Court's August 27, 2019, Order (Doc. 154), Defendants filed a Notice to the Court regarding Plaintiff's current pain management status on September 16, 2019 (Doc. 160). It is unclear what the purpose of an oral argument or status hearing would be relating to Defendants' notice regarding Plaintiff's pain management. Plaintiff asserts that Defendants have misled the Court but Defendants deny any such allegation and Defendants' notice was supported directly by Plaintiff's medical record. Moreover, Defendants have filed a dispositive motion in this case (Docs. 171 & 172) addressing all of Plaintiff's allegations in his Second Amended Complaint. Defendants oppose oral

argument or a status hearing regarding notice of Plaintiff's pain management that has already been provided to the Court.

RESPECTFULLY SUBMITTED this 8th day of October, 2019.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

By:   /s/Ellen B. Burno
Anthony J. Fernandez
Ellen B. Burno
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of October, 2019, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, with copies submitted by U.S. mail to the following recipients:

ASPC-Eyman
Browning Unit
Inmate Jay Lynn Pember, ADC #067165
P.O Box 3400
Florence, AZ 85132
*Plaintiff*

By:   /s/Kenya Owens